(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jazz Photo Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**22-3387358** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1035 Centennial Avenue**<br>**Piscataway, NJ 08854** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Middlesex** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☐ Individual(s)　☐ Railroad<br>■ Corporation　☐ Stockbroker<br>☐ Partnership　☐ Commodity Broker<br>☐ Other_____　☐ Clearing Bank | ☐ Chapter 7　■ Chapter 11　☐ Chapter 13<br>☐ Chapter 9　☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business　■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor:
**Jazz Photo Corp.**

FORM B1, Page 2

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ Michael D. Sirota MDS-4088**
Signature of Attorney for Debtor(s)

**Michael D. Sirota MDS-4088**
Printed Name of Attorney for Debtor(s)

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Firm Name
**25 Main Street**
**Hackensack, NJ 07601**
Address

**201-489-3000  Fax: 201-489-1536**
Telephone Number

**May 20, 2003**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Cossentino**
Signature of Authorized Individual

**Anthony Cossentino**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 20, 2003**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

**Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

## United States Bankruptcy Court

### District of New Jersey

In re    **Jazz Photo Corp.**                                              Case No. _____**03-**_____
                                                    ,
                                        Debtor

Chapter_____**11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Fuji Photo Film Co., Ltd.** **c/o Lawrence Rosenthal, Esq.** **Stroock & Stroock & Lavan** **180 Maiden Lane** **New York, NY 10038** | **Fuji Photo Film Co., Ltd.** **c/o Lawrence Rosenthal, Esq.** **Stroock & Stroock & Lavan** **New York, NY 10038** | **Judgment** | **Disputed** | **29,765,280.60** |
| **Polytech Enterprise Limited** **Unit D 5/F Young Ya Ind. Bldg.** **381-389 Sha Tsui Road** **Tsuen Wan, Hong Kong** | **Polytech Enterprise Limited** **Unit D 5/F Young Ya Ind. Bldg.** **381-389 Sha Tsui Road** **Tsuen Wan, Hong Kong** | | | **1,494,363.52** |
| **Dreier & Baritz, LLP** **499 Park Avenue** **New York, NY 10022** | **Dreier & Baritz, LLP** **499 Park Avenue** **New York, NY 10022** | | **Disputed** | **495,412.01** |
| **Skadden Arps Slate** **Meagher & Flom LLP** **Four Times Square** **New York, NY 10036-6522** | **Skadden Arps Slate** **Meagher & Flom LLP** **Four Times Square** **New York, NY 10036-6522** | | **Disputed** | **392,427.00** |
| **Bell & Howell Company** **Attn: Rosa Cobal** **3400 W. Pratt** **Lincolnwood, IL 60712** | **Bell & Howell Company** **Attn: Rosa Cobal** **3400 W. Pratt** **Lincolnwood, IL 60712** | | | **301,164.85** |

In re    **Jazz Photo Corp.** _____,    Case No. _____**03-**_____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Budd Larner Gross Rosenbaum & Sade**<br>**150 John F. Kennedy Parkway**<br>**Short Hills, NJ 07078-0999** | **Budd Larner Gross Rosenbaum & Sade**<br>**150 John F. Kennedy Parkway**<br>**Short Hills, NJ 07078-0999** | | | **269,039.00** |
| **The Express Group**<br>**1981 Dallavo Drive**<br>**Walled Lake, MI 48390** | **The Express Group**<br>**1981 Dallavo Drive**<br>**Walled Lake, MI 48390** | | **Disputed** | **64,984.23** |
| **NERA**<br>**National Economic Research Assn.**<br>**PO Box 29677**<br>**New York, NY 10087** | **NERA**<br>**National Economic Research Assn.**<br>**PO Box 29677**<br>**New York, NY 10087** | | | **56,318.91** |
| **Gurvitz & Kassler**<br>**1500 Providene Highway, Suite 26**<br>**Norwood, MA 02062** | **Gurvitz & Kassler**<br>**1500 Providene Highway, Suite 26**<br>**Norwood, MA 02062** | | **Disputed** | **53,431.41** |
| **Yellow Freight System, Inc.**<br>**PO Box 13850**<br>**Newark, NJ 07188-0850** | **Yellow Freight System, Inc.**<br>**PO Box 13850**<br>**Newark, NJ 07188-0850** | | | **43,646.82** |
| **Roadway Express**<br>**PO Box 471**<br>**Akron, OH 44393-0001** | **Roadway Express**<br>**PO Box 471**<br>**Akron, OH 44393-0001** | | | **41,211.35** |

In re    **Jazz Photo Corp.**                                        ,    Case No.    **03-**
                                                                       Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Eastman Kodak Company<br>PO Box 642337<br>Pittsburgh, PA 15264-2337 | Eastman Kodak Company<br>PO Box 642337<br>Pittsburgh, PA 15264-2337 | | | 41,004.00 |
| Jevic<br>PO Box 23194<br>Newark, NJ 07189 | Jevic<br>PO Box 23194<br>Newark, NJ 07189 | | | 39,433.30 |
| United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | United Parcel Service<br>PO Box 7247-0244<br>Philadelphia, PA 19170-0001 | | | 31,995.59 |
| Discovery Copy Service NY, Inc.<br>45 West 45th Street, Suite 206<br>New York, NY 10036 | Discovery Copy Service NY, Inc.<br>45 West 45th Street, Suite 206<br>New York, NY 10036 | | Disputed | 29,342.19 |
| Trial Graphix<br>216 East 45th Street, 11th Floor<br>New York, NY 10017 | Trial Graphix<br>216 East 45th Street, 11th Floor<br>New York, NY 10017 | | Disputed | 28,791.24 |
| UTi United States, Inc.<br>P.O. Box 19043<br>Newark, NJ 07195 | UTi United States, Inc.<br>P.O. Box 19043<br>Newark, NJ 07195 | | | 28,736.70 |

In re   **Jazz Photo Corp.**                                        ,        Case No. _____ **03-** _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Greenberg & Kahr<br>230 Park Avenue<br>New York, NY 10169 | Greenberg & Kahr<br>230 Park Avenue<br>New York, NY 10169 | | | 27,864.95 |
| Sidley Austin Brown & Wood<br>1501 K Street, N.W.<br>Washington, DC 20005 | Sidley Austin Brown & Wood<br>1501 K Street, N.W.<br>Washington, DC 20005 | | | 27,256.93 |
| Robert Jury & Assoc., Inc.<br>344 Rancheros Drive, Suite 112<br>San Marcos, CA 92069 | Robert Jury & Assoc., Inc.<br>344 Rancheros Drive, Suite 112<br>San Marcos, CA 92069 | | | 25,475.28 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date___**May 20, 2003**_____        Signature  **/s/ Anthony Cossentino**_____
                                                **Anthony Cossentino**
                                                **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re   **Jazz Photo Corp.**                                                     Case No.   **03-**

                                                  Debtor(s)                       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 20, 2003**                          **/s/ Anthony Cossentino**

                                                  **Anthony Cossentino**/**President**
                                                  Signer/Title

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

ACT DATA SERVICES, INC.
21-07 MAPLE AVENUE
FAIR LAWN, NJ 07410


ACTS TESTING LABS, INC.
100 NORTHPOINTE PARKWAY
BUFFALO, NY 14228


ADP, INC.
PO BOX 9001006
LOUISVILLE, KY 40290-1006


AHOLD FINANCIAL SERVICES
STOP & SHOP DIVISION
PO BOX 7200
CARLISLE, PA 17013


AJ JERSEY
125 ST. NICHOLAS AVENUE
PO BOX 23431
NEWARK, NJ 07189


ALLIED SUPPLY COMPANY
DIV. 441 MARKETING GROUP
120 EAST INDUSTRY COURT
DEER PARK, NY 11729


AMBER AIR, INC.
702 RAHWAY AVENUE
UNION, NJ 07083-6634


APERUM
SOFTWARE SOLUTIONS
3425B CORPORATE WAY
DULUTH, GA 30096


ARLINGTON PRESS
PO BOX 10734
NEWARK, NJ 07193-0734


ASD/AMD TRADE SHOWS
2950 31ST STREET
SANTA MONICA, CA 90405-3037

AVAYA FINANCIAL SERVICES
PO BOX 93000
CHICAGO, IL 60673-3000


AVAYA FINANCIAL SERVICES
PO BOX 827
PARSIPPANY, NJ 07054-0827


AVAYA, INC.
PO BOX 5332
NEW YORK, NY 10087-5332


AXION, LLC
1430 BROADWAY, 7TH FLOOR
NEW YORK, NY 10018


B&G PLASTICS
37 EMPIRE STREET
NEWARK, NJ 07114


BEBERIAN & ASSOCIATES, INC.
30 WILLOW STREET
NORTH ANDOVER, MA 01845


BELL & HOWELL COMPANY
ATTN: ROSA COBAL
3400 W. PRATT
LINCOLNWOOD, IL 60712


MARC BENUN
234 CASTLE WALL AVENUE
ELBERON, NJ 07740


BOWCO LABORATORIES
75 FREEMAN STREET
PO BOX 1219
WOODBRIDGE, NJ 07095


BRANDT BOX & PAPER CO., INC.
6 WEST CRISMAN ROAD
COLUMBIA, NJ 07832


BUCKEYE BUSINESS PRODUCTS, INC.
PO BOX 92340
CLEVELAND, OH 44193

BUDD LARNER GROSS ROSENBAUM & SADE
150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-0999


JEFFREY G. BURKARD
102 NOTTINGHAM DRIVE
EATONTOWN, NJ 07724


BUSINESS WIRE, A CORPORATION
444 MONTGOMERY STREET, 39TH FLOOR
SAN FRANCISCO, CA 94104


STANLEY CAMIC
568 BRACE AVENUE
PERTH AMBOY, NJ 08861


KAYT CAMPBELL
1404 PLAZA DRIVE
WOODBRIDGE, NJ 07095


CAMPOS & STRATIS
310 CEDAR LANE
TEANECK, NJ 07666


YESENIA CARABALLO
320 LIVINGSTON STREET
ELIZABETH, NJ 07206


JAMES J. CARFAGNO
75 BLANCHE COURT
NORTH BARRINGTON, IL


CENTENNIAL INDUSTRIAL PARK
51 COMMERCE STREET
SPRINGFIELD, NJ 07081


CERTIFIED ACTUARIAL SERVICES INC.
348 CHANGE BRIDGE ROAD
P.O. BOX 693
PINE BROOK, NJ 07058


CHRYSLER FINANCIAL
P.O. BOX 3208
PAYMENT PROCESSING CENTER
MILWAUKEE, WI 53201-3208

CINGULAR
PO BOX 17542
BALTIMORE, MD 21297-1542


THE CIT GROUP
ATTN: CUSTOMER SERVICE
PO BOX 33076
NEWARK, NJ 07188-0076


THE COCA COLA COMPANY
PO DRAWER 1734
ATLANTA, GA 30301


CONTEMPORARY MOTOR CARS, INC.
100 OCEANPORT AVENUE
LITTLE SILVER, NJ 07739


CONTINENTAL PROMOTION GROUP
7405 EAST MONTE CRISTO
SCOTTSDALE, AZ 85260


ANTHONY COSSENTINO
6 HIGHLAND DRIVE
CHESTER, NJ 07920


COVINGTONS
835 TIBURON BOULEVARD
TIBURON, CA 94920


CREDENTIAL LEASING CORP.
PO BOX 5967
HARRISBURG, PA 17110-0967


CREDENTIAL LEASING CORPORATION
2525 NORTH SEVENTH STREET
HARRISBURG, PA 17110


CTL
PO BOX 5173
HAUPPAUGE, NY 11788


CYGNUS PUBLISHING, INC.
BOX 68-9833
MILWAUKEE, WI 53268-9833

D&L ADVERTISING & DESIGN GROUP
502 HAMBURG TURNPIKE
WAYNE, NJ 07470


DAIMLER CHRYSLER SERVICES
NORTH AMERICA LLC
2050 ROANOKE ROAD
WESTLAKE, TX 76262-9616


DAVID FELDMAN & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
575 MADISON AVENUE, 10TH FLOOR
NEW YORK, NY 10022


MICHELLE DEFALCO
450 ROSELD AVENUE
DEAL, NJ 07723


DEWITT STERN, IMPERATORE, LTD.
6 PORT IMPERIAL BOULEVARD
WEEHAWKEN, NJ 07087


ANA DIAZ
765 ROOSEVELT AVENUE
CARTERET, NJ 07008


DISCOVERY COPY SERVICE NY, INC.
45 WEST 45TH STREET, SUITE 206
NEW YORK, NY 10036


JOHN DISTASIO
13 VICTORY COURT
OLD BRIDGE, NJ 08857


DOAR COMMUNICATIONS, INC.
170 EARLE AVENUE
LYNBROOK, NY 11563


DOCUMENT EXPRESS, INC.
75 NINTH AVENUE
NEW YORK, NY 10011


DREIER & BARITZ, LLP
499 PARK AVENUE
NEW YORK, NY 10022

DST SYSTEMS, INC.
2454 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


EASTMAN KODAK COMPANY
PO BOX 642337
PITTSBURGH, PA 15264-2337


EISNER LLP
750 THIRD AVENUE
NEW YORK, NY 10017-2703


EMERY OCEAN SERVICES
PO BOX 1994
SCRANTON, PA 18501


EXHIBIT BY DESIGN
3255 NO. ARLINGTON HEIGHTS ROAD
SUITE 505
ARLINGTON HEIGHTS, IL 60004


EXIM INTERNATIONAL
ATTN: ED DIETZ
19225 KRISTEN WAY
SAN ANTONIO, TX 78258


THE EXPRESS GROUP
1981 DALLAVO DRIVE
WALLED LAKE, MI 48390


ROBERT FANTOZZI
698 9TH STREET
SECAUCUS, NJ 07094


FEDERAL EXPRESS CORPORATION
PO BOX 1140
MEMPHIS, TN 38101-1140


JOHN H. FERRY, III
815 CHERYL DRIVE
ISELIN, NJ 08830


FIRST DELTA GROUP
727 HASTINGS LANE
BUFFALO GROVE, IL 60089

FISH & RICHARDSON, P.C.
225 FRANKLIN STREET
BOSTON, MA 02110-2804


FUJI PHOTO FILM CO., LTD.
C/O LAWRENCE ROSENTHAL, ESQ.
STROOCK & STROOCK & LAVAN
180 MAIDEN LANE
NEW YORK, NY 10038


G. NEIL DIRECT MAIL, INC.
PO BOX 451179
SUNRISE, FL 33345-1179


G.A. DYNAMICS SECUIT.
423 UNION AVENUE
MIDDLESEX, NJ 08846


GEMCO SALES COMPANY
8400 N.W. 52ND STREET, SUITE 205
MIAMI, FL 33166-5300


GEOTEXT TRANSLATIONS, INC.
259 WEST 30TH STREET, 17TH FLOOR
NEW YORK, NY 10001


GOE
PO BOX 17249
NEWARK, NJ 07194


GREATAMERICA LEASING CORP.
DEPT. 8742
135 S. LASALLE STREET
CHICAGO, IL 60674-8742


GREENBERG & KAHR
230 PARK AVENUE
NEW YORK, NY 10169


GROTTA, GLASSMAN & HOFMAN
75 LIVINGSTON AVENUE
ROSELAND, NJ 07068

GURVITZ & KASSLER
1500 PROVIDENE HIGHWAY, SUITE 26
NORWOOD, MA 02062


H. HARDING BROWN, DAVID J. FRISCHMAN,
DOUGLAS FRIEDRICH & ROBERT K. BROWN,
SUBSTITUTED CO-TRUSTEES*
51 COMMERCE STREET
SPRINGFIELD, NJ 07081


CYNTHIA A. HENDERSON
509 S. NEW STREET
NAZARETH, PA 18064


HOBART WEST GROUP, LLC (NJ)
PO BOX 17429
BALTIMORE, MD 21297-1429


HORIZON BC&BS OF NEW JERSEY
PO BOX 18009
NEWARK, NJ 07101-8009


HOWARD PRINTING COMPANY
7419 SPRINKLE ROAD
KALAMAZOO, MI 49002


IKON OFFICE SOLUTIONS
MID-ATLANTIC DISTRICT-NEK
PO BOX 827119
PHILADELPHIA, PA 19182-7119


INTEGRATED LABELING SYSTEM, INC.
22 COTTON ROAD
NASHUA, NH 03063-1242


J.A.V. INTERNATIONAL
500 OCEAN AVENUE
EAST ROCKAWAY, NY 11518


JAPAN BUSINESS INTREPRETERS
ASSOCIATES, INC.
20 EAST ELIZABETH DRIVE
RANDOLPH, NJ 07869

JEVIC
PO BOX 23194
NEWARK, NJ 07189


JURY SCOPE, INC.
100 DRAKES LANDING ROAD, SUITE 210
GREENBRAE, CA 94904


JVC TRANSPORT, INC.
PO BOX 519
LONG VALLEY, NJ 07853


LEE A. KALBER
9 VINTAGE DRIVE
EAST WINDSOR, NJ 08520


KAPLAN & GILMAN LLP
900 ROUTE 9 NORTH
WOODBRIDGE, NJ 07095


KNOTT & GLAZIER LLP
601 SOUTH FIGUEROA STREET
SUITE 1950
LOS ANGELES, CA 90017


STEPHAN J. LANDAU
125 EDGEWOOD DRIVE
BRIDGEWATER, NJ 08807


LEGAL RETRIEVAL SERVICES, INC.
1650 BROADWAY, SUITE 1010
NEW YORK, NY 10019


LIMO EXPRESS, INC.
25 LAVENDER DRIVE
EDISON, NJ 08820


LORD ABBETT RETIREMENT
P.O. BOX 219231
KANSAS CITY, MO 64121


ROGER F. LORENZINI
3450 TWIN LAKES TERRACE
FORT PIERCE, FL 34951

LOWENSTEIN, SANDLER, KOHL,
FISHER & BOYLAN
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068-1791


PAMELA MCDANIEL
825 BERCKMAN STREET
PLAINFIELD, NJ 07060


MERCEDES BENZ
PO BOX 9001880
LOUISVILLE, KY 40290-1880


MERCEDES BENZ
P.O. BOX 9001880
LOUISVILLE, KY 40290-1880


MERCHANDISE INTERNATIONAL
2604 N.E. INDUSTRIAL DRIVE
N. KANSAS CITY, MO 64116


MESSINA TRUCKING
PO BOX 885
RAHWAY, NJ 07065


KEVIN T. MIMS
34 STATE STREET, APT. #5E
TEANECK, NJ 07666


MOORE EQUIPMENT COMPANY, INC.
267 COLT STREET
IRVINGTON, NJ 07111


NERA
NATIONAL ECONOMIC RESEARCH ASSN.
PO BOX 29677
NEW YORK, NY 10087


NEVILLE PETERSON, LLP
80 BROAD STREET, 34TH FLOOR
NEW YORK, NY 10004


NEW CENTURY TRANSPORTATION, INC.
PO BOX 8500-53478
PHILADELPHIA, PA 19176-3478

REID J. O'CONNELL
146 PINECREST DRIVE
ROCHESTER, NY 14617


P&M PARTNERS
1056 SEIB AVENUE
ELIZABETH, NJ 07202


PAETEC COMMUNICATIONS, INC.
PO BOX 1283
BUFFALO, NY 14240-1283


PAPER CHASE COPY SERVICES
513 FRANK E. RODGERS BLVD. NO.
HARRISON, NJ 07029


PBCC
PO BOX 85460
LOUISVILLE, KY 40285-5460


PHOTO INDUSTRY REPORTER
7600 JERICHO TURNPIKE
WOODBURY, NY 11797-1700


PHOTOIMAGING MANUFACTURERS &
DISTRIB. ASSOC. INC.
109 WHITE OAK LANE, SUITE 72F
OLD BRIDGE, NJ 08857


THOMAS PICINICH
26 YORKTOWNE DRIVE
MANALAPAN, NJ 07726


RAYMOND PINTO
2750 EAST 64TH STREET
BROOKLYN, NY 11234


PITNEY BOWES, INC.
PO BOX 856042
LOUISVILLE, KY 40285-6042


DANIELLE E. PLYLER
5104 BEATTY STREET
PISCATAWAY, NJ 08854

PMA SERVICES, INC.
3000 PICTURE PLACE
JACKSON, MI 49201


STEVEN POLAKOFF
827 HILLDALE ROAD
GLENSIDE, PA 19038


POLAND SPRING
PROCESSING CTR.
PO BOX 52271
PHOENIX, AZ 85072-2271


POLYTECH ENTERPRISE LIMITED
UNIT D 5/F YOUNG YA IND. BLDG.
381-389 SHA TSUI ROAD
TSUEN WAN, HONG KONG


KEITH POST
9 RED BARN LANE
WEST MILFORD, NJ 07480


PREMIERE CONFERENCING
PO BOX 875450
KANSAS CITY, MO 64187-0450


PSE&G
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444


PYRAMID TRANSPORTATION SYSTEMS
1241 E. WATSON CENTER ROAD
CARSON, CA 90745


RAY CATENA MOTOR CAR CORP.
910 ROUTE 1
EDISON, NJ 08817


REALTIME REPORTING, INC.
183 BROADWAY, SUITE 312
HICKSVILLE, NY 11801


NADIA RIBEIRO
270 DEVOE AVENUE
SPOTSWOOD, NJ 08884

ROBERT RIECKS
2632 CRANE WAY
CAMERON PARK, CA 95682


RITTENHOUSE MARKETING, INC.
400 E. EVERGREEN BOULEVARD, #304
VANCOUVER, WA 98660


ROADWAY EXPRESS
PO BOX 471
AKRON, OH 44393-0001


ROBERT JURY & ASSOC., INC.
344 RANCHEROS DRIVE, SUITE 112
SAN MARCOS, CA 92069


ROSENTHAL & ROSENTHAL, INC.
C/O ELIZABETH H. SINGER, ESQ.
KIRKPATRICK & LOCKHART
599 LEXINGTON AVENUE
NEW YORK, NY 10022


SAFEGUARD BUSINESS SYSTEMS, INC.
PO BOX 1749
FORT WASHINGTON, PA 19034


SANFORD GOLD & COMPANY
9260 VALLEY VIEW ROAD
MACEDONIA, OH 44056


SELECT SALES
7750 WET 78TH STREET
BLOOMINGTON, MN 55439


ELI SHOER
5 POST LANE
PALISADES, NY 10964


SHRED-IT NEWARK
216 LITTLE FALLS ROAD, UNIT 4
CEDAR GROVE, NJ 07009


FAISAL H. SIDDIQUI
779 EVES DRIVE, APT. 2-C
HILLSBOROUGH, NJ 08844

SIDLEY AUSTIN BROWN & WOOD
1501 K STREET, N.W.
WASHINGTON, DC 20005


SILLS CUMMIS RADIN TISCHMAN
EPSTEIN & GROSS
ONE RIVERFRONT PLAZA
NEWARK, NJ 07102-5400


SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK, NY 10036-6522


EDWARD SMALL
71 FIRST AVENUE
PORT READING, NJ 07064


EDWARD B. SOHMERS
5805 KAYVIEW DRIVE
AUSTIN, TX 78749


SOUTHEASTERN SALES ASSOC., INC.
1480 SOUTH PERRY STREET
MONTGOMERY, AL 36104


JOSELYN SPRATLEY
P.O. BOX 308
ANALOMINK, PA 18320


SPROCK SALES ASSOCIATES
30 WEST 39TH AVENUE, SUITE 100
SAN MATEO, CA 94403


STAFFING ALTERNATIVES
622 GEORGES ROAD
NORTH BRUNSWICK, NJ 08902


STAPLES CREDIT PLAN
DEPT. 22 001174351
PO BOX 9020
DES MOINES, IA 50368-9020

KRISTIN L. STOUT
241 PALOMBI COURT
EAST BRUNSWICK, NJ 08816


SUN MOUNTAIN MARKETING
2659 W. GUADALUPE ROAD, SUITE 222
MESA, AZ 85202


SUPERIOR OFFICE SYSTEMS, INC.
19 GROSS AVENUE
EDISON, NJ 08837


THE SUPPORTING CAST
10 EAST 40TH STREET
NEW YORK, NY 10016


SUPREME SECURITY SYSTEM
1565 UNION AVENUE
UNION, NJ 07083


TCA FULFILLMENT SERVICE
145 HUGUENOT STREET, SUITE 105
NEW ROCHELLE, NY 10801


TRANSPORT TOPICS
SUBSCRIPTION SERVICES
PO BOX 182
CONGERS, NY 10920-0182


TRAUBEN & COMPANY, INC.
D/B/A QMI GROUP
4202 PIONEER DRIVE, SUITE A
WALLED LAKE, MI 48390


TRIAL GRAPHIX
216 EAST 45TH STREET, 11TH FLOOR
NEW YORK, NY 10017


U.S. LIFE INSURANCE COMPANY
PO BOX 62104
BALTIMORE, MD 21264-2104


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UNITED STATES TREASURY
P.O. BOX 219420
KANSAS CITY, MO 64121-9236


UNUM LIFE INSURANCE COMPANY
OF AMERICA
PO BOX 406990
ATLANTA, GA 30384-6990


UTI UNITED STATES, INC.
P.O. BOX 19043
NEWARK, NJ 07195


VERIZON
PO BOX 4833
TRENTON, NJ 08650-4833


VIDEO DOCUMENTARIES PRODUCTION
1581 ROUTE 202, #140
POMONA, NY 10970


WASTE MANAGEMENT OF NEW JERSEY
PO BOX 830003
BALTIMORE, MD 21283-0003


JOSEPH M. WEBER
57 PATRIOTS ROAD
MORRIS PLAINS, NJ 07950


WESTVIEW INDUSTRIES, INC.
270 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632


WOLFENSOHN, INC.
13 BLACKSTONE DRIVE
LIVINGSTON, NJ 07039-1823


YELLOW FREIGHT SYSTEM, INC.
PO BOX 13850
NEWARK, NJ 07188-0850


MICHAL ZAWODNY
68 SPRING STREET
WOODBRIDGE, NJ 07095