**MS-4088**
**WU-1187**
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD**
A Professional Corporation
25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Telecopier
Proposed Attorneys for Jazz Photo Corp.,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CASE NO. 03-26565

Chapter 11

| In the Matter of: | **NOTICE OF MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO HONOR ITS REBATE OBLIGATIONS FOR PRE-PETITION SALES** |
|---|---|
| JAZZ PHOTO CORP., | |
| Debtor-in-Possession. | **HEARING DATE:** May ___, 2003, at __:__ __.m. |
| | ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY PRESENTED |

TO:    All Parties-in-Interest
       on the Attached Service List

PLEASE TAKE NOTICE that pursuant to an Order for Expedited Consideration served

herewith, on the _____ day of May, 2003, at ___:___ _.m., or as soon thereafter as counsel may

be heard, the undersigned, proposed attorneys for Jazz Photo Corp., the within debtor and debtor-in-possession (the "Debtor"), shall move before the assigned United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, for entry of an Order authorizing the Debtor to honor, and directing financial institutions to honor checks relating to the Debtor's rebate obligations for pre-petition sales and granting such other and further relief as the Court deems appropriate (the "Motion").

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the undersigned shall rely on the Affidavit of Anthony Cossentino, the Debtor' President and Chief Executive Officer, in support of the Debtor's "first day motions," and the accompanying Verified Application, which collectively set forth the relevant factual and legal bases upon which the relief requested should be granted.  A proposed Order granting the relief requested in the Motion is also being submitted.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion shall be made and served in accordance with the Order Shortening Time.

PLEASE TAKE FURTHER NOTICE that unless objections are timely presented, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be granted without a hearing.

40654/0001-1286109v1

PLEASE TAKE FURTHER NOTICE that the undersigned requests oral argument on the return date of the Motion if objections are timely made.

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> Proposed Attorneys for Jazz Photo Corp.,
> Debtor-in-Possession
>
> By: */s/ Michael D. Sirota*
>     Michael D. Sirota
>     Warren A. Usatine

DATED: May 20, 2003