FILED
JAMES ~~~~~~~ CLERK
MAY 2 2 2003
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> MS – 4088 <br> WU - 1187 <br> **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** <br> 25 Main Street <br> Hackensack, NJ 07601 <br> (201) 489-3000 <br> (201) 489-1536 Telecopier <br> Proposed Attorneys for Jazz Photo Corp., <br> Debtor-in-Possession |

| In the Matter of: | Case No. 03- 26565 |
|---|---|
| JAZZ PHOTO CORP., | Hearing Date: 5/22/03 |
| Debtor-in-Possession. | Judge: M. STERN |

### ORDER AUTHORIZING THE DEBTOR TO MAINTAIN ITS ACTIVE BANK ACCOUNT AND CONTINUE USE OF ITS EXISTING BUSINESS FORMS AND CASH MANAGEMENT SYSTEM

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

5/22/03

40654/0001-2129712v2

(Page 2)
Debtor:            JAZZ PHOTO CORP.
Case No.           03-26565
Caption of Order:  ORDER AUTHORIZING THE DEBTOR TO MAINTAIN ITS
                   ACTIVE BANK ACCOUNT AND CONTINUE USE OF ITS EXISTING
                   BUSINESS FORMS AND CASH MANAGEMENT SYSTEM

THIS MATTER having been opened to the Court by Jazz Photo Corp., the within debtor and debtor-in-possession (the "Debtor"), by and through its counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., upon a motion for entry of an Order authorizing the Debtor to maintain its active bank account and continue using its existing business forms and cash management system (the "Motion"); and good and sufficient notice of the hearing on the Motion having been given in accordance with the Order for Expedited Consideration previously entered by the Court, as evidenced by the Affidavit of Service filed with the Court; and the Court having held an emergency hearing on the date hereof, and having considered the moving papers, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order,

IT IS ORDERED as follows:

1.    The Debtor is hereby authorized, on an interim basis for the next sixty (60) days, to maintain, in its sole discretion, the Debtor's bank account with First Union National Bank, account number 2030-114-373-280 (the "First Union Account"), instead of opening a debtor-in-possession account.

2.    If the Office of the United States Trustee ("UST") does not file a written objection thereto before expiration of the sixty (60) day period, the Debtor shall be authorized to maintain and utilize the First Union Account post-petition on a permanent basis. If the UST files a written objection before the expiration of the sixty (60) day period, the Court will schedule the matter for

40654/0001-2129712v2

(Page 3)
Debtor:            JAZZ PHOTO CORP.
Case No.           03-26565
Caption of Order:  ORDER AUTHORIZING THE DEBTOR TO MAINTAIN ITS
                   ACTIVE BANK ACCOUNT AND CONTINUE USE OF ITS EXISTING
                   BUSINESS FORMS AND CASH MANAGEMENT SYSTEM

a hearing. In such event, the Debtor shall be authorized to maintain the First Union Account, and shall be excused from opening a debtor-in-possession account, pending further Order the Court.

3. The Debtor is authorized to continue to use its existing business forms without alteration or change.

4. The Debtor is authorized to continue to use its existing cash management system as described in the Motion.

5. The Debtor's counsel shall serve a copy of this Order on all parties-in-interest by regular mail within seven (7) days hereof.

40654/0001-2129712v2