**WU-1187**
**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD**
A Professional Corporation
25 Main Street
Hackensack, New Jersey 07601
(201) 489-3000
(201) 489-1536 Telecopier
Attorneys for Jazz Photo Corp.,
Debtor-in-Possession

|  |  |
|---|---|
| In the Matter of:<br><br>JAZZ PHOTO CORP.,<br><br>Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE MORRIS STERN<br>CASE NO. 03-26565(MS)<br><br>Chapter 11<br><br>**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER GRANTING THE DEBTOR AND FUJI PHOTO FILM CO., LTD. RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)** |

I HEREBY CERTIFY that, with respect to the copy of the Consent Order Granting the Debtor and Fuji Photo Film Co., Ltd. Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d), (the "Consent Order"), which has been submitted to the Court, the following conditions have been met:

1. The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order.

40654/0001-2140823v1

2. The signatures represented by the /s/ on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

3. I will retain the original Consent Order for a period of seven (7) years from the date of closing of the case or adversary proceeding.

4. I will simultaneously electronically file this Certification with the Court, by use of my login and password, thereby signing same for all purposes, including those under Fed. R. Bankr. P. 9011.

/s/ Warren A. Usatine<br>
WARREN A. USATINE

DATED: June 11, 2003