**Lowenstein Sandler PC**
Michael S. Etkin, Esq. (ME 0570)
Bruce Buechler, Esq. (BB 0324)
65 Livingston Avenue
Roseland, New Jersey  07068-1791
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

**Stroock & Stroock & Lavan LLP**
Lawrence Rosenthal, Esq.
Brian M. Cogan, Esq.
Kristopher M. Hansen, Esq.
180 Maiden Lane
New York, NY  10038
Telephone:  (212) 806-5400
Facsimile:  (212) 806-6006

Co-Counsel to Fuji Photo Film Co., Ltd.

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : Chapter 11 |
| JAZZ PHOTO CORP., | : Case No. 03-26565 (MS) |
| Debtor. | : |

**DECLARATION OF BRUCE BUECHLER
IN SUPPORT OF MOTION FOR TRUSTEE**

Bruce Buechler declares and states as follows:

1. I am a member of the firm of Lowenstein Sandler PC and am one of counsel for Fuji Photo Film Co., Ltd. ("Fuji") in this proceeding.

2. On June 4, 2003, I attended a meeting conducted by Margaret Lambe Jurow, Esq. of the Office of the United States Trustee to form an Official Committee of Unsecured Creditors (the "Committee") in the Jazz Photo Corp. ("Jazz") Chapter 11 bankruptcy

15856/2
06/24/2003 **1407886.01**

case. The U.S. Trustee ultimately formed a committee consisting of three members: Polytech Enterprise Ltd. ("Polytech"), the law firm of Drier & Baritz, and Jevic Transportation, a shipping company.

3. Polytech's proxy at the meeting was Leon Silvera. Ms. Jurow stated that an individual named Wong Titi (phonetic spelling) executed the proxy and information statement for Polytech that was faxed to the U.S. Trustee. I do not have a copy of the proxy or information statement. Mr. Silvera admitted that he is a principal in Photo Recycling Enterprises. Mr. Silvera stated that Polytech owes Photo Recycling Enterprises money and that he would be Polytech's representative in the United States to sit on the Committee.

4. Mr. Silvera also stated that Polytech was a supplier of goods to Jazz and, that as far as he is aware, there are no overlapping officers, directors or employees between Polytech, Jazz and Jazz Hong Kong. Likewise, Jazz's president, Anthony Cossentino stated that he called Mr. Jack Benun from the meeting and Benun confirmed that there is no relationship between Polytech, Jazz Hong Kong and Jazz and that there were no overlapping employees.

5. Mr. Cossentino stated that he believed Polytech was recently formed as a factory and that all of the invoices due Polytech from Jazz are for goods shipped within approximately 60 days to the petition date.

6. Ms. Jurow stated that because Fuji had no hard documents at the meeting to contradict these representations, she accepted the representations as true and placed Polytech on the Committee. Ms. Jurow then stated, in the presence of Mr. Cossentino, Jazz's CFO Joe Weber, Michael Sirota, Esq., Mr. Silvera and others, that if these individuals were "lying" she would have no problem submitting a criminal referral to the U.S. Attorney's office. Ms. Jurow invited Fuji to provide her office with documentation to demonstrate that these representations

-3-

were wrong and that there is no basis for Polytech to be a member of the Committee. Such documentation is contained in the Exhibits to the Declaration of Ellen Brier submitted herewith.

7. I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true and further, that these statements were made with the knowledge that willful false statements are punishable under 28 U.S.C. Section 1746.

Dated : June 24, 2003.

*s/ Bruce Buechler*
Bruce Buechler