| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>FN-9351<br>DORSEY & WHITNEY, LLP<br>East 80 Route 4<br>Paramus, New Jersey 07652<br>(201) 291-8904 (Phone)<br>(201) 712-9444 (Fax)<br>Attorneys for Imation Corp. and Imation S.p.A. | |
| In Re:<br><br>JAZZ PHOTO CORP.,<br><br>     Debtor-in-Possession. | Chapter 11<br><br>Case No. 03-26565 (MS)<br><br>Hearing Date: Not Applicable |

**CONSENT ORDER GRANTING THE DEBTOR, JAZZ PHOTO (HONG KONG) LTD., IMATION CORP. AND IMATION S.p.A. RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

(Page 2)
Debtor: JAZZ PHOTO CORP.
Case No: 03-26565 (MS)
Caption of Order: CONSENT ORDER GRANTING THE DEBTOR, JAZZ PHOTO (HONG KONG) LTD., IMATION CORP. AND IMATION S.p.A. RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

**WHEREAS**, on May 20, 2003 (the "Petition Date"), Jazz Photo Corp. (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Debtor, Jazz Photo (Hong Kong) Ltd. ("Jazz HK"), Imation Corp. and Imation S.p.A. were parties to an action commenced before the Petition Date entitled <u>Jazz Photo Corp. v. Imation Corp. and Imation S.p.A.</u>, pending in the United States District Court for the District of New Jersey, Civil Action No. 99-2505 (the "Lawsuit"); and

**WHEREAS**, the Lawsuit involves claims and counterclaims by and among the Debtor, Jazz HK, Imation Corp. and Imation S.p.A. (collectively, the "Parties"); and

**WHEREAS**, the Parties have indicated that they intend to prosecute their respective claims and counterclaims in the Lawsuit after the Petition Date and seek relief from the automatic stay, imposed by Section 362(a) of the Bankruptcy Code, to proceed with their respective claims and counterclaims;

**IT IS HEREBY AGREED, CONSENTED TO, ORDERED AND ADJUDGED** as follows:

1. The automatic stay is modified pursuant to Section 362(d) of the Bankruptcy Code, effective as of the Petition Date, to allow the Parties to prosecute any and all claims and counterclaims asserted in the Lawsuit.

40654/0001-1296838v2

| | |
|---|---|
| (Page 3) | |
| Debtor: | JAZZ PHOTO CORP. |
| Case No: | 03-26565 (MS) |
| Caption of Order: | CONSENT ORDER GRANTING THE DEBTOR, JAZZ PHOTO (HONG KONG) LTD., IMATION CORP. AND IMATION S.p.A. RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) |

    2.      To the extent Imation Corp. or Imation S.p.A. obtains a judgment in the Lawsuit against the Debtor, those entities shall not execute, levy or take any other action to collect on such judgment pending further Order of the Court.

We hereby consent to the form,
Substance and entry of the within
Consent Order:

DORSEY & WHITNEY LLP
Attorneys for Imation Corp. and Imation S.p.A.

By:   /s/ Frederick A. Nicoll
      Frederick A. Nicoll
      East 80 Route 4
      Paramus, New Jersey 07652
      (201) 291-8904

RAVIN GREENBERG, P.C.
Attorneys for Official Committee of
Unsecured Creditors

By: /s/ Howard S. Greenberg
      Howard S. Greenberg
      101 Eisenhower Parkway
      Roseland, New Jersey 07068
      (973) 226-1800

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for Debtor

By:   /s/ Warren A. Usatine
      Warren A. Usatine
      Court Plaza North
      25 Main Street
      Hackensack, New Jersey 07601
      (201) 489-3000

40654/0001-1296838v2