Order Filed on
**7/23/2003**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>FC-4776<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>25 Main Street<br>Hackensack, NJ 07601<br>(201) 489-3000<br>(201) 489-1536 Telecopier<br>Attorneys for Jazz Photo Corp., Debtor-in-Possession |

| | |
|---|---|
| In Re:<br><br>JAZZ PHOTO CORP.,<br><br>                    Debtor-in-Possession. | Case No. 03-26565 (MS)<br><br>Hearing Date: July 14, 2003 at __:__ _.m.<br><br>Judge: Honorable Morris Stern |

**ORDER PURSUANT TO 11 U.S.C. §365(d)(4) EXTENDING THE TIME BY WHICH THE DEBTOR MUST ASSUME OR REJECT ITS UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: 7/23/2003**

_____
Honorable Morris Stern
United States Bankruptcy Judge

40654/0001-1298170v1

(Page 1)
Debtor: Jazz Photo Corp.
Case No: 03-26565 (MS)
Caption of Order: ORDER PURSUANT TO 11 U.S.C. §365(d)(4) EXTENDING THE TIME BY WHICH THE DEBTOR MUST ASSUME OR REJECT ITS UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY

THIS MATTER having been opened to the Court by Jazz Photo Corp., the within debtor and debtor-in-possession (the "Debtor"), by and through its counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., upon a motion for an Order pursuant to Section 365(d)(4) of the Bankruptcy Code extending the time by which the Debtor must assume or reject its unexpired non-residential real property lease pursuant to 11 U.S.C. § 365(d)(4); and good and sufficient notice of the hearing on the Motion having been given, as evidenced by the Affidavit of Service filed with the Court; and the Court having held a hearing on the date hereof, and having considered the moving papers, the opposition thereto, if any, and the arguments of counsel, if any; and good cause appearing for the entry of this Order;

IT IS ORDERED as follows:

1. The Motion is granted.

2. The deadline set by Section 365(d)(4) of the Bankruptcy Code by which the Debtor must assume or reject its unexpired leases of non-residential real property is extended through and including November 14, 2003, without prejudice to the Debtor's right to seek further extensions of such deadline.

3. The Debtor's counsel shall serve a copy of this Order on all parties in interest within seven (7) days hereof.

40654/0001-1298170v1

*Approved by Judge Morris Stern July 23, 2003*