| | |
|---|---|
| **SK-1642** | **Public Version** |
| **COLE, SCHOTZ, MEISEL,** | |
| **FORMAN & LEONARD** | |
| A Professional Corporation | |
| 25 Main Street | |
| Hackensack, New Jersey 07601 | |
| (201) 489-3000 | |
| (201) 489-1536 Telecopier | |
| Attorneys for Jazz Photo Corp., | |
| Debtor-in-Possession | |

| | | |
|---|---|---|
| In the Matter of: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | HONORABLE MORRIS STERN |
| JAZZ PHOTO CORP., | : | CASE NO. 03-26565 (MS) |
| | : | |
| Debtor-in-Possession. | : | Chapter 11 |
| | : | |
| | : | **AFFIDAVIT OF JEFFREY KAPLAN IN OPPOSITION TO MOTION TO APPOINT CHAPTER 11 TRUSTEE** |
| | | |
| | | **HEARING DATE:** |
| | | **July 30, 2003, 10:00 a.m.** |

STATE OF NEW JERSEY    )
                       SS.:
COUNTY OF MIDDLESEX )

JEFFREY KAPLAN, of full age, being duly sworn according to law, upon his oath, deposes and says:

1.  I am an attorney-at-law of the State of New Jersey and a partner in the firm of Kaplan & Gilman, LLP. I am familiar with the facts contained herein which are true.

2. I have represented the Debtor, Jazz Photo Corp., in proceedings brought by [

].

3. Because of the outbreak of SARS in the Far East, [

] was temporarily discontinued because of counsel's inability to travel to the Far East.

4. It is my understanding that Fuji has argued for the appointment of a Chapter 11 Trustee in the Debtor's case, in part, based upon its allegations that [

]. In the event that Fuji seeks to prove these unfounded allegations in the context of the Motion for a Chapter 11 Trustee, I will not be able to adequately respond and defend the Debtor unless [

].

5. Annexed collectively hereto as Exhibit A are true copies of the [

].

6. The [                                    ]:

    (i) [

];

    (ii) [

];

    (iii) [                                    ]; and

2

      (iv)    [

].

7. In addition, I will not be able to adequately prepare for the hearing unless I can

[ ].

      /s/ Jeffrey Kaplan
      JEFFREY KAPLAN

Sworn and subscribed to before me
this 24th day of July, 2003.

      /s/ Paula M. Halsey
Notary Public of the State of New Jersey
My Commission Expires 1/13/2005
I.D. No. 2173683

3