| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LOWENSTEIN SANDLER PC**<br>BRUCE BUECHLER (BB 0324)<br>MICHAEL S. ETKIN (ME 0570)<br>65 Livingston Avenue<br>Roseland, NJ  07068<br>973-597-2500 phone<br>973-597-2400 fax<br><br> - and -<br><br>**STROOCK & STROOCK & LAVAN LLP**<br>LAWRENCE ROSENTHAL<br>BRIAN COGAN<br>KRISTOPHER HANSEN<br>180 Maiden Lane<br>New York, NY  10003<br>212-806-5400 phone<br>212-806-6006 fax<br>Attorneys for Fuji Photo Film Co., Ltd. | |
| In re:<br><br>JAZZ PHOTO CORP.,<br><br>                                Debtor. | Chapter 11<br><br>Case No. 03-26565 (MS)<br><br>Hearing Date:  Not Applicable |

## CERTIFICATE OF CONSENT REGARDING DISCOVERY STIPULATION AND CONSENT ORDER IN CONNECTION WITH THE PENDING MOTION SEEKING TO APPOINT A CHAPTER 11 TRUSTEE

**I HEREBY CERTIFY** that with respect to the copy of the captioned Discovery Stipulation and Consent Order submitted to the Court, the following conditions have been met:

(a)     The Terms of the copy of the discovery stipulation and consent order submitted to the Court are identical to those set forth in the original consent order;

(b)     The signatures represented by the /s/_____ on the copy of the discovery stipulation and consent order submitted to the Court reference the signatures of consenting parties obtained on the original discovery stipulation and consent order;

(c)  I will retain the original discovery stipulation and consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)  I will make the original discovery stipulation and consent order available for inspection upon request of the Court or any party in interest; and

(e)  I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P 9011 (sign certification with a /s/_____).

Dated: August 20, 2003

**LOWENSTEIN SANDLER PC**

BY:/s/ Bruce Buechler_____
Bruce Buechler, Esq.

15856/2
08/20/2003 .011434725