# LOWENSTEIN SANDLER PC
*Attorneys at Law*

BRUCE BUECHLER
Member of the Firm

Tel  973.597.2308   Fax  973.597.2309
bbuechler@lowenstein.com

January 27, 2004

**VIA FACSIMILE**
Honorable Morris Stern
United States Bankruptcy Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Re:  Jazz Photo Corp.
     Case No. 03-26565 (MS)
     Hearing Date: February 6, 2004

Dear Judge Stern:

As a follow up to our telephonic conference call of today, Fuji Photo Film Co., Ltd. hereby withdraws its pending motion seeking the appointment of a Chapter 11 trustee without prejudice to move for such relief in the future.

Respectfully yours,

Bruce Buechler

JAN 29 2004

BB:klf
15856/2
01/27/04 1503756.01

cc:  Michael D. Sirota, Esq. (via facsimile)
     Howard Greenberg, Esq, (via facsimile)
     Lawrence Rosenthal, Esq. (via facsimile)
     Margaret L. Jurow, Esq., United States Trustee (via facsimile)
     Dennis O'Grady, Esq. (via facsimile)

