# COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

### A PROFESSIONAL CORPORATION

MORRILL J. COLE*
EDWARD M. SCHOTZ
MICHAEL S. MEISEL*
MICHAEL H. FORMAN
STANLEY STERN▲□
THOMAS J. LA CONTE
HARVEY A. MILLER
HENRY M. MATRI
GERALD H. GLINE
RICHARD R. KAHN▲
HAROLD N. TOLCHINSKY▲
STEVEN R. KLEIN
MARC R. BERMAN■
WENDY M. BERGER▲
SAMUEL WEINER
RICHARD W. ABRAMSON□
MICHAEL R. LEIGHTON▲
STEVEN D. LEIPZIG▲
GORDON C. DUUS
STUART KOMROWER▲
GLENN R. KAZLOW
MICHAEL D. SIROTA▲
ALAN RUBIN▲■
STEVEN I. ADLER

MICHAEL E. JONES
DONALD A. OTTAUNICK▲
REBECCA K. SPAR▲
LEO V. LEYVA▲
DAVID M. KOHANE▲
LEONARD M. WOLF
JAN ALAN LEWIS▲
JEFFREY H. SCHECHTER▲
ILANA VOLKOV▲
W. JOHN PARK▲
MITCHELL W. ABRAHAMS
MICHAEL G. STINGONE■
MARC P. PRESS▲
EDWARD S. KIEL
KENNETH L. BAUM▲
STEVEN L. KLEPPER▲
LORI I. WOLF▲
GARY M. ALBRECHT▲
WARREN A. USATINE
RANDI W. KOCHMAN▲
IRYNA LOMAGA CAREY▲
GARY A. PHILLIPS□
JORDAN A. FISCH

*Certified Civil Trial Attorney

RICHARD D. WOLLOCH▲
CARL A. RIZZO
GERARD M. GIORDANO

SPECIAL COUNSEL

### COUNSELLORS AT LAW

COURT PLAZA NORTH

25 MAIN STREET

P.O. BOX 800

HACKENSACK, NEW JERSEY 07602-0800

(201) 489-3000

FAX (201) 489-1536

www.coleschotz.com

TELECOMMUNICATION DEVICE FOR THE DEAF
(201) 489-3479

767 THIRD AVENUE

NEW YORK, NEW YORK 10017

(212) 752-0110

FAX (212) 751-8238

ROBERT J. SCERBO
MARCIA R. EAGLE▲
SHARON REIDER BABB▲
BARRY M. SCHWARTZ▲
MARC L. POTOLSKY▲
JAMIE P. CLARE
WENDY F. KLEIN▲
CATHERINE E. BOSTOCK▲
LUIS J. AMARO, JR. ▲
MICHAEL N. MOREA▲
SUSAN M. USATINE
JAMES T. KIM
CARMEN ANDRADE▲
DAVID P. STEINBERGER
SEAN M. LIPSKY▲
MARK J. POLITAN▲
JOSEPH BARBIERE▲

DOUGLAS I. EILENDER▲
MICHAEL S. CANARICK▲
FRANCK D. CHANTAYAN▲
CHRISTOPHER J. CASLIN▲
DAMIAN L. ALBERGO▲
ALLISON R. LANGE
DANIEL Z. RIVLIN▲
JILL A. STEINBERG▲
LEANNE M. SNYDER▲
DAVID T. SHIVAS▲
KRISTIN S. ELLIOTT
MATTHEW R. KAPLAN▲
PHILLIP S. PEPPER▲
ANTONIO G. CAMMALLERI
MATTHEW E. FERNAND
GIA G. INCARDONE
DOROTHY MELLO LAGUZZA

▲ NJ & NY BARS
■ NJ & PA BARS
□ NJ & FL BARS
+ NY BAR ONLY

REPLY TO HACKENSACK OFFICE

WRITER'S DIRECT LINE:
(201) 525-6331

WRITER'S DIRECT FACSIMILE:
(201) 678-6331

WRITER'S EMAIL ADDRESS:
skomrower@coleschotz.com

February 4, 2004

Via Email

Hon. Morris Stern, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street
Newark, NJ 07101-1352

**FILED**
JAMES J. WALDRON, CLERK

FEB   4 2004

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY                    DEPUTY

Re:    Jazz Photo Corp.
       Case No. 03-26565 (MS)

Motion of Jazz Photo Corp. for an Order Imposing Sanctions against Fuji
Film Co., Ltd pursuant to Bankruptcy Rule 9011 and 28 U.S.C. § 1927

Dear Judge Stern:

Yesterday, we filed the above Motion on behalf of the Debtor. This letter is to
advise the Court that counsel for Fuji has agreed to accept service of the Motion on
behalf of its client to avoid the necessity of service pursuant to Bankruptcy Rule
9011(c)(1)(A) which incorporates Bankruptcy Rule 7004. In exchange, the Debtor has
agreed to Fuji's request for a later return date of the Motion and a briefing schedule,
subject to the Court's calendar. The parties request approval of the following schedule:

- Debtor to file an itemization of legal expenses on or before February 10,
  2004.

- Opposition papers to be filed and served on or before March 10, 2004.

- Debtor's reply papers to be filed and served on or before March 22, 2004.

40654/0001-1330620v1

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
COUNSELLORS AT LAW

Hon. Morris Stern, U.S.B.J.
February 4, 2004
Page 2

- Proposed return date:  March 29, 2004 at 10:00 a.m.

I will follow up with Your Honor's chambers in this regard and notify all interested parties.  Thank you.

Respectfully submitted,

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ Stuart Komrower*

Stuart Komrower

SK/kmj
cc:    Bruce D. Buechler, Esq. (via email)
        Lawrence Rosenthal, Esq. (via email)
        Margaret Lambe Jurow, Esq. (via email)
        Howard S. Greenberg, Esq. (via email)
        Dennis J. O'Grady, Esq. (via email)
        Michael D. Sirota, Esq.

40654/0001-1330620v1