| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 |
| MS-4088<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>25 Main Street<br>Hackensack, NJ 07601<br>(201) 489-3000<br>(201) 489-1536 Telecopier<br>Attorneys for Jazz Photo Corp., Debtor-in-Possession |
| In Re:<br><br>JAZZ PHOTO CORP.,<br><br>                              Debtor |



Case No. 03-26565 (MS)

Hearing Date: September 22, 2004

Judge: Hon. Morris Stern, U.S.B.J.

**ORDER CONTINUING MOTIONS OF FUJI PHOTO FILM CO., LTD. SEEKING: (A) CONVERSION OF THE DEBTOR'S CHAPTER 11 PROCEEDING; (B) ESTIMATION OF ADMINISTRATIVE CLAIM; AND (C) FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PROCEED BEFORE THE UNITED STATES DISTRICT COURT**

The relief set forth on the following pages, numbered 2 through 3, is hereby **ORDERED**.

9/28/04

**(Page 2)**

| | |
|---|---|
| Debtor: | Jazz Photo Corp. |
| Case No. | 03-26565 (MS) |
| Caption of Order: | ORDER CONTINUING MOTIONS OF FUJI PHOTO FILM CO., LTD. SEEKING: (A) CONVERSION OF THE DEBTOR'S CHAPTER 11 PROCEEDING; (B) ESTIMATION OF ADMINISTRATIVE CLAIM; AND (C) FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO PROCEED BEFORE THE UNITED STATES DISTRICT COURT |

THIS MATTER having been opened to the Court by Lowenstein Sandler PC and Stroock & Stroock & Lavan, LLP, attorneys for Fuji Photo Film Co., Ltd. ("Fuji") upon:(A) Motion Pursuant To 11 U.S.C. 1112(b) For An Order Converting The Debtor's Chapter 11 Case To a Case Under Chapter 7 of the Bankruptcy Code (the "Conversion Motion"); (B) Motion For A Determination That The Automatic Stay Is Not Applicable And To Lift The Injunction Against Proceeding Or, Alternatively, For Relief From The Automatic Stay (the "Stay Motion"); And (C) Motion For Allowance Of An Administrative Claim ( the "Administrative Claim Motion") (collectively, the Conversion Motion, Stay Motion, Administrative Claim Motion shall be referred to as "Fuji Motions"); and in response to the Stay Motion the Debtor having filed a Cross-Motion For The Retention Of Budd, Larner, Rosenbaum, Greenberg & Sade, P.C. As Special Litigation Counsel (the "Debtor's Cross-Motion"); and the Court having considered the moving, opposition and reply papers and the arguments of counsel; and for the reasons stated at the September 22, 2004 hearing,

IT IS ORDERED as follows:

1. The Fuji Motions and Debtor's Cross-Motion are continued until November 19, 2004 at 1:00 p.m. (the "Continued Date"). To the extent that Fuji or the Debtor believes that an event has occurred, after September 22, 2004, that should cause the Court to consider the

40654/0001-1360673v3

**(Page 3)**
Debtor: Jazz Photo Corp.
Case No. 03-26565 (MS)
Caption of Order: ORDER DENYING FUJI PHOTO FILM CO., LTD.'S MOTION FOR A DETERMINATION THAT THE AUTOMATIC STAY IS NOT APPLICABLE OR, ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

---

Conversion Motion, the Stay Motion and/or the Administrative Claim Motion before the Continued Date such party shall arrange a conference call with the Court to address such request. Fuji and the Debtor shall exchange, file with the Court, and serve on all interested parties supplemental submissions, if any, by 5:00 p.m. on November 12, 2004. The supplemental submissions shall be limited to relevant developments after September 22, 2004 and, to the extent not already briefed, points raised by the Court during the hearing on September 22, 2004.

2. The Debtor's counsel shall serve a copy of this Order on all parties-in-interest within seven (7) days hereof.