UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE, REGION 3
Margaret Lambe Jurow, Esquire (MJ 1809)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| Jazz Photo Corp., | : Case No. 03-26565(MS) |
| | : |
| | : |
| Debtor(s) | : |

NOTICE OF APPOINTMENT OF EXAMINER

TO:   Edwin N. Ordway, Jr.
      Capstone Corporate Recovery, LLC
      Park 80 West, Plaza I - Plaza Level
      Saddle Brook, New Jersey  07663

You are hereby notified of your appointment as Examiner of the estate of the above captioned debtor, subject to Court approval.

KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE
REGION 3

By:   */s/Martha R. Hildebrandt*
      Martha R. Hildebrandt
      Acting Assistant United States Trustee

Dated: February 10, 2005