| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**HOWARD S. GREENBERG (HSG8559)**<br>**SHERYLL S. TAHIRI (ST4629)**<br>**RAVIN GREENBERG** PC<br>Attorneys for the Official Committee of<br>Unsecured Creditors<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>(973) 226-1500 | **FILED**<br>JAMES J. WALDRON, CLERK<br>FEB 18 2005<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>JAZZ PHOTO CORP.,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 03-26565 MS |

## ORDER APPROVING SETTLEMENT OF PENDING UNITED STATES DISTRICT COURT LITIGATION AGAINST IMATION CORP. AND IMATION S.P.A.

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

2/18/05

(Page 2)

Debtor: Jazz Photo Corp.

Case No. 03-26565 MS

Caption of Order: ORDER APPROVING SETTLEMENT OF PENDING UNITED STATES DISTRICT COURT LITIGATION AGAINST IMATION CORP. AND IMATION S.P.A.

---

THIS MATTER being opened to the Court by the Official Committee of Unsecured Creditors (hereinafter referred to as the "Committee"), through its counsel, Ravin Greenberg PC, for the entry of an order approving a settlement with respect to litigation commenced by Jazz Photo Corp. (The "Debtor") against Imation Corp. and Imation S.P.A. (collectively, "Imation"), which is currently pending before the Honorable Jose Linares in the United States District Court for the District of New Jersey, Docket No. 99-2505 (the "Imation Litigation"), pursuant to the Notice of Proposed Settlement of Controversy, dated February 9, 2005 (the "Notice"); and the Debtor having agreed to abide by the Examiner's conclusion as to the reasonableness of the proposed settlement; and it appearing that the Debtor accepts the Examiner's determination that the settlement is reasonable; and the Court having determined that service of the Notice was good and sufficient; and the Court having considered the filed statements of various interested parties in support of and opposition to the proposed settlement; and the Court having considered the written Report of the Examiner, dated February 15, 2005, as well as the testimony of the Examiner; and the Court having further considered the arguments of counsel at the hearing held on February 16, 2005 (the "Hearing"); and the Court having considered the Cross-Motion for reconsideration of the Order authorizing the Committee to derivatively seek approval of settlement of the Imation Litigation filed on behalf of Jack C. Benun and JCB Consultants, Inc. (the "Cross-Motion"), which Cross-Motion was joined by Mona Benun, Rebecca Benun, Sabrina

(Page 3)

| | |
|---|---|
| Debtor: | Jazz Photo Corp. |
| Case No. | 03-26565 MS |
| Caption of Order: | ORDER APPROVING SETTLEMENT OF PENDING UNITED STATES DISTRICT COURT LITIGATION AGAINST IMATION CORP. AND IMATION S.P.A. |

---

Benun, Vanessa Benun, and Jasmine Benun; and for the reasons set forth in the Court's opinion delivered at the conclusion of the Hearing; it is hereby

ORDERED that the settlement of the Imation Litigation, pursuant to the terms of the Notice as modified on the record at the hearing held on February 16, 2005, be and hereby is approved; and it is further

ORDERED that the Cross-Motion be and hereby is denied.

P:\Jazz Photo\Settlement.ORDv4.doc
021805