# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**JANUARY 2005
MONTHLY FEE APPLICATION COVER SHEET**

In the Matter of:          Jazz Photo Corp.

Case No.:                  03-26565/MS

Name of Applicant & Client:  Ravin Greenberg PC, Counsel to the Official
                             Committee of Unsecured Creditors

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY

/s/ Howard S. Greenberg            2/22/05
Signature of Applicant             Date

**SECTION I, FEE SUMMARY**

<u>Monthly Fee Application No. 18</u>:
(January 2005)

Total Previous Fee Requested:      $ <u>380,199.50</u> (+ disbursements)

Total Fees Allowed to Date:        $ <u>380,199.50</u>*(+ disbursements)

Total Retainer (if applicable)     $<u>   -0-      </u>

Total Holdback (if applicable)     $<u>   15,668.40  </u>

Total Received by Applicant        $ <u>299,622.76</u>* (+ disbursements
                                                Thru 9/30/04)

   *    Pursuant to the September 8, 2003 Administrative Fee Order

| Name of Professional | Year Admitted | Hours | Rate | Fees |
|---|---|---|---|---|
| Howard S. Greenberg | 1968 | 32.80 | 540.00 | $ 17,712.00 |
| Sheryll S. Tahiri | 1998 (Mass.) | | | |
| | 1999 (NJ) | 2.10 | 255.00 | 535.50 |
| Totals: | | 34.90 | $522.85 (Average) | $18,247.50 |

*Total Request This Application:*

| | |
|---|---:|
| *Fee:* | *$ 18,247.50* |
| *Disbursements:* | *999.90* |
| *TOTAL:* | *$ 19,247.40* |

*80% of Fee Pursuant to Administrative Order:*

| | |
|---|---:|
| *Fee:* | *$ 14,598.00* |
| *Disbursements:* | *999.90* |
| *TOTAL:* | *$ 15,597.90* |

## SECTION II, ANALYSIS OF FEE BY COST CENTERS
*(Where Applicable)*

| Summary of Services: | Hours | Fee |
|---|---:|---:|
| (a) Telephone Calls | 3.20 | $ 1,614.00 |
| (b) Correspondence drafted | 0.00 | 0.00 |
| (c) Correspondence reviewed | 2.20 | 1,102.50 |
| (d) Legal Research | 0.00 | 0.00 |
| (e) Preparation of pleadings and briefs | 2.10 | 1,134.00 |
| (f) Court Appearances | 2.80 | 1,512.00 |
| (g) Review of Pleadings Prepared by Other Parties | 15.20 | 8,179.50 |
| (h) Internal office meetings: | | |
| (1) solely w/ applicant's staff: | 2.70 | 1,087.50 |
| (2) third party conferences: | 0.10 | 54.00 |
| (i) Out of office meetings | 1.30 | 702.00 |
| (j) Review of file | 3.70 | 1,998.00 |
| (k) Travel time | 1.00 | 540.00 |
| (l) Fee application preparation | 0.60 | 324.00 |
| SERVICES TOTAL: | 34.90 | $ 18,247.50 |

<u>*Disbursements:*</u>

*See Exhibit "A" of the annexed Application.*

*(a) Telephone*

*(b) Messenger service*

*(c) Photocopying*
     *No. of pages _____  Rate per page ____(Max. .20/pg.)*

*(d) Travel (attach details - U.S. Govt. Rate)*

*(e) Postage*

*(f) Other (explain)*

DISBURSEMENTS TOTAL     $ 999.90

**SECTION III, CASE HISTORY**

*(1) Date case filed:   May 20, 2003*

*(2) Chapter under which case commenced:   Chapter 11*

*(3) Date of retention:   June 20, 2003, Nunc Pro Tunc June 4, 2003*
    *(Annex copy of order(s))  Annexed hereto as Exhibit "B"*
    *If limit on numbers of hours or other limitations to retention, set forth:*

*(4) Summarize in brief the benefits to the estate and attach supplements as needed:*
    *Itemized time charges annexed hereto as Exhibit "C"*

    *During the period covered by the within Application, your Applicants' firm continued to review various pleadings and documents filed by the Debtor, Fuji Photo, and other parties in interest herein. Additionally, your Applicants continued to have discussions with counsel to the Debtor, Fuji Photo, various creditors, as well as members of the Creditors' Committee and Weiser LLP. During the period covered by the within Application, your Applicants filed their December monthly fee application and Fourth Interim Fee Application and reviewed monthly and interim fee applications filed by various professional firms retained by the Debtor. Members and associates of your Applicants' firm continued to review and analyze all additional voluminous pleadings and financial information submitted by the Debtor, Fuji and Weiser during that time period of time.*

*(5) Anticipated distribution to creditors:*

   *(a) Administration expense:*          *Undetermined at the present time*
   *(b) Secured creditors:*               *Undetermined at the present time*
   *(c) Priority creditors:*              *Undetermined at the present time*
   *(d) General unsecured creditors:*     *Undetermined at the present time.*

*(6) Final disposition of case and percentage of dividend paid to creditors (if applicable):*

    *Undetermined at the present time*

P:\Jazz Photo\FeeJan2005.INV
022205

# EXHIBIT "A"

## JAZZ PHOTO CORP.

## JANUARY 2005
## OUT-OF-POCKET DISBURSEMENTS

Mileage & Parking Expense:

    Newark, New Jersey      $    16.00

Telephone Expense:

    Miscellaneous Non-Local
    Toll Calls      50.00

Special Postage Expense:      15.90

Telecopier Expense:

    105 pages @ $1.00      105.00

Photocopying Expense:

    4,065 copies @ $.20      <u>813.00</u>

TOTAL:      $ 999.90

P:\Jazz Photo\FeeJan2005.EXP
021505

# EXHIBIT "B"

Order Filed on
6/20/2003
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>HOWARD S. GREENBERG<br>RAVIN GREENBERG PC<br>101 Eisenhower Parkway<br>Roseland, New Jersey 07068<br>(973) 226-1500<br>HSG8559 | |
| In Re:<br><br>JAZZ PHOTO CORP.,<br><br>Debtor. | Case No.: 03-26565 MS<br><br>Hearing Date:<br><br>Judge: Morris Stern |

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL
## FOR THE OFFICIAL COMMITTEE OF UNSECURED
## CREDITORS NUNC PRO TUNC JUNE 4, 2003

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: 6/20/2003**

_____
Honorable Morris Stern
United States Bankruptcy Judge

- 2 -

*Approved by Judge Morris Stern June 20, 2003*

Page (2)

Debtor:             Jazz Photo Corp.

Case No.            03-26565 MS

Caption of Order:   Order Authorizing Employment of Counsel for The Official Committee of Unsecured Creditors Nunc Pro Tunc June 4, 2003

THIS MATTER being opened to the Court by the Official Committee of Unsecured Creditors (hereinafter referred to as the "Committee"), through its proposed counsel, Ravin Greenberg PC, and it appearing that heretofore the United States Trustee appointed the Committee for the above-named Debtor, and it further appearing that at a duly scheduled meeting of the Committee, the members of the Committee authorized the employment of the law firm of Ravin Greenberg PC as Counsel for the Committee, and due cause appearing for the entry of the within Order;

IT IS HEREBY,

ORDERED, that the Committee be and is hereby authorized to employ the law firm of Ravin Greenberg PC as its Counsel Nunc Pro Tunc June 4, 2003; and it is further

ORDERED, that compensation to the firm of Ravin Greenberg PC, as Counsel to the Committee, shall be fixed by further Order of this Court, upon the submission of an appropriate Application, in accordance with the provisions of the United States Bankruptcy Code.

P:\Jazz Photo\Retention.ORD.wpd

# EXHIBIT "C"

**RAVIN GREENBERG PC**
COUNSELLORS AT LAW
101 EISENHOWER PARKWAY
ROSELAND, NEW JERSEY 07068
(973) 226-1500
FACSIMILE:
(973) 226-6888

February 14, 2005

**Jazz Photo Corporation**

Legal Services Rendered

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/4/2005 | HSG | Sent voice mail message to M. Sirota re current status, Imation trial and scheduling conference call with J. Benum and J. Weber | 0.10 |
| 1/5/2005 | HSG | Reviewing Notice of Electronic Filing re doc #751 | 0.10 |
| | HSG | Reviewing November 2004 Monthly Fee Statement for Cole Schotz | 0.40 |
| | HSG | Reviewing RG 12/24/04 thru 12/31/04 itemized timecharges | 0.10 |
| | HSG | Preparing Reconciliation of prior Fee Applications, allowances, on account payments and current balance due, etc | 1.40 |
| | HSG | Telephone call from S. Komrower re 1/28/05 Status Conference and Imation trial | 0.10 |
| 1/6/2005 | HSG | Reviewing Notice of Electronic Filing re doc #752 (Order Granting G. Rech Pro Hac Vice) | 0.10 |
| | HSG | Reviewing voice mail message from M. Sirota re 1/7/05 conference call with J. Benun and J. Weber | 0.10 |
| | HSG | Review of final RG December 2004 itemized timecharges | 0.20 |
| | HSG | Preparation in draft of RG Interim Fee Application for December 2004 | 0.30 |
| | SST | Reviewing entered order authorizing G. Rech to appear pro hac vice as special counsel | 0.10 |
| 1/7/2005 | HSG | Reviewing E-Mail message from M. Sirota re conference call with J. Benun | 0.10 |
| | HSG | Telephone call to M. Sirota re conference call with J. Benun | 0.10 |
| | HSG | Revision of RG December 2004 Interim Fee Application | 0.20 |
| | HSG | File review re RG July thru November 2004 Monthly Fee Applications | 0.50 |
| | HSG | Reviewing voice mail message from M. Sirota re rescheduling conference call with J. Benun | 0.10 |
| 1/10/2005 | HSG | Preparation in final of Certification of No Objection re RG November Fee Application | 0.10 |
| | HSG | Preparation in draft of RG 4th Interim Fee Application (7/1/04 thru 12/31/04) | 0.60 |

|            |     |                                                                                                                                                                                                                      | Hours |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 1/10/2005  | HSG | Sent voice mail message to M. Sirota re conference call with J. Benun                                                                                                                                                | 0.10  |
| 1/11/2005  | HSG | Covering letter from J. Kaplan to Clerk                                                                                                                                                                              | 0.10  |
|            | HSG | Reviewing Certificate of No Objection re Kaplan & Gilman October 2004 monthly invoice                                                                                                                                | 0.10  |
|            | HSG | Electronically filed Certificate of No Objection re RG November 2004 monthly invoice                                                                                                                                 | 0.10  |
|            | HSG | Electronically filed December 2004 RG monthly invoice                                                                                                                                                                | 0.10  |
|            | HSG | Telephone call to M. Sirota re recent developments and scheduling conference call with SST & J. Benun                                                                                                                | 0.10  |
|            | HSG | Conference with SST re prior conversation with M. Sirota and upcoming conference call                                                                                                                                | 0.10  |
|            | HSG | Conference call with SST, M. Sirota & J. Benun re recent developments re Customs litigation, start of Imation trial, tentative Agfa Film Agreement, 1/28/05 status meeting/Motions before Judge Stern and miscellaneous additional matters | 0.40  |
|            | HSG | Conference with SST re prior conference call and 1/28/05 hearings                                                                                                                                                    | 0.10  |
|            | SST | Conference with HSG re his prior conversation with M. Sirota and upcoming conference call                                                                                                                            | 0.10  |
|            | SST | Conference call with HSG, M. Sirota & J. Benun re recent developments re Customs litigation, start of Imation trial, tentative Agfa Film Agreement, 1/28/05 status meeting/Motions before Judge Stern and miscellaneous additional matters | 0.40  |
|            | SST | Conference with HSG re prior conference call and 1/28/05 hearings                                                                                                                                                    | 0.10  |
| 1/12/2005  | HSG | Reviewing Notice of Electronic Filing re doc #238                                                                                                                                                                    | 0.10  |
|            | HSG | Reviewing Application and proposed Order for Compensation to Amper firm (re J. Benun)                                                                                                                                | 0.30  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #239 (Fourth Interim Fee Application of Riker Danzig re Benun)                                                                                                          | 0.10  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #240 (Certificate of Service re Riker Danzig Fourth Interim Fee Application) (re J. Benun)                                                                              | 0.10  |
|            | HSG | Preparation in final of RG 4th Interim Fee Application 7/1/04 thru 12/31/04                                                                                                                                          | 0.50  |
| 1/13/2005  | HSG | Electronically filed Certificate of Service re RG Fee Application                                                                                                                                                    | 0.10  |
|            | HSG | Conference with M. Sirota re commencement of Imation trial before Judge Linaries                                                                                                                                     | 0.10  |
| 1/14/2005  | HSG | Reviewing E-Mail message from M. Sirota                                                                                                                                                                              | 0.10  |
|            | HSG | Reviewing Federal Circuit Opinion Affirming Judge Hochberg (approximately 25 pages)                                                                                                                                  | 0.80  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #757 (Certification of Service re M. Sirota Monthly Fee Statement)                                                                                                      | 0.10  |

Jazz Photo Corporation                                                                                     Page    3

|  |  |  | Hours |
|---|---|---|---|
| 1/14/2005 | HSG | Electronically filed Fourth Application for Compensation to RG | 0.20 |
|  | HSG | Reviewing Notice of Electronic Filing re doc #241 | 0.10 |
|  | HSG | Reviewing Monthly Operating Report for October 2004 (re Benun) | 0.20 |
|  | HSG | Reviewing Notice of Electronic Filing re doc #242 | 0.10 |
|  | HSG | Reviewing Monthly Operating Report for November 2004 (re Benun) | 0.20 |
|  | HSG | Conference with SST re Federal Circuit Decision Affirming J. Hochberg Fuji Judgment etc | 0.10 |
|  | HSG | Sent voice mail message to M. Sirota re Federal Circuit Affirming J. Hochberg Fuji Judgment etc | 0.10 |
|  | HSG | Reviewing voice mail message from M. Sirota re Federal Circuit Affirming J. Hochberg Fuji Judgment etc | 0.10 |
|  | HSG | Conference with M. Sirota re Federal Circuit Affirming J. Hochberg Fuji Judgment, impact on Chapter 11 viability and 1/28/05 Motion and current AGFA agreement status | 0.20 |
|  | HSG | Conference with G. Gline re Federal Circuit decision | 0.10 |
|  | HSG | Preparation in final of RG 4th Interim Fee Application (7/1/05 thru 12/31/04) | 0.90 |
|  | SST | Conference with HSG re Federal Circuit Decision Affirming J. Hochberg Fuji Judgment etc | 0.10 |
|  | SST | Reviewing E-Mail message from HSG re Federal Circuit decision | 0.10 |
| 1/17/2005 | HSG | Reviewing E-Mail message from M. Sirota | 0.10 |
|  | HSG | Reviewing Notice of International Trade Commission Determinations re Certain Lens-fitted Film Packages (with proposed Order) | 0.20 |
|  | HSG | Reviewing E-Mail message from P. Frazza re his 1/19/05 opening at Imation trial | 0.10 |
|  | HSG | Reviewing E-Mail message from M. Sirota to Judge Stern | 0.10 |
|  | HSG | Reviewing Letter Memo from M. Sirota re update of recent developments | 0.10 |
|  | HSG | Reviewing voice mail message from P. Frazza re 1/19/05 commencement of Imation trial before Judge Linare | 0.10 |
|  | HSG | Conference with SST re 1/19/05 commencement of Imation trial before Judges Linares | 0.10 |
|  | SST | Conference with HSG re 1/19/05 commencement of Imation trial before Judges Linares | 0.10 |
|  | SST | Reviewing E-Mail message from HSG re ITC ruling | 0.10 |
| 1/18/2005 | HSG | Reviewing Notice of Electronic Filing re minutes of hearing held re Fourth Application for Compensation to Weiser, LLP | 0.10 |
| 1/19/2005 | HSG | Reviewing E-Mail message from B. Buechler to Judge Stern re ITC decision | 0.10 |
|  | HSG | Reviewing E-Mail message from J. Boyer re availability for conference call | 0.10 |

|            |     |                                                                                                                                                                                                      | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 1/19/2005  | HSG | Travel time to/from Newark, NJ (US District Court)                                                                                                                                                   | 1.00  |
|            | HSG | Court hearing re P. Frazza opening statement re Imation trial before Judge Linares and jury                                                                                                          | 2.80  |
|            | HSG | Conference with P. Frazza re his opening statement and litigation prospects etc                                                                                                                      | 0.20  |
|            | HSG | Conference with J. Benun re P. Frazza opening statement, status of AFGA Agreement and 1/28/05 Motions before Judge Stern                                                                             | 0.10  |
|            | HSG | Sent voice mail message to M. Sirota re P. Frazza opening statement                                                                                                                                  | 0.10  |
|            | HSG | Conference with SST re P. Frazza opening statement                                                                                                                                                   | 0.20  |
|            | HSG | Conference call with M. Sirota, D. O'Grady & J. Schwartz re P. Frazza opening statement, litigation prospects, status of AGFA Agreement, B. Buechler letter to Judge Stern and preparation for 1/28/05 Motions/Status Conference | 0.30  |
|            | SST | Conference with HSG re P. Frazza opening statement                                                                                                                                                   | 0.20  |
| 1/20/2005  | HSG | Conference with SST re scheduling 1/25/05 or 1/26/05 Creditors' Committee conference call                                                                                                            | 0.10  |
|            | HSG | Conference with Judge Stern re recent Appellate ruling and commencement of Imation litigation                                                                                                        | 0.10  |
|            | HSG | Conference with D. O'Grady re recent Appellate ruling, commencement of Imation litigation and 1/28/05 Motions before Judge Stern                                                                     | 0.10  |
|            | HSG | Conference with J. Schwartz re recent Appellate ruling, commencement of Imation litigation and 1/28/05 Motions before Judge Stern                                                                    | 0.10  |
|            | SST | Conference with HSG re scheduling 1/25/05 or 1/26/05 Creditors' Committee conference call                                                                                                            | 0.10  |
| 1/21/2005  | HSG | Reviewing Notice of Electronic Filing re doc #759 (letter response to Jazz 1/17/05 correspondence filed on behalf of Fuji)                                                                           | 0.10  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #760 (Certificate of No Objection re Budd Larner Fee Application)                                                                                       | 0.10  |
|            | HSG | Sent voice mail message to M. Sirota re 1/28/05 Fuji Conversion Motion                                                                                                                               | 0.10  |
|            | HSG | File review in preparation for 1/28/05 Fuji conversion Motion                                                                                                                                        | 1.20  |
|            | HSG | Telephone call from M. Sirota re 1/28/05 Fuji Conversion Motion and possible arguments before Judge Stern etc                                                                                        | 0.20  |
|            | HSG | Conference with SST re prior conversation with M. Sirota and scheduling 1/25/05 2:30 PM Creditor Committee conference call                                                                           | 0.10  |
|            | SST | Conference with HSG re his prior conversation with M. Sirota and scheduling 1/25/05 2:30 PM Creditor Committee conference call                                                                       | 0.10  |
|            | SST | Reviewing letter to Judge Stern in response to Jazz Corporation's January 17, 2005 letter filed by B. Buechler                                                                                       | 0.10  |

|            |     |                                                                                                           | Hours |
|------------|-----|-----------------------------------------------------------------------------------------------------------|-------|
| 1/24/2005  | HSG | Conference with S. Komrower re 1/28/05 hearings before Judge Stern                                        | 0.10  |
|            | HSG | Conference with SST re recent Fuji submissions and status of 1/28/05 hearings before Judge Stern          | 0.20  |
|            | SST | Conference with HSG re recent Fuji submissions and status of 1/28/05 hearings before Judge Stern          | 0.20  |
| 1/25/2005  | HSG | Reviewing Notice of Electronic Filing re doc #762                                                         | 0.10  |
|            | HSG | Reviewing Second Omnibus Supplemental Response in Support of Fuji Motion to Convert                       | 0.60  |
|            | HSG | Reviewing Supporting Declaration of L. Rosenthal (with multiple (ii) voluminous exhibits)                 | 1.40  |
|            | HSG | Reviewing Supporting Declaration of Rita Lin (with exhibits)                                              | 0.30  |
|            | HSG | Reviewing Supporting Declaration of M. Rappeport                                                          | 0.20  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #763                                                         | 0.10  |
|            | HSG | Reviewing December 2004 Monthly Application for Compensation to Budd Larner                               | 0.50  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #764 (Certificate of Service re Second Omnibus Supplemental Response) | 0.10  |
|            | HSG | Telephone call from S. Komrower re 1/28/05 hearings before Judge Stern                                    | 0.10  |
|            | HSG | Conference with SST re 1/28/05 hearings before Judge Stern                                                | 0.10  |
|            | SST | Conference with HSG re 1/28/05 hearings before Judge Stern                                                | 0.10  |
| 1/26/2005  | HSG | Reviewing Notice of Electronic Filing re doc #765                                                         | 0.10  |
|            | HSG | Reviewing Monthly Operating Report for December 2204 (with multiple exhibits)                             | 0.60  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #766                                                         | 0.10  |
|            | HSG | Reviewing Debtor's verified Second Supplemental Submission re Fuji Conversion Motion                      | 0.70  |
|            | HSG | Reviewing Statement of Operations budget as of 1/24/05                                                    | 0.20  |
|            | HSG | Reviewing Status Report of Nevill Peterson (with voluminous exhibits)                                     | 1.20  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #245                                                         | 0.10  |
|            | HSG | Reviewing Notice of Filing of Second Omnibus Supplemental Response in Support of Fuji Conversion Motion (re Benun) | 0.10  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #246 (Certificate of Service re above Notice of Filing)      | 0.10  |
|            | HSG | Conference with M. Sirota re recent developments and adjourned hearing date                               | 0.10  |
|            | HSG | Conference with SST re prior conversation with M. Sirota and scheduling Creditors' Committee conference call | 0.10  |
|            | HSG | Continuing review of recent Fuji voluminous submissions                                                   | 2.00  |
|            | SST | Conference with HSG re his prior conversation with M. Sirota and scheduling Creditors' Committee conference call | 0.10  |

Jazz Photo Corporation                                                                      Page    6

|            |     |                                                                                                                                                      | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 1/27/2005  | HSG | Reviewing E-Mail message from M. Sirota re appearance in before Judge Linares on 2/1/05                                                              | 0.10  |
|            | HSG | Received telecopy from P. Frazza re 2/01/05 Settlement Conference re Imation litigation                                                              | 0.10  |
|            | HSG | Reviewing Notice of Electronic Filing re hearing rescheduled to 2/7/05 re Amper Fee Application                                                      | 0.10  |
|            | HSG | Sent voice mail message to M. Sirota re rescheduled 1/28/05 Status Conference/Fuji Conversion Motion                                                 | 0.10  |
|            | HSG | Telephone call from M. Sirota re latest developments re Imation trial etc                                                                            | 0.20  |
|            | HSG | Conference with J. Traurig re latest developments re Imation trial, overall case status and M. Sirota late afternoon E-Mail                          | 0.20  |
|            | HSG | Conference with SST re prior conversations with M. Sirota and J. Traurig                                                                             | 0.10  |
|            | SST | Conference with HSG re his prior conversations with M. Sirota and J. Traurig                                                                         | 0.10  |
| 1/28/2005  | HSG | Reviewing Notice of Electronic Filing re doc #767                                                                                                    | 0.10  |
|            | HSG | Reviewed letter from M. Jurow to Judge Linares rescheduling Imation hearing                                                                          | 0.10  |
|            | HSG | Received telecopy from Judge Linares to M. Jurow re appearance by all involved counsel on 2/1/05                                                     | 0.10  |
|            | HSG | Reviewing E-Mail message from Jan Wojslawowicz re prior correspondence to Judge Linares                                                              | 0.10  |
|            | HSG | Telephone call from J. Traurig re accrued Creditors' Committee professional fees etc                                                                 | 0.10  |
|            | HSG | Conference with SST re P. Frazza letter and accrued Creditors' Committee professional fees etc                                                       | 0.10  |
|            | HSG | Telephone call to M. Sirota re 2/1/05 Settlement Conference with Judge Linares re Imation litigation and accrued Creditors' Committee professional fees | 0.20  |
| 1/29/2005  | HSG | **Sat.** Received telecopy from P. Frazza to J. Jackson (US International Trade Commission) requesting appearance at 2/1/05 hearing                  | 0.10  |
|            | HSG | **Sat.** Received telecopy from P. Frazza re 2/1/05 hearing taking place at 10:00 not 9:30                                                           | 0.10  |
| 1/31/2005  | HSG | Reviewing Notice of Electronic Filing re minutes of prior hearing                                                                                    | 0.10  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #768 (Certificate of Service re S. Komrower's response)                                                 | 0.10  |
|            | HSG | Reviewing Notice of Electronic Filing re doc #769                                                                                                    | 0.10  |
|            | HSG | Reviewing December 2004 Monthly Fee Statement of Cole Schotz                                                                                         | 0.50  |
|            | HSG | Reviewing E-Mail message from M. Jurow re appearance by Office of US Trustee                                                                         | 0.10  |
|            | HSG | Received telecopy from M. Jurow                                                                                                                      | 0.10  |
|            | HSG | Reviewed letter from Judge Linares to M. Jurow re 2/1/05 appearance                                                                                  | 0.10  |
|            | HSG | Reviewed letter from M. Jurow in response to prior correspondence from Judge Linares                                                                 | 0.10  |

Jazz Photo Corporation                                                                 Page    7

|  |  |  | Hours |  |
|---|---|---|---|---|
| 1/31/2005 | HSG | Reviewing Notice of Electronic Filing re minutes of hearing held re Fuji Motion | 0.10 |  |
|  | HSG | Comprehensice file review in preparation for day long 2/1/05 settlement discussions re Imation litigation | 2.00 |  |
|  |  |  |  | Amount |
|  | For professional services rendered |  | 34.90 | $18,247.50 |

### Attorneys Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Howard S. Greenberg | 32.80 | 540.00 | $17,712.00 |
| Sheryll S. Tahiri | 2.10 | 255.00 | $535.50 |