## UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY
M.L. KING JR. FEDERAL BUILDING
50 WALNUT ST., 3RD FLOOR
NEWARK, NEW JERSEY 07102

**MORRIS STERN**
BANKRUPTCY JUDGE

(973) 368-1244
FAX: (973) 645-3696



February 17, 2005

TO:   ATTACHED DISTRIBUTION LIST
      (BY FACSIMILE/REGULAR MAIL)

   Re:   Jazz Photo Corp.
         Case No. 03-26565 MS
         Hearing: February 16, 2005

Dear Counsel:

Included in the record of yesterday's hearing, along with other cited and referenced sources, is the ITC Opinion on Enforcement Measures of January 24, 2005 (first page attached). As discussed, currently the Opinion is under restricted disclosure (though, per Mr. Rosenthal, about to become fully public). Please contact Mr. Rosenthal for status and a copy of same if not currently in your file.

Also note that the record-included Opinion of this Court of August 3, 2004 is now published at 312 B.R. 524.

Please be advised that the Court would consider a conference on business wind-down issues; parties in interest should confer as to advisability, scope and scheduling. The Court is available for preliminary discussion by conference call.

                                            Very truly yours,

                                            Morris Stern
                                            United States Bankruptcy Judge

MS/pc

## SERVICE LIST

Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard, PC
25 Main Street
Hackensack, NJ 07602
Counsel for Debtor-in-Possession, Jazz Photo Corp.

Bruce Buechler, Esq.
Michael S. Etkin, Esq.
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068
Co-Counsel for Fuji Film Co., Ltd.

Lawrence Rosenthal, Esq.
Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, NY   10038
Co-Counsel for Fuji Film Co., Ltd.

Margaret Jurow, Esq.
Office of the United States Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Howard S. Greenberg, Esq.
Ravin Greenberg, PC
101 Eisenhower Parkway
Roseland, NJ 07068
Counsel for Official Committee of Unsecured Creditors

Dennis O'Grady, Esq.
Joseph L. Schwartz, Esq.
Riker Danzig
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
Counsel for Jack C. Benun

## SERVICE LIST

Walter J. Greenhalgh, Esq.
Duane Morris LLP
744 Broad Street, Ste. 1200
Newark, NJ 07102
Counsel for Mona Benun, et al.

William R. Stoeri, Esq.
Dorsey & Whitney, LLP
50 South Sixth Street, Ste. 1500
Minneapolis, MN 55402
Counsel for Imation Corp.

David J. Novack, Esq.
Budd Larner, P.C.
150 JFK Parkway - 3rd floor
Short Hills, NJ 07078
Special Litigation Counsel to Jazz Photo Corp.

Anthony J. LaBruna, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office, Civil Division
970 Broad Street, Rm. 700
Newark, NJ 07102

CONTAINS CONFIDENTIAL BUSINESS INFORMATION

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, DC 20436

---

In the Matter of

CERTAIN LENS-FITTED FILM PACKAGES

Inv. No. 337-TA-406
Enforcement Proceeding (II)

---

## OPINION ON ENFORCEMENT MEASURES

### Introduction

On April 6, 2004, the presiding administrative law judge (ALJ) issued his Enforcement Initial Determination (EID) in the above-captioned proceedings in which he found that enforcement respondents Jazz Photo Corp. (Jazz), Jack Benun, and Anthony Cossentino (collectively, respondents) violated the general exclusion order and the cease and desist order issued to Jazz at the termination of Inv. No. 337-TA-406, *Certain Lens-Fitted Film Packages*. The ALJ ruled that each were each subject to civil penalty liability for violation of the cease and desist order. He then made recommendations regarding the penalty amounts that he found were warranted. He further declined a request by complainant Fuji Photo Film Co. Ltd. (complainant or Fuji) to recommend modification of the existing remedial orders.

Fuji, Jazz, Mr. Benun, and Mr. Cossentino timely filed petitions for review. All parties, including the investigative attorney (IA), filed responses. Based on the petitions and responses, and the record developed below, which fully supported the EID's violation findings (including

1