UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY FEE APPLICATION COVER SHEET

IN RE:                           APPLICANT:
Jazz Photo Corp.                 Cole, Schotz, Meisel,
                                 Forman & Leonard, P.A.

CASE NO.: 03-26565 (MS)          CLIENT: Jazz Photo Corp.

CHAPTER: 11                      CASE FILED: May 20, 2003

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY. RETENTION ORDER ATTACHED.


_____/s/ Michael D. Sirota_____    3/2/05___
MICHAEL D. SIROTA                  Date

---

**SECTION I**
**FEE SUMMARY**

---

Seventeenth Monthly Fee Statement Covering the
Period January 1, 2005 through January 31, 2005[1]

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $1,140,506.92 |
| Total Fees and Expenses Allowed to Date: | [2] $ 885,092.63 |
| Total Retainer (if applicable): | $ 0.00 |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | [3] $ 888,232.10 |

---

[1] Includes miscellaneous fees and costs prior to January 1, 2005 which were inadvertently omitted from the previous fee statements.

[2] This amount has been allowed pursuant to the Orders Awarding Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 328 and 330 signed on October 15, 2003, April 6, 2004 and August 30, 2004.

[3] This amount reflects payment on account of fees and reimbursement of costs awarded in the October 15, 2003, April 6, 2004 and August 30, 2004 Orders. This amount also reflects any payments on account of eighty (80%) percent of fees and one hundred (100%) percent of costs requested in the Tenth Monthly Fee Statement filed on July 23, 2004, the Eleventh Monthly Fee Statement filed on August 18, 2004, the Twelfth Monthly Fee Statement filed on September 29, (continued…)

| | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1. | Michael D. Sirota, Partner | 1986 | 18.90 | $500.00 | $9,450.00 |
| 2. | Stuart Komrower, Partner | 1984 | 8.60 | 410.00 | 3,526.00 |
| 3. | Warren A. Usatine, Partner | 1995 | 3.50 | 350.00 | 1,225.00 |
| 4. | Michael A. Chagares, Partner | 1987 | 1.10 | 375.00 | 412.50 |
| 5. | Jeffrey M. Traurig, Associate | 1997 | 43.50 | 265.00 | 11,527.50 |
| 6. | Gia G. Incardone, Associate | 2003 | 14.20 | 165.00 | 2,343.00 |
| 7. | Frances Pisano, Paralegal | N/A | 26.80 | 140.00 | 3,752.00 |
| | TOTALS | | 116.60 | | $32,236.00 |

FEE TOTALS (Page 3)                                $32,236.00
DISBURSEMENTS TOTALS (Page 4)                $ 2,489.46
TOTAL FEE APPLICATION                           $34,725.46

(…continued)
2004, the Thirteenth Monthly Fee Statement filed on October 19, 2004, the Fourteenth Monthly
Fee Statement filed on November 30, 2004, the Fifteenth Monthly Fee Statement filed on
January 5, 2005, and the Sixteenth Monthly Fee Statement filed on January 28, 2005.

40654/0001-1379138v1

<table>
<tr><td colspan="3" align="center"><strong>SECTION II<br>SUMMARY OF SERVICES</strong></td></tr>
</table>

| Services Rendered | | Hours | Fee |
|---|---|---|---|
| (a) | Telephone Calls | 15.90 | $ 6,375.50 |
| (b) | Correspondence Drafted | 5.10 | 1,366.50 |
| (c) | Correspondence Reviewed | 19.50 | 5,751.50 |
| (d) | Legal Research | 12.70 | 3,004.00 |
| (e) | Court Appearance | 0.00 | 0.00 |
| (f) | Preparation of Pleadings and Briefs | 31.50 | 7,575.00 |
| (g) | Internal Office Meetings: | | |
| | (1)　　solely w/applicant's staff | 7.60 | 2,477.00 |
| | (2)　　third party conferences | 0.10 | 41.00 |
| (h) | Out of Office Meetings | 0.00 | 0.00 |
| (i) | Review of File | 8.80 | 1,569.50 |
| (j) | Travel Time | 0.00 | 0.00 |
| (k) | Fee Application Preparation | 4.10 | 574.00 |
| (l) | Prepare for Court Appearance | 3.70 | 1,488.00 |
| (m) | Review Documents Produced by Adversary | 0.00 | 0.00 |
| (n) | Prepare for Depositions | 0.00 | 0.00 |
| (o) | Drafting Discovery | 0.00 | 0.00 |
| (p) | Other Services | 7.60 | 2,014.00 |
| SERVICES TOTALS | | 116.60 | $32,236.00 |

40654/0001-1379138v1

| SECTION III<br>SUMMARY OF DISBURSEMENTS |
| --- |

| Disbursements | | Amount |
| --- | --- | --- |
| (a) | Telephone | $   789.73 |
| (b) | Messenger Service:  Federal Express | 335.08 |
| (c) | Photocopying:<br>    No. of Pages:  2,566;  Rate per Page:  $.20 | 513.10 |
| (d) | Travel (attach details - U.S. Govt. Rate) | 0.00 |
| (e) | Postage | 1.29 |
| (f) | Other (explain):<br>Westlaw                                            842.76<br>Telecopier                                         7.50 | 850.26 |
| DISBURSEMENT TOTAL | | $2,489.46 |

4

<div style="border:1px solid">

**SECTION IV**
**CASE HISTORY**

</div>

(NOTE:  Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)     Date case filed: May 20, 2003

(2)     Chapter under which case commenced: Chapter 11

(3)     Date of retention:  Order signed May 30, 2003, *nunc pro tunc* to May 20, 2003
        (Annex copy of order(s).)  **See Exhibit A.**
        If limit on number of hours or other limitations to retention, set forth: N/A

(4)     Summarize in brief the benefits to the estate and attach supplements as needed:  Cole
        Schotz professionals, among other services have (i) reviewed supplemental submissions
        filed by Fuji, (ii) prepared supplemental submissions to Fuji's motions, (iii) reviewed
        claims filed and prepared a claims analysis, and (iv) advised the Debtor in connection
        with the Imation Litigation and settlement negotiations and prepared for a conference
        before Judge Linares.  In addition, the Applicant has responded to document production
        requests from Fuji, and have also prepared miscellaneous correspondence to the Court
        and interested parties on various outstanding issues.  **See Exhibit B.**

(5)     Anticipated distribution to creditors:

        (a)     Administration expense: Unknown at this time.

        (b)     Secured creditors: Unknown at this time.

        (c)     Priority creditors: Unknown at this time.

        (d)     General unsecured creditors: Unknown at this time.

(6)     Final disposition of case and percentage of dividend paid to creditors (if applicable):
        This is a seventeenth interim fee application.  Final dividend percentages are unknown at
        this time.

40654/0001-1379138v1