In re __JAZZ PHOTO CORP.__  Case No. ___03-26565___
Reporting Period: __1/31/05__

# MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | N/A |
| Copies of tax returns filed during reporting period | | | NONE |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | |
| Listing of aged accounts payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor                                Date

_____    _____
Signature of Joint Debtor                          Date

_/s/ Joseph M. Weber_                              _3/11/05_
Signature of Authorized Individual*                Date

JOSEPH M. WEBER                                    CFO
Printed Name of Authorized Individual              Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(9/99)

MAR-10-2005 THU 05:20 PM JAZZ PHOTO CORP    FAX NO. 732 499 7045    P. 02/08

```
DATE: 02/18/05                          JAZZ PHOTO CORP.                              APR810 PAGE: 1
USER: JS T3j                          PERIOD CHECK REGISTER 01/05                    TIME: 3:04 PM

BANK FIRST TO LAST

                                                         ----CHECK----   DISCOUNT    CHECK
CHECK     VENDOR NAME                                    DATE     REG#   AMOUNT      AMOUNT    TYPE
=================================================================================================
Bank 01 WACHOVIA BANK

018298    211  U.S. CUSTOMS SERVICE                     09/15/04  3794      .00      -942.66   *VOID*
018300    211  U.S. CUSTOMS SERVICE                     09/15/04  3794      .00      -549.24   *VOID*
018301    211  U.S. CUSTOMS SERVICE                     09/15/04  3794      .00      -585.44   *VOID*
018302    211  U.S. CUSTOMS SERVICE                     09/15/04  3794      .00      -540.87   *VOID*
018335    211  U.S. CUSTOMS SERVICE                     10/04/04  3794      .00      -514.14   *VOID*
018336    211  U.S. CUSTOMS SERVICE                     10/04/04  3794      .00      -564.94   *VOID*
018340    211  U.S. CUSTOMS SERVICE                     10/15/04  3794      .00      -643.20   *VOID*
018347    211  U.S. CUSTOMS SERVICE                     10/15/04  3794      .00      -693.69   *VOID*
018467    587  RAY PINTO                                12/03/04  3738      .00      -496.53   *VOID*
018476    1293 MIKE KELLY                               12/03/04  3738      .00     -1504.38   *VOID*
018478    1329 ESTES EXPRESS LINES                      12/03/04  3738      .00     -5786.54   *VOID*
018552    1293 MIKE KELLY                               12/21/04  3738      .00     -2018.28   *VOID*
018555    1329 ESTES EXPRESS LINES                      12/21/04  3738      .00     -7409.66   *VOID*
018567    1243 NEW JERSEY CASUALTY INS. CO.             01/03/05  3725      .00      2017.00
018568    1320 BRIDGEVIEW PLAZA ASSOCIATES              01/03/05  3726      .00      3450.00
018569    138  JACK BENUN                               01/05/05  3730      .00      2926.54
018570    152  ROGER F. LORENZINI                       01/05/05  3730      .00      1819.27
018571    VOIDED - UNUSED CHECK                         01/07/05  3733      .00          .00  *VOID*
018572    VOIDED - UNUSED CHECK                         01/07/05  3733      .00          .00  *VOID*
018573    VOIDED - REPRINT CHECK                        01/07/05  3733      .00          .00  *VOID*
018574    1234 VOIDED - REPRINT CHECK                   01/07/05  3733      .00          .00  *VOID*
018575    1234 VOIDED - REPRINT CHECK                   01/07/05  3733      .00          .00  *VOID*
018576    211  U.S. CUSTOMS SERVICE                     01/07/05  3733      .00       349.57
018577    1234 WATKINS MOTOR LINES, INC                 01/07/05  3733      .00          .00  *VOID*
018578    1234 WATKINS MOTOR LINES, INC                 01/07/05  3733      .00      5058.92
018579    1234 WATKINS MOTOR LINES, INC                 01/07/05  3735      .00     -5058.92  *VOID*
018580    211  U.S. CUSTOMS SERVICE                     01/07/05  3734      .00       300.80
018581    1234 WATKINS MOTOR LINES, INC                 01/07/05  3736      .00      5086.02
018582    128  FEDERAL EXPRESS CORPORATION              01/07/05  3743      .00      1178.24
018583    157  VERIZON                                  01/11/05  3743      .00       305.08
018584    264  ADP, INC                                 01/11/05  3743      .00        70.00
018585    426  OVERNITE TRANSPORTATION CO.              01/11/05  3743      .00      8493.31
018586    426  OVERNITE TRANSPORTATION CO.              01/11/05  3743      .00       541.04
018587    841  VERIZON WIRELESS-106071211               01/11/05  3743      .00       301.20
018588    952  THE HOBART WEST GROUP, INC.              01/11/05  3743      .00       471.70
018589    1004 THE CIT GROUP                            01/11/05  3743      .00       112.26
018590    1047 PERKAROMA QUALITY COFFEE &               01/11/05  3743      .00      -112.26  *VOID*
018591    1048 P&M PARTNERS                             01/11/05  3745      .00       337.50
018592    1049 SUPERIOR OFFICE SYSTEMS, INC.            01/11/05  3743      .00       207.76
018593    1109 PAETEC COMMUNICATIONS, INC.              01/11/05  3743      .00      1627.04
018594    1234 WATKINS MOTOR LINES, INC                 01/11/05  3743      .00          .00
018595    1283 LAKELAND PERSONNEL, INC                  01/11/05  3743      .00      5000.69
018596    1323 ACCOUNTING PRINCIPALS                    01/11/05  3743      .00       648.00
018597    1328 VERIZON                                  01/11/05  3743      .00      1110.44
018598    1332 BULLSEYE TELECOM                         01/11/05  3743      .00        25.17
018599    1344 MARWIL INC.                              01/11/05  3743      .00       110.66
018600    108  BRANDT BOX & PAPER CO., INC.             01/21/05  3783      .00       684.00
                                                                                     1505.80 MANUAL
```

MAR-10-2005 THU 03:27 PM JAZZ PHOTO CORP. FAX NO. 732 499 7945 P. 03/08

```
DATE: 02/18/05                          JAZZ PHOTO CORP.                           APR810 PAGE:  2
USER: JS T3j                         PERIOD CHECK REGISTER 01/05                   TIME: 3:04 PM

                                    -----CHECK-----    DISCOUNT     CHECK
CHECK    VENDOR NAME                DATE      REG#     AMOUNT       AMOUNT      TYPE
==================================================================================================
Bank 01 WACHOVIA BANK

018602   1293 MIKE KELLY                      01/14/05 3751          .00         1000.00  MANUAL
018603    128 FEDERAL EXPRESS CORPORATION     01/18/05 3749          .00         1370.25
018604    128 FEDERAL EXPRESS CORPORATION     01/18/05 3756          .00        -1370.25 *VOID*
018605    175 U.S. LIFE INSURANCE COMPANY     01/18/05 3749          .00         1283.57
018606    264 ADP, INC                        01/18/05 3749          .00          109.09
018607    299 WASTE MANAGEMENT OF NEW JERSEY  01/18/05 3749          .00          678.02
018608    426 OVERNITE TRANSPORTATION CO.     01/18/05 3749          .00             .00
018609    587 RAY PINTO                       01/18/05 3749          .00         7628.39
018610    604 HORIZON BC&BS OF NEW JERSEY     01/18/05 3749          .00         1982.35
018611   1049 SUPERIOR OFFICE SYSTEMS, INC.   01/18/05 3749          .00         8472.99
018612   1054 STEVE POLAKOFF                  01/18/05 3749          .00          156.88
018613   1075 ACT DATA SERVICES, INC.         01/18/05 3749          .00          460.82
018614   1109 PAETEC COMMUNICATIONS, INC.     01/18/05 3749          .00         4335.28
018615   1244 OFFICE OF THE U.S. TRUSTEE      01/18/05 3749          .00         1603.67
018616   1247 EDISON COLD STORAGE             01/18/05 3749          .00         8000.00
018617   1248 PAXAR                           01/18/05 3749          .00          126.00
018618   1291 THE ADMINS INC.                 01/18/05 3749          .00          381.15
018619   1311 TOTAL TELECOM                   01/18/05 3749          .00         1202.04
018620   1326 COVAD COMMUNICATIONS            01/18/05 3749          .00          249.10
018621   1330 SUDIA ELECTRIC, INC             01/18/05 3749          .00          129.90
018622    512 MICHAL ZAWODNY                  01/18/05 3749          .00          500.00
018623    592 CASH                            01/18/05 3754          .00          301.94
018624   1293 MIKE KELLY                      01/20/05 3754          .00          770.59
018625   1234 WATKINS MOTOR LINES, INC        01/21/05 3755          .00         1000.00
018626   1293 MIKE KELLY                      01/21/05 3755          .00         4840.29
018627   1329 ESTES EXPRESS LINES             01/21/05 3755          .00         2000.00
018628   1335 UPS (R9348V)                    01/21/05 3755          .00         4933.37
018629    128 FEDERAL EXPRESS CORPORATION     01/25/05 3757          .00         2522.15
018630    149 JEFFREY BURKARD                 01/25/05 3757          .00         1283.90
018631    264 ADP, INC                        01/25/05 3757          .00           70.30
018632    376 PITNEY BOWES INC.               01/25/05 3757          .00          250.46
018633    592 CASH                            01/25/05 3757          .00           30.00
018634    933 JOSEPH M. WEBER                 01/25/05 3757          .00         5000.00
018635   1212 TCA FULFILLMENT SERVICE         01/25/05 3757          .00          884.70
018636    587 RAY PINTO                       01/25/05 3758          .00            5.99
018637    142 EISNER LLP                      01/27/05 3759          .00         5000.00
018638    191 AJ JERSEY                       01/27/05 3759          .00         4071.00
018639    426 OVERNITE TRANSPORTATION CO.     01/27/05 3759          .00           75.26
018640    841 VERIZON WIRELESS-106071211      01/27/05 3759          .00         4613.83
018641    952 THE HOBART WEST GROUP, INC.     01/27/05 3759          .00          545.00
018642   1054 STEVE POLAKOFF                  01/27/05 3759          .00         1058.25
018643   1243 NEW JERSEY CASUALTY INS. CO.    01/27/05 3759          .00         1571.31
018644   1320 BRIDGEVIEW PLAZA ASSOCIATES     01/31/05 3759          .00         1396.00
018645   1071 JOSELYN WATERS (SPRATLEY)       01/31/05 3766          .00          142.22
018646    815 PHOTO RECYCLING ENTERPRISES     01/31/05 3767          .00          407.37
018647    815 PHOTO RECYCLING ENTERPRISES     01/31/05 3770          .00         1328.00
050705    139 J.A.V. INTERNATIONAL            01/05/05 3770          .00         2304.00 MANUAL
050709   1228 POLYTECH ENTERPRISE LIMITED     01/06/05 3731          .00        12500.00 MANUAL
050710   1228 POLYTECH ENTERPRISE LIMITED     01/10/05 3737          .00         1800.00 MANUAL
         1228 POLYTECH ENTERPRISE LIMITED                                        6000.00 MANUAL
```

MAR-10-2005 THU 03:27 PM JAZZ PHOTO CORP             FAX NO. 732 495 1945         P. 04/08

```
DATE: 02/18/05                          JAZZ PHOTO CORP.                             APR810 PAGE: 3
USER: JS T3j                       PERIOD CHECK REGISTER 01/05                       TIME:  3:04 PM

                                    ----CHECK----      DISCOUNT       CHECK
CHECK     VENDOR NAME                DATE     REG#      AMOUNT       AMOUNT      TYPE
================================================================================================
Bank 01 WACHOVIA BANK

050710    1228 POLYTECH ENTERPRISE LIMITED    01/10/05  3748           .00      -6000.00  *VOID*
050711    1228 POLYTECH ENTERPRISE LIMITED    01/11/05  3742           .00       7000.00   MANUAL
050711    1228 POLYTECH ENTERPRISE LIMITED    01/11/05  3748           .00      -7000.00  *VOID*
050713    1228 POLYTECH ENTERPRISE LIMITED    01/14/05  3746           .00       7000.00   MANUAL
050714    1347 AGFA CORPORATION               01/18/05  3747           .00      40000.00   MANUAL
050715    1228 POLYTECH ENTERPRISE LIMITED    01/18/05  3747           .00      33000.00   MANUAL
050716     592 CASH                           01/18/05  3747           .00      35000.00   MANUAL
050717    1228 POLYTECH ENTERPRISE LIMITED    01/20/05  3753           .00      12000.00   MANUAL
050719    1228 POLYTECH ENTERPRISE LIMITED    01/24/05  3760           .00      13000.00   MANUAL
050720    1228 POLYTECH ENTERPRISE LIMITED    01/25/05  3761           .00      18000.00   MANUAL
050721    1228 POLYTECH ENTERPRISE LIMITED    01/25/05  3761           .00      15000.00   MANUAL
050722    1347 AGFA CORPORATION               01/26/05  3762           .00      20000.00   MANUAL
050723    1347 AGFA CORPORATION               01/27/05  3763           .00      40000.00   MANUAL
050724    1228 POLYTECH ENTERPRISE LIMITED    01/27/05  3763           .00      10000.00   MANUAL
050725    1228 POLYTECH ENTERPRISE LIMITED    01/28/05  3764           .00      40000.00   MANUAL
050726     583 PYRAMID TRANSPORTATION SYSTEMS 01/28/05  3764           .00       6000.00   MANUAL
507091     815 PHOTO RECYCLING ENTERPRISES    01/06/05  3731           .00       4800.00   MANUAL
507100    1228 POLYTECH ENTERPRISE LIMITED    01/10/05  3781           .00       6000.00   MANUAL
507110    1228 POLYTECH ENTERPRISE LIMITED    01/11/05  3781           .00       7000.00   MANUAL
                                                                    -------    ----------
                                                        BANK TOTAL     .00     432122.44
```

```
DATE: 02/18/05                          JAZZ PHOTO CORP.                           APR810 PAGE: 4
USER: JS T3j                         PERIOD CHECK REGISTER 01/05                   TIME: 3:04 PM

                                        ----CHECK----      DISCOUNT         CHECK
CHECK      VENDOR NAME                  DATE     REG#      AMOUNT           AMOUNT    TYPE
==================================================================================================
Bank 03 FACTOR COLLECTIONS

050727     195 GINFAX DEVELOPMENT LIMITED   01/28/05 3765      .00         45552.10   MANUAL
                                                            --------      ----------
                                            BANK TOTAL         .00         45552.10
==================================================================================================
```

MAR-10-2005 THU 05:28 PM JAZZ PHOTO CORP    FAX NO. 732 499 7045    P. 06/08

```
DATE: 02/18/05                          JAZZ PHOTO CORP.                              APR810 PAGE: 5
USER: JS T3j                      PERIOD CHECK REGISTER 01/05                         TIME: 3:04 PM

                                        ----CHECK----          DISCOUNT        CHECK
CHECK    VENDOR NAME                    DATE      REG#         AMOUNT          AMOUNT       TYPE
=====================================================================================================
Bank 06 BUDD LARNER LEGAL

002416   1245 ARRAY TECHNOLOGY GROUP LLC  01/03/05  3765         .00         30000.00   MANUAL
002450   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/12/05  3792      .00           446.40   MANUAL
002456   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/19/05  3791      .00            34.65   MANUAL
002457   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/19/05  3791      .00           242.55   MANUAL
002459   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/26/05  3790      .00          1311.75   MANUAL
002461   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/26/05  3789      .00          1184.05   MANUAL
002462   1148 CAMPOS & STRATIS              01/28/05  3793      .00          3030.20   MANUAL
002466   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/28/05  3788      .00          1017.94   MANUAL
002467   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/28/05  3787      .00           872.50   MANUAL
002468   1245 ARRAY TECHNOLOGY GROUP LLC    01/31/05  3784      .00         20217.67   MANUAL
002469   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/31/05  3786      .00           508.97   MANUAL
064770   1352 PHYLLIS T. LEWIS, C.S.R., CRR  01/26/05  3790      .00           446.25   MANUAL
                                                                          -----------
                                                        BANK TOTAL  .00     59312.93

                                                        REPORT TOTAL  .00  536987.47

CHECKS: 131                                                                     END OF REPORT
```

MAR-10-2005 THU 05:28 PM JAZZ!PHOTO!CORP       FAX NO. 732 499 1945      P. 07/08



**Business High Performance Money Market**

01     2000013352002    751    130          0    36         126,401

00047356 1 AT 0.292 02   3DG 196

JAZZ PHOTO CORP. D.I.P.
220 OLD NEW BRUNSWICK ROAD
SUITE# 103
PISCATAWAY NJ  08854

CB

---

# Business High Performance Money Market

1/01/2005 thru 1/31/2005

Account number:     2000013352002
Account owner(s):   JAZZ PHOTO CORP. D.I.P.

Taxpayer ID Number:   223387358

## Account Summary

| | |
|---|---:|
| Opening balance 1/01 | $345,347.38 |
| Deposits and other credits | 40,000.00 + |
| Interest paid | 429.05 + |
| **Closing balance 1/31** | **$385,776.43** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 1/18 | 35,000.00 | FUNDS TRANSFER  (ADVICE 050118044352) RCVD FROM  JAZZ PHOTO CORP / ORG= RFB=      OBI=REF JB120304 TRU 011 REF=        01/18/05  02:47PM |
| 1/25 | 5,000.00 | DEPOSIT |
| 1/31 | 429.05 | INTEREST FROM 01/01/2005 THROUGH 01/31/2005 |
| **Total** | **$40,429.05** | |

## Interest

| | |
|---|---:|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 1.40% |
| Interest earned this statement period | $429.05 |
| Interest paid this statement period | $429.05 |
| Interest paid this year | $429.05 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---:|---|---:|---|---:|
| 1/18 | 380,347.38 | 1/25 | 385,347.38 | 1/31 | 385,776.43 |

---

**WACHOVIA BANK, N.A., STELTON ROAD**

page 1 of 2

**WACHOVIA**

## Business High Performance Money Market
02    2000013352002   751   130        0    36        126,402

---

## Customer Service Information

**For questions about your statement or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD (For the Hearing Impaired) | 800-835-7721 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

### To Balance Your Account

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement. _____

3. Write in any deposits you have made since the date of this statement. _____

4. Add together amounts listed above in steps 2 and 3. _____

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. _____

6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 _____

**List Outstanding Checks and Withdrawals**

| Ck. No. | Amount | Ck. No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

**In Case of Errors or Questions About Your Electronic Transfers:** Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

---

WACHOVIA BANK, N.A., STELTON ROAD