**DJ-2827**
**BUDD LARNER, P.C.**
150 JFK Parkway
Short Hills, New Jersey 07078
(973) 379-4800
(973) 379-7734 Telecopier
Attorneys for Jazz Photo Corp.,
Debtor-in-Possession

|  |  |
|---|---|
| In the Matter of:<br><br>JAZZ PHOTO CORP.,<br><br>Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CASE NO. 03-26565-MS<br><br>Chapter 11<br><br>**AFFIDAVIT OF DONALD P. JACOBS IN CONNECTION WITH BUDD LARNER'S FINAL FEE APPLICATION** |

STATE OF NEW JERSEY    )
                       ) ss.
COUNTY OF ESSEX        )

DONALD P. JACOBS, of full age, being duly sworn according to law, upon his oath, deposes and states:

1. I am an attorney-at-law of the State of New Jersey and a shareholder of Budd Larner, P.C. ("Budd Larner").

2. I was the shareholder responsible for handling the post-petition work that was performed for the debtor and for Jack Benun in the appeal to the Federal Circuit of the judgment entered by Judge Hochberg (hereinafter "Fuji Appeal").

3. As the shareholder responsible for handling the Fuji Appeal, and in view of my review of all of the bills that were rendered in that matter, I am aware of the work that was performed for the debtor and the work that was performed for Jack Benun personally.

4. In my opinion, 92.5% of the post-petition work that Budd Larner performed on the Fuji Appeal was for the debtor, while the remaining 7.5% was for Jack Benun personally.

5. Accordingly, with respect to that portion of Budd Larner's Final Fee Application that relates to the Fuji Appeal, Budd Larner will be seeking only $219,199.10 ($236,972.00 x .925 = $219,199.10) for fees and $22,589.32 for disbursements, for a total of $241,788.42.

_____
DONALD P. JACOBS

Sworn and subscribed to
before me this 28th day
of March, 2005

_____
Notary Public of New Jersey
Commission Expires: _____

SUSAN C. ANGIONO
A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires on Feb. 11, 2009