UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**ATTORNEY FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: | APPLICANT: |
| Jazz Photo Corp. | Cole, Schotz, Meisel, Forman & Leonard, P.A. |
| CASE NO.: 03-26565 (MS) | CLIENT: Jazz Photo Corp. |
| CHAPTER: 11 | CASE FILED: May 20, 2003 |

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.  <u>RETENTION ORDER ATTACHED</u>.

                                        */s/ Michael D. Sirota*     5/12/05
                                        MICHAEL D. SIROTA         Date

**SECTION I
FEE SUMMARY**

Twentieth Monthly Fee Statement Covering the
Period April 1, 2005 through April 30, 2005

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $1,411,460.12 |
| Total Fees and Expenses Allowed to Date: | [1]$1,140,506.13 |
| Total Retainer (if applicable): | $ 0.00 |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | [2]$1,225,955.89 |

---

[1] This amount has been allowed pursuant to the Orders Awarding Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses Pursuant to 11 U.S.C. §§ 328 and 330 signed on October 15, 2003, April 6, 2004, August 30, 2004, and April 19, 2005.

[2] This amount reflects partial payment on account of fees and reimbursement of costs awarded in the October 15, 2003, April 6, 2004, August 30, 2004 and April 19, 2005 Interim Orders.  This amount also reflects partial payments pursuant to the Order Establishing Procedures For Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professionals on account of eighty (80%) percent of fees and one hundred (100%) percent of costs requested in the Seventeenth and Eighteenth Monthly Fee Statements filed.

40654/0001-2196727v1

|     | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|-----|-------------------------------|---------------|-------|------|-----|
| 1.  | Michael D. Sirota, Partner    | 1986 | 63.90 | $500.00 | $ 31,950.00 |
| 2.  | Gerald H. Gline, Partner      | 1977 | 11.60 | 475.00 | 5,510.00 |
| 3.  | Warren A. Usatine, Partner    | 1995 | 29.10 | 350.00 | 10,185.00 |
| 4.  | Jeffrey M. Traurig, Associate | 1997 | 125.70 | 265.00 | 33,310.50 |
| 5.  | Mark J. Politan, Associate    | 1999 | .80 | 240.00 | 192.00 |
| 6.  | Michael A. Minieri, Associate | 1996 | .60 | 215.00 | 129.00 |
| 7.  | Kristin S. Elliott, Associate | 2002 | 31.10 | 190.00 | 5,909.00 |
| 8.  | Michelle L. Mathers, Associate | 2004 | 29.30 | 150.00 | 4,395.00 |
| 9.  | Frances Pisano, Paralegal     | N/A | 97.50 | 140.00 | 13,650.00 |
| 10. | Mary E. Manetas, Paralegal    | N/A | 1.00 | 120.00 | 120.00 |
| 11. | Louise Kerrison Paralegal     | N/A | .40 | 75.00 | 30.00 |
|     | TOTALS                        |     | 391.00 |     | $105,380.50 |

FEE TOTALS (Page 3)                                $105,380.50
DISBURSEMENTS TOTALS (Page 4)                      $124,387.11
TOTAL FEE APPLICATION                              $229,767.61

2

# SECTION II
# SUMMARY OF SERVICES

| Services Rendered | | Hours | Fee |
|---|---|---|---|
| (a) | Telephone Calls | 40.00 | $ 12,037.00 |
| (b) | Correspondence Drafted | 17.20 | 5,276.50 |
| (c) | Correspondence Reviewed | 66.60 | 15,678.50 |
| (d) | Legal Research | 27.00 | 6,127.50 |
| (e) | Court Appearance | 11.50 | 4,532.00 |
| (f) | Preparation of Pleadings and Briefs | 142.70 | 38,132.00 |
| (g) | Internal Office Meetings: | | |
| | (1) solely w/applicant's staff | 19.10 | 3,893.00 |
| | (2) third party conferences | 1.70 | 530.50 |
| (h) | Out of Office Meetings | 4.60 | 1,662.00 |
| (i) | Review of File | 31.80 | 6,748.00 |
| (j) | Travel Time | 8.30 | 3,100.00 |
| (k) | Fee Application Preparation | 3.90 | 608.50 |
| (l) | Prepare for Court Appearance | 16.50 | 7,028.50 |
| (m) | Review Documents Produced by Adversary | 0.00 | 0.00 |
| (n) | Prepare for Depositions | 0.00 | 0.00 |
| (o) | Drafting Discovery | 0.00 | 0.00 |
| (p) | Other Services | .10 | 26.50 |
| SERVICES TOTALS | | 391.00 | $105,380.50 |

3

# SECTION III
# SUMMARY OF DISBURSEMENTS

| Disbursements | | | Amount |
|---|---|---:|---:|
| (a) | Telephone | | $ 613.04 |
| (b) | Messenger Service: | | |
| | Federal Express | 481.52 | |
| | Mark IV | 55.13 | 536.65 |
| (c) | Photocopying: | | |
| | No. of Pages: 51,507;  Rate per Page: $.20 | | 10,034.45 |
| (d) | Travel (attach details - U.S. Govt. Rate) | | 133.35 |
| (e) | Postage | | 2,973.12 |
| (f) | Other (explain): | | |
| | Westlaw | 4,398.08 | |
| | Telecopier | 198.00 | |
| | Copy of Official Documents | 119.92 | 4,716.00 |
| DISBURSEMENT TOTAL | | | $19,006.61 |

4

> **SECTION IV**
> **CASE HISTORY**

(NOTE:  Items (3) through (6) are not applicable to applications under 11 U.S.C. § 506)

(1)    Date case filed: May 20, 2003

(2)    Chapter under which case commenced: Chapter 11

(3)    Date of retention:  Order signed May 30, 2003, *nunc pro tunc* to May 20, 2003
       (Annex copy of order(s).)  **See Exhibit A.**
       If limit on number of hours or other limitations to retention, set forth: N/A

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:  Cole Schotz professionals, among other services have:  (a) drafted reply papers in the District Court in response to the motion of Charles Forman, Chapter 7 Trustee for the Estate of Jack C. Benun, for a stay pending appeal of the Imation settlement, (b) prepared for and attended hearing on the motion for stay pending appeal of the Imation Settlement, (c) negotiated and drafted the First Amended Disclosure Statement and First Amended Joint Plan of Orderly Liquidation, (d) further negotiated and drafted asset purchase agreement ("APA") for sale of substantially all of the Debtor's assets, (e) prepared, filed an served motion papers for notice and bidding procedures for the assets being sold under the APA, (f) prepared for and attended a hearing on notice and bidding procedures for the APA, (g) drafted responses to and attended hearings on fee application that were subject to objections filed by Fuji Photo Film Co., Ltd., (h) drafted objection to request for payment of administrative expense claim filed by J.A.V. International, Inc.  In addition, the Applicant prepared miscellaneous correspondence to the Bankruptcy Court and interested parties on various outstanding issues and conducted numerous calls with the Debtor and third parties relating to outstanding issues and efforts to resolve disputed matters.  **See Exhibit B.**

(5)    Anticipated distribution to creditors:

       (a)    Administration expense: 100%.

       (b)    Secured creditors: 100%.

       (c)    Priority creditors: 100%.

       (d)    General unsecured creditors: Unknown at this time.

(6)    Final disposition of case and percentage of dividend paid to creditors (if applicable):  This is an twentieth interim fee application.  Final dividend percentages are unknown at this time.

40654/0001-2196727v1