**Jazz Photo Corp Liquidation Trust**
**Summary of Activity**
**March 1, 2005 to July 31, 2005**

| INDEX | Schedule # |
|---|---|
| Cash and Investments | 07-A |
| Cash Receipts Summary | 07-B |
| Rosenthal Collections | 07-C |
| Liquidation Disbursements | 07-D |
| Pre-Trust Disbursements Detail | 07-E1 |
| Trust Disbursements Detail | 07-E2 |
| Balance Sheet | 07-F |
| Admin Claims Summary | 07-G |
| Pre-Petition Claims Summary | 07-H |

**Jazz Photo Corp Liquidation Trust**
**Cash/Bank Account / Investment Summary**
**As of July 31, 2005**

| | Cash Amounts | Investment Amounts | Maturity Date | Purchase Date | Purchase Amount | Interest Income |
|---|---|---|---|---|---|---|
| **Wachovia Bank** | | | | | | |
| Trust accounts(MM and Checking) | 418,559.87 | | | | | |
| **Bank of America** | | | | | | |
| Trust Account(MM and Checking) | 870,528.91 | | | | | |
| US Treasury Bills | | 9,000,000.00 | 8/25/2005 | 5/26/2005 | 8,957,880.00 | 42,120.00 |
| US Treasury Bills | | 5,500,000.00 | 9/29/2005 | 6/30/2005 | 5,456,880.00 | 43,120.00 |
| US Treasury Bills | | 2,200,000.00 | 9/29/2005 | 7/28/2005 | 2,188,065.00 | 11,935.00 |
| **Other Cash:** | | | | | | |
| Escrow Funds at Cole Schotz "AGFA" | 287,806.85 | | | | | |
| Petty Cash on Hand | 250.00 | | | | | |
| Cash held by Rosenthal | 15,859.43 | | | | | |
| **Totals** | $1,593,005.06 | $16,700,000.00 | | | $16,602,825.00 | $97,175.00 |

07-A

07-B

Jazz Photo Corp Liquidation Trust
Cash Receipts Summary
March 05 to July 05

| | March 2005 | April 2005 | May 2005 | June 2005 | July 2005 | Total |
|---|---|---|---|---|---|---|
| Cash received from Rosenthal after Loan Repayment | | | 48,000.00 | | 51,389.09 | 99,389.09 |
| A/R Collections Direct to Jazz | | | | 15,985.60 | 17,155.00 | 33,140.60 |
| Preference Payments Received | | | | 1,500.00 | 10,500.00 | 12,000.00 |
| Security Deposits returned | | | | | 6,400.00 | 6,400.00 |
| Misc. Cash Items | | | | | | |
| Msc | 1,232.69 | 510.73 | 83.93 | 235.01 | | 2,062.36 |
| Insurance rebate | | | | 4,854.17 | | 4,854.17 |
| Dental Plan Premium rebate | | 1,270.13 | | | | 1,270.13 |
| Sale/Auction of Assets- Ribitech | | 88,775.00 | 798,975.00 | | | 887,750.00 |
| Transfer from Budd-Larner Escrow (Imation Experts) | | 15,589.00 | | | | 15,589.00 |
| Imation Settlement Funds received | 25,000,000.00 | | | | | 25,000,000.00 |
| Interest on MM/Bank accounts | 191.38 | 78.01 | 177.38 | 781.05 | 594.22 | 1,822.34 |
| Interest on US Treasury Bills | | 41,305.76 | 36,932.44 | 31,809.13 | 6,875.00 | 117,222.33 |
| Total Cash collected | 25,001,424.37 | 147,328.63 | 884,168.75 | 55,164.96 | 92,913.31 | **26,181,500.02** |

This schedule is on a cash basis and no accruals are included.

Jazz Photo Corp Liquidation Trust
Cash Collections Summary
March 05 to July 05

| | March 2005 | April 2005 | May 2005 | June 2005 | July 2005 | Total |
|---|---|---|---|---|---|---|
| Collections Thru Rosenthal*** | 515,710.06 | 285,179.51 | 17,938.68 | 6,652.80 | 53,218.70 | 878,699.75 |
| A/R Collections Direct to Jazz | | | | 15,985.60 | 17,155.00 | 33,140.60 |
| Total Cash collected | 515,710.06 | 285,179.51 | 17,938.68 | 22,638.40 | 70,373.70 | **911,840.35** |
| Cash received from Rosenthal after Loan Repayment | | | 48,000.00 | | 51,389.09 | 99,389.09 |

*** Note This is cash which Rosenthal received from factored A/R collections and applied to the loan balance.

07-C

Jazz Photo Corp Liquidation Trust
Liquidation Disbursements

| Expense Category | Explanation | March 2005 Actuals | April 2005 Actuals | (A) May 2005 Actuals | June 2005 Actuals | July 2005 Actuals | Total Mar-July 2005 Actuals |
|---|---|---|---|---|---|---|---|
| Compensation incl payroll taxes | | 35,624 | 20,033 | 17,287 | 18,210 | 17,853 | 109,007 |
| Rent Office | 6 month new lease prepaid | 8,250 | 3,770 | 8,250 | 18,090 | 0 | 38,360 |
| Warehouse Maintenace/Supplies | | 342 | 345 | | | | 687 |
| Telephone Office/Warehouse | | 2,257 | 1,717 | 1,740 | 1,356 | | 7,070 |
| Cable Computer access | | | | | | 117 | 117 |
| Postage/Fedex | | 250 | 200 | 282 | 30 | | 762 |
| Office Supplies | Copier/Storage Boxes/misc. | 510 | 191 | 268 | 1,004 | | 1,973 |
| ADP Payroll Services | | 144 | 69 | 277 | 153 | 152 | 795 |
| Computer Services | Maintain Systems, Backup Files | 1,600 | 180 | 1,150 | 1,500 | 1,180 | 5,610 |
| 401K costs | 2005 final 5500 | 1,250 | | | 1,175 | | 2,425 |
| Other Misc. Expenses | | 4,005 | 798 | | | | 4,803 |
| Insurance | Health | 4,027 | | 732 | 357 | | 5,116 |
| Insurance | Corporate/Workman's Comp | 6,990 | | 354 | | 1,910 | 9,754 |
| US Trustee Fee | | | 5,000 | | | | 5,000 |
| Office Relocation Costs & setup | Incl. Computers, Phones, Files Remove wiring at old leased space | | | 420 | 1,577 | 929 | 2,926 |
| Bank Charges | | 319 | 114 | 52 | 137 | (7) | 615 |
| Rosenthal Legal&Oth.Chrgs/Interest | | 20,365 | 41,240 | 3,354 | 248 | (213) | 64,994 |
| Total costs | | 85,933 | 73,657 | 34,366 | 43,837 | 21,921 | 260,014 |
| Legal/Professional Fees | Budd-Larner, Greenberg & Kahr, Kaplan, Eisner Cole Schotz, Ravin Greenberg, Capstone, etc. | 26,759 | 4,818,431 | 484,407 | 307,689 | 170,294 | 5,807,580 |
| Claims Payouts | Rosenthal Loan, JAV, Pyramid | | 1,800,000 | 277,416 | 609,000 | | 2,686,416 |
| Totals | | 112,692 | 6,692,088 | 796,489 | 960,526 | 192,215 | 8,754,010 |

Note: All items are on a cash basis

(A) Trust Inception 5/13/05

07-D

Jazz Photo Corp Liquidation Trust
Pre-Trust Disbursement Detail
3/1/05 to 5/13/05

| Total Disbursements Summary | Amounts Actuals 3/1/05 to 3/31/2005 | Amounts Actuals 4/1/05 to 4/30/2005 | Amounts Actuals 5/1/05 to 5/13/2005 | (A) Sub Total Actuals 3/1/05 to 5/13/2005 | Pre-Trust Adjustments Paid After 5/13/05 | Total Cumulative Pre-Trust Disbursements | |
|---|---|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | | | |
| Payroll incl. Payroll taxes | 29,165 | 20,033 | 0 | 49,198 | 17,287 | 66,485 | |
| Payroll Jack Banun | 6,459 | 0 | 0 | 6,459 | 0 | 6,459 | |
| Rent | 8,250 | 3,770 | 3,450 | 15,470 | 4,800 | 20,270 | |
| Insurance - Health | 4,027 | 0 | 0 | 4,027 | 1,586 | 5,613 | |
| Insurance - Commercial | 6,990 | 0 | 0 | 6,990 | 0 | 6,990 | |
| Freight - Outbound - Inbound | 0 | 0 | 0 | 0 | 709,000 | 709,000 | Claims Paid |
| All Other Trade Payables | 10,358 | 3,500 | 1,111 | 14,969 | 12,199 | 27,168 | |
| Legal/Professional Fees | 0 | 100,976 | 0 | 100,976 | 3,775 | 104,751 | |
| Imation Experts | 15,000 | 0 | 0 | 15,000 | 0 | 15,000 | |
| Budd Larner | 0 | 4,215,630 | 0 | 4,215,630 | 0 | 4,215,630 | |
| Cole Schotz | 0 | 337,724 | 135,047 | 472,771 | 165,458 | 638,229 | |
| Ravin Greenberg | 11,759 | 164,101 | 0 | 175,860 | 118,594 | 294,454 | |
| Capstone Advisory Group | 0 | 0 | 0 | 0 | 132,891 | 132,891 | |
| Rosenthal & Rosenthal | 0 | 1,800,000 | 177,416 | 1,977,416 | 0 | 1,977,416 | Loan Paid |
| Neville Peterson | 0 | 0 | 286,473 | 286,473 | 0 | 286,473 | |
| US Trustee Fees | 0 | 5,000 | 0 | 5,000 | 0 | 5,000 | |
| Sub-total disbursements | 92,008 | 6,650,734 | 603,497 | 7,346,239 | 1,165,590 | 8,511,829 | |
| **Additional Disbursements** | | | | | | | |
| Rosenthal Legal/other/interest | 20,365 | 41,240 | 0 | 61,605 | 3,389 | 64,994 | |
| Bank Charges | 319 | 114 | 52 | 485 | 130 | 615 | |
| Total Disbursements | 112,692 | 6,692,088 | 603,549 | 7,408,329 | 1,169,109 | 8,577,438 | |

(A) Trust Inception 5/13/05

07-E1

Jazz Photo Corp Liquidation Trust
Trust Disbursement Detail
5/14/05 to 7/31/05

| Total Disbursements Summary | Pre-Trust Adjustments Paid during Trust | Amounts Actuals 5/14/05 to 5/31/2005 | Amounts Actuals 6/1/05 to 6/30/2005 | Amounts Actuals 7/1/05 to 7/31/2005 | Total Trust 5/14/05 to 7/31/05 Disbursements |
|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | |
| Payroll incl. Payroll taxes | (17,287) | 17,287 | 18,210 | 17,853 | 36,063 |
| Payroll Jack Benun | 0 | 0 | 0 | 0 | 0 |
| Rent | (4,800) | 4,800 | 18,090 | 0 | 18,090 |
| Insurance - Health | (732) | 732 | 357 | 0 | 357 |
| Insurance - Commercial | (854) | 854 | 0 | 1,910 | 1,910 |
| Freight - Outbound - Inbound | (709,000) | 100,000 | 609,000 | 0 | 0 |
| All Other Trade Payables | (12,199) | 3,026 | 6,795 | 2,378 | 0 |
| Legal/Professional Fees | (3,775) | 3,775 | 0 | 0 | 0 |
| Imation Experts | 0 | 0 | 0 | 0 | 0 |
| Budd Larner | 0 | 0 | 0 | 0 | 0 |
| Cole Schotz | (165,458) | 0 | 165,458 | 34,282 | 34,282 |
| Ravir Greenberg | (118,594) | 59,112 | 59,482 | 59,641 | 59,641 |
| Capsione Advisory Group | (132,891) | 0 | 82,749 | 76,371 | 26,229 |
| Rosenthal & Rosenthal | 0 | 0 | 0 | 0 | 0 |
| Neville Peterson | 0 | 0 | 0 | 0 | 0 |
| US Trustee Fees | 0 | 0 | 0 | 0 | 0 |
| Sub-total disbursements | (1,165,590) | 189,586 | 960,141 | 192,435 | 176,572 |
| **Additional Disbursements** | | | | | |
| Rosenthal Legal/other/interest | (3,389) | 3,354 | 248 | (213) | 0 |
| Bank Charges | (130) | 0 | 137 | (7) | 0 |
| Total Disbursements | (1,169,109) | 192,940 | 960,526 | 192,215 | 176,572 |

(A) Trust Inception 5/13/05

07-E2

## Jazz Photo Corp Liquidation Trust
### Balance Sheet

|  | AS OF 7/31/05 |
|---|---:|
| **Current Assets** | |
| Cash | $ 1,305,198 |
| Treasury Bills - Cost | 16,602,825 |
| Cash in Escrow | 287,807 |
| Accounts receivable (net) | 18,500 |
| Preference Claims Receivable | 26,000 |
| Total Current Assets | 18,240,330 |
| **Fixed Assets** | |
| Property and Equipment | 3,876 |
| **Other Assets** | |
| Tax Deposit -New Jersey | 21,000 |
| Security deposits | 500 |
| Total Other Assets | 21,500 |
| **Total Assets** | $ 18,265,706 |
| **Current Liabilities** | |
| Admin Claims Payable | $ 18,342,416 **(A)** |
| Pre-Petition Claims Payable | $ 45,788,513 **(A)** |
| Total Current Liabilities | 64,130,929 |
| **Stockholders Equity** | |
| Total Stockholders Equity (Deficit) | (45,865,223) |
| **Total Liabilities and Stockholders Equity** | $ 18,265,706 |

Note: Tax Liabilities, if any, arising from 2005 transactions are not reflected above.

**(A) Amounts are based on Jazz's books and records or as filed by creditor.
Certain amounts are in dispute, reconciliations and negotiations.
This presentation is not an admission by Jazz of amounts due.**

07-F

Jazz Photo Corp Liquidation Trust
SUMMARY OF ADMIN CLAIMS
AS OF 7/31/05

| VENDOR-Non Legal/Professional | (A) ADMIN CLAIM FILED TO COURT | VARIANCE | |
|---|---|---|---|
| Basseman | 4,056.00 | (4,056.00) | |
| BRANDT BOX | | 650.10 | |
| COLONIAL SALES & MARK | 7,231.38 | (4,744.04) | |
| CONTINENTAL MERCHANDISE | 719.25 | (368.09) | |
| ESTES EXPRESS LINE | 53,125.12 | (11,281.31) | |
| FEDERAL EXPRESS CORP | 7,933.99 | (6,003.09) | |
| FIRST DELTA GROUP | | 2,412.20 | |
| GEMCO SALES | 2,837.60 | (1,042.11) | |
| ImagePro Intl | 5,750.00 | (5,750.00) | |
| MERCHANDISE INTERNATIONAL | 6,220.84 | (321.06) | |
| RITTENHOUSE MARKETING | 7,236.75 | (5,430.55) | |
| ROBERT JURY | | 1,875.81 | |
| SANFORD GOLD AND COMPANY | | 13,509.33 | |
| SEVEN BUCKS | 80,660.00 | (2,824.26) | |
| SOUTHEASTERN SALES | | 6,752.63 | |
| SUDIA ELECTRIC | 1,057.18 | (212.18) | |
| SUN MOUNTAIN MARKETING | 1,678.88 | (1,397.19) | |
| TravelCenters of America | 1,944.54 | (1,944.54) | |
| UNITED PARCEL SERVICE | | 23,168.32 | |
| WATKINS MOTOR FREIGHT | 8,541.90 | (5,036.14) | |
| ACT DATA SERVICES | 28,506.96 | (265.00) | |
| Axion LLC | 1,287.00 | - | |
| ELIZABETH WALDMAN | 1,000.00 | 0.00 | |
| GO GLOBAL LOGISTICS | 26,658.39 | (395.83) | |
| PHOTO RECYCLING | 39,578.75 | - | |
| UPS Supply Chain | 449.32 | - | |
| AGFA CORPORATION | 25,000.00 | - | |
| AGFA CORPORATION HK LTD | 276,000.00 | (276,000.00) | |
| BOWE BELL & HOWELL | 521,818.00 | (444,906.17) | |
| CIT GROUP | | 471.70 | |
| CIT Communications Finance | 44,944.99 | (44,944.99) | |
| COCA-COLA COMPANY, THE | 51,500.00 | (45,534.10) | |
| DEWITT STERN | 0.00 | 7,590.00 | |
| GINFAX DEVELOPMENT | | 32,253.12 | |
| JACK BENUN | 362,399.88 | (365,176.86) | |
| JAV INTERNATIONAL | 628,202.00 | (78,052.03) | (B) |
| JOYFAME CORPORATION | 708,403.63 | (490,458.16) | |
| POLYTECH ENTERPRISES | 3,699,981.88 | (2,242,396.14) | |
| PYRAMID TRANSPORTATION | 22,547.78 | (37,380.95) | (B) |
| Non legal Sub Total | 6,727,870.03 | (3,987,530.61) | |

07-G

| VENDOR - Legal /Professional | (A) ADMIN CLAIM TO COURT | VARIANCE |
|---|---|---|
| CAMPOS & STRATIS | 0.00 | 998.18 |
| GROTTA GLASSMAN & HOFFMAN | | 1,393.14 |
| Kimberly Wood/Ray Leschen | 491.92 | (491.92) |
| TOMPKINS & DAVIDSON, LLP | 22,402.01 | (12,330.05) |
| Cole Schotz (court approved) | 165,994.00 | - |
| Capstone (court approved) | 23,598.00 | - |
| Ravin Greenberg (court approved) | 94,068.00 | - |
| Neville Peterson (court approved) | 252,312.00 | - |
| Wilbur Seth Gaugh | 1,263.00 | (1,263.00) |
| Legal Professional Sub Total | 560,128.93 | (12,392.65) |
| **Employees Claims** | | |
| Mark Benun | 384.92 | - |
| Abe Tobias | 283.33 | - |
| Cindy Boyce | 1,319.04 | - |
| John DiStasio | 7,192.31 | - |
| Kristen Stout | 5,485.59 | - |
| Michael Zawodny | 2,149.99 | - |
| Jodie Spratley | 217.95 | - |
| Joseph M. Weber | 11,237.98 | - |
| Anthony Cossentino | 1,070,510.01 | (1,070,510.01) |
| Michael Kelly | 67,584.89 | (67,584.89) |
| Ray Finto | 19,945.70 | - |
| Employees Subtotal | 1,186,311.71 | (1,138,094.90) |
| **Other Claims** | | |
| FUJI Photo Films Co., LTD. | 8,223,716.66 | (8,223,716.66) |
| International Trade Commission | 3,400,000.00 | (3,400,000.00) |
| Other claims sub-total | 11,623,716.66 | (11,623,716.66) |
| Total | 20,098,027.33 | (16,761,434.82) |

(A) Amounts are based on Jazz's books and records or as filed by creditor. Certain amounts are in dispute, reconciliations and negotiations. This presentation is not an admission by Jazz of amounts due.

(B) Claims Settled and Paid

JAZZ PHOTO CORP LIQUIDATION TRUST
PRE-PETITION CLAIMS
SUMMARY    As of 7/31/05

| CLASS | # | VENDOR | (A) BALANCE | (A) AMOUNT CLAIM FILED TO COURT | VARIANCE |
|---|---|---|---|---|---|
| 001 | 126 | EXPRESS GROUP | 64,984.23 | | 64,984.23 |
| 001 | 159 | PHOTO INDUSTRY REPORT | 5,622.75 | 5,622.75 | - |
| 001 | 191 | AJ JERSEY | 1,423.05 | 1,423.05 | - |
| 001 | 264 | ADP INC | 92.91 | | 92.91 |
| 001 | 290 | P B C C | 163.93 | | 163.93 |
| 001 | 299 | WASTE MANAGEMENT | 2,395.46 | 4,573.27 | (2,177.81) |
| 001 | 376 | PITNEY BOWES INC | 1,267.87 | 1,077.64 | 190.23 |
| 001 | 474 | INTEGRATED LABELING | 1,952.82 | | 1,952.82 |
| 001 | 578 | BOWCO LABORATORIES | 95.40 | 143.10 | (47.70) |
| 001 | 804 | B&G PLASTICS | 229.12 | | 229.12 |
| 001 | 812 | CONTINENTAL PROMOTIONS | 45.59 | 1,107.84 | (1,062.25) |
| 001 | 909 | POLAND SPRINGS | 952.00 | | 952.00 |
| 001 | 1055 | AHOLD FINANCIAL SERVICES(STOP & SHOP) | 3,000.00 | | 3,000.00 |
| 001 | 1062 | G A DYNAMICS SECURITY | 64.68 | | 64.68 |
| 001 | 1086 | CENTENNIAL INDUSTRIAL | 25,972.39 | | 25,972.39 |
| 001 | | H.HARDING BROWN, DAVID J.FRISCHMAN | | 576,198.81 | (576,198.81) |
| 001 | 1107 | PREMERE CONFERENCING | 976.10 | 2,410.40 | (1,434.30) |
| 001 | 1118 | AVAYA, INC | 314.98 | | 314.98 |
| 001 | 1127 | D&L ADVERTISING | 8,792.70 | 13,292.70 | (4,500.00) |
| 001 | | | | 13,292.70 | (13,292.70) |
| 001 | 1128 | LIMO EXPRESS INC | 246.00 | | 246.00 |
| 001 | 1137 | AMBER AIR INC | 707.55 | 1,826.13 | (1,118.58) |
| 001 | 1155 | MOORE EQUIPMENT CO | 744.12 | 838.43 | (94.31) |
| 001 | 1212 | TCA FULFILLMENT | 309.52 | | 309.52 |
| 001 | 1225 | TRANSPORT TOPICS | 99.00 | | 99.00 |
| 001 | | OFFICE MAX | 440.11 | | 440.11 |
| 001 | 1226 | PHOTOIMAGING MANUFACTURE | 1,000.00 | | 1,000.00 |
| | | | 121,892.28 | 621,806.82 | (499,914.54) |
| 015 | 108 | BRANDT BOX & PAPER CO | 10,358.72 | | 10,358.72 |
| 015 | 122 | EASTMAN KODAK COMPANY CLAIM1 | 41,004.00 | 42,074.59 | (1,070.59) |
| 015 | | EASTMAN KODAK COMPANY CLAIM2 | | 41,004.00 | (41,004.00) |
| 015 | 913 | STAPLES | 3,030.01 | 3,334.83 | (304.82) |
| 015 | 1004 | THE CIT GROUP | 1,415.10 | | 1,415.10 |
| 015 | 1048 | P&M PARTNERS | 650.00 | 650.00 | - |
| 015 | 1198 | ARLINGTON PRESS | 25,471.28 | | 25,471.28 |
| 015 | 1228 | POLYTECH ENTERPRISE | 1,427,240.84 | 1,427,240.84 | - |
| 015 | | JAZZ PHOTO(HONG KONG) LTD. | 3,877,461.88 | 8,877,543.60 | (81.72) |
| 015 | | JAZZ PHOTO UK | 9,931.37 | | 9,931.37 |
| 015 | 1230 | BUCKEYE BUSINESS PRODUCT. | 864.00 | | 864.00 |
| | | | 10,397,427.20 | 10,391,847.86 | 5,579.34 |
| 020 | 128 | FEDERAL EXPRESS CORPORATION | 27,744.39 | 31,729.85 | (3,985.46) |
| 020 | 135 | J A V INTERNATIONAL | 42,644.81 | | 42,644.81 |
| 020 | 140 | JVC TRANSPORT INC | 10,411.00 | 12,311.00 | (1,900.00) |
| 020 | 174 | UNITED PARCEL SERVICE | 31,995.59 | 27,326.32 | 4,669.27 |
| 020 | 177 | YELLOW FREIGHT SYSTEM | 43,646.82 | 72,716.95 | (29,070.13) |
| 020 | 221 | ROADWAY EXPRESS | 47,902.57 | 53,119.60 | (5,217.03) |

(B)

| Code | # | Name | Col A | Col B | Col C |
|---|---|---|---|---|---|
| 020 | 583 | PYRAMID TRANSPORTATION | | 32,979.63 | 32,979.63 (B) |
| 020 | 955 | MESSINA TRUCKING | | 940.00 | 940.00 |
| 020 | 1031 | JEVIC | | 39,433.30 | 39,433.30 |
| 020 | 1131 | CTL | | 350.00 | 350.00 |
| 020 | 1133 | EMERY OCEAN SERVICES | | 5,525.00 | 5,525.00 |
| 020 | 1144 | UTI UNITED STATES INC | 25,158.23 | 28,736.70 | 3,578.47 |
| 020 | 1218 | NEW CENTURY TRANSPORTATION | | 12,478.82 | 12,478.82 |
| 020 | 1234 | WATKINS MOTOR LINES | 2,857.08 | 2,857.08 | |
| | | | 225,219.03 | 327,645.71 | 102,426.68 |
| 025 | 125 | EXIM | 3,913.60 | 2,387.06 | (1,526.54) |
| 025 | 130 | FIRST DELTA GROUP | 8,857.10 | 8,857.10 | |
| 025 | 136 | GURVITZ & KASSLER | 69,712.45 | 44,644.39 | (25,068.06) |
| 025 | | GURVITZ & KASSLER | 69,712.45 | | 69,712.45 |
| 025 | 164 | RITTENHOUSE MARKETING | | 8,843.72 | 8,843.72 |
| 025 | 167 | SELECT SALES | 4,337.38 | | (4,337.38) |
| 025 | 386 | ROBERT JURY & ASSOCIATES | | 38,948.18 | 38,948.18 |
| 025 | 548 | GEMCO SALES | 30,000.00 | 9,269.25 | (20,730.75) |
| 025 | 590 | WESTVIEW INDUSTRIES INC | 15,187.00 | 4,849.93 | (10,337.07) |
| 025 | 613 | SANFORD GOLD & COMPANY | | 6,829.92 | 6,829.92 |
| 025 | 718 | SOUTHEASTERN SALES ASSOCIATES | | 5,603.72 | 5,603.72 |
| 025 | 741 | MERCHANDISE INTERNATIONAL | | 1,511.66 | 1,511.66 |
| 025 | | CONVINGTONS | | 1,111.75 | 1,111.75 |
| 025 | 1210 | BERBERIAN & ASSOCIATES | 6,916.78 | 6,660.42 | (256.36) |
| | | | 208,636.76 | 139,517.10 | 70,305.24 |
| 030 | 182 | P S E & G | | 2,455.67 | 2,455.67 |
| | | | - | 2,455.67 | 2,455.67 |
| 035 | 135 | GREENBERG & KAHR | | 27,864.95 | 27,864.95 |
| 035 | 142 | EISNER LLP | | 8,773.35 | 8,773.35 |
| 035 | | COLE SCHOTZ | | | - |
| 035 | | RAVIN GREENBERG | | | - |
| 035 | 153 | LOWENSTEIN, SANDLER | | 42.48 | 42.48 |
| 035 | 244 | KAPLAN & GILLMAN | | 889.83 | 889.83 |
| 035 | 279 | FISH & RICHARDSON | 1,794.63 | 612.02 | (1,182.61) |
| 035 | 568 | REID J O CONNEL | 16,191.74 | 16,191.74 | |
| 035 | 599 | NERA | | 56,318.91 | 56,318.91 |
| 035 | 678 | KENNETH G. HARBISON | | 4,502.00 | 4,502.00 |
| 035 | 755 | DOCUMENT EXPRESS | | 5.28 | 5.28 |
| 035 | 765 | DRIER & BARITZ LLP | 513,988.95 | 495,412.01 | (18,576.94) |
| 035 | 978 | GROTTA, GLASSMAN | 7,650.44 | 15,268.98 | 7,618.54 |
| 035 | 1057 | SIDLEY AUSTIN | 33,639.43 | 27,256.93 | (6,382.50) |
| 035 | 1057 | NEVILLE PETERSON LLP | | 1,715.17 | 1,715.17 |
| 035 | 1062 | SILLS CUMMIS RADIN | 9,264.21 | 8,092.21 | (1,172.00) |
| 035 | 1116 | SKADDEN, ARPS, SLATE | 415,397.00 | 392,427.00 | (22,970.00) |
| 035 | 1142 | RONALD L. HEIDKE | | 4,875.00 | 4,875.00 |
| 035 | 1148 | CAMPOS & STRATIS | | 5,234.86 | 5,234.86 |
| 035 | 1158 | LEGAL RETRIEVAL SERVICE | | 2,150.00 | 2,150.00 |
| 035 | 1160 | VIDEO DOCUMENTARIES | 3,820.94 | 2,007.56 | (1,813.38) |
| 035 | 1164 | DAVID FELDMAN & ASSO. | | 4,375.72 | 4,375.72 |
| 035 | 1166 | JURY SCOPE | 8,719.67 | 8,719.67 | |
| 035 | 1178 | KNOTT & GLAZIER LLP | | 3,325.00 | 3,325.00 |
| 035 | 1190 | GEOTEXT TRANSLATIONS | 6,561.00 | 6,561.00 | |
| 035 | 1191 | DOAR COMMUNICATIONS | | 18,064.22 | 18,064.22 |

07-H

| | | | | | |
|---|---|---|---|---|---|
| 035 | 1192 | JAPAN BUSINESS | 4,500.00 | | 4,500.00 |
| 035 | 1211 | WILBUR SETH GAUGH | 1,263.00 | | 1,263.00 |
| 035 | 1213 | STEPHEN R. ROSENTHAL | 5,375.00 | | 5,375.00 |
| 035 | 1235 | AEROSPACE & INT'L COR | 520.00 | | 520.00 |
| 035 | 1231 | BUDD LARNER ON HOLD ACCT | 269,038.93 | 320,479.10 | (51,440.17) |
| 035 | | USOP LIQUIDATING LLC | | 3,948.00 | (3,948.00) |
| | | | 1,391,382.62 | 1,341,455.11 | 49,927.51 |
| | | | | | |
| 037 | 1152 | TRIAL GRAPHIX | 28,791.24 | | 28,791.24 |
| 037 | 1184 | REALTIME REPORTING | 7,162.35 | | 7,162.35 |
| 037 | 1236 | CHAMPION TRANSFRTATION | 1,780.00 | | 1,780.00 |
| 037 | 1222 | PAPER CHASE COPY SERVICE | 1,679.84 | | 1,679.84 |
| | | | 39,413.43 | - | 39,413.43 |
| | | | | | |
| 045 | 119 | DEWITT STERN IMPERATORE | 9,298.30 | 45,564.00 | (36,265.70) |
| | | CHUBB & SON INC. | | 41,076.46 | (41,076.46) |
| | | | 9,298.30 | 86,640.46 | (77,342.16) |
| | | | | | |
| 050 | 109 | CINGULAR | 109.59 | 237.21 | (127.62) |
| 050 | 796 | AVAYA FINANCIAL SERVICE | 655.04 | 629.96 | 25.08 |
| 050 | 841 | VERIZON WIRELESS | 2,493.98 | | 2,493.98 |
| 050 | 1109 | PAETEC COMMUNICATIONS | 2,968.29 | 4,311.88 | (1,343.59) |
| 050 | 1217 | BUSINESS WIRE | 1,610.00 | 1,496.00 | 114.00 |
| | | | 7,836.90 | 6,675.05 | 1,161.85 |
| 055 | 1075 | ACT DATA SERVICE | 15,077.33 | | 15,077.33 |
| 055 | 1172 | ACTS TESTING LABS | 1,181.25 | 1,181.25 | - |
| | | | 16,258.58 | 1,181.25 | 15,077.33 |
| | | | | | |
| 060 | 124 | EXHIBIT BY DESIGN | 2,725.80 | | 2,725.80 |
| 060 | 232 | PMA SERVICES INC | 816.00 | | 816.00 |
| 060 | 1051 | HOWARD PRINTING CO | 4,689.31 | 4,689.31 | - |
| 060 | 1171 | ASD/AMC TRADESHOWS | 1,695.00 | | 1,695.00 |
| 060 | 1214 | ALLIED SUPPLY COMPANY | 300.00 | | 300.00 |
| | | | 10,226.11 | 4,689.31 | 5,536.30 |
| | | | | | |
| 065 | 543 | CHRSYLER FINANCIAL CLAIM1 | 608.80 | 73,867.36 | (73,258.56) |
| | | CHRSYLER FINANCIAL CLAIM2 | - | 68,935.47 | (68,935.47) |
| | | CHRSYLER FINANCIAL CLAIM3 | - | 110,845.43 | (110,845.43) |
| | | CHRSYLER FINANCIAL CLAIM4 | - | 21,398.39 | (21,398.39) |
| 065 | 775 | MERCEDES BENZ | 6,678.50 | | 6,678.50 |
| | | CREDENTIAL LEASING CO | - | 41,620.90 | (41,620.90) |
| | | CREDENTIAL LEASING CO | - | 41,620.90 | (41,620.90) |
| 065 | 1084 | CREDENTIAL LEASING CO | 9,218.51 | 72,872.25 | (63,653.74) |
| | | | 16,505.81 | 431,160.70 | (414,654.89) |
| 070 | | COCA-COLA COMPANY | 12,500.00 | | 12,500.00 |
| 070 | 107 | BELL & HOWELL COMPANY | 362,956.85 | 304,675.23 | 58,281.62 |
| | | | 375,456.85 | 304,675.23 | 70,781.62 |
| | | | | | |
| 075 | 251 | SAFEGUARD BUSINESS SYSTEMS | 1,548.33 | | 1,548.33 |
| 075 | 1074 | SHRED-IT NEWARK | 255.00 | 255.00 | - |
| 075 | 1085 | GOE | 2,119.12 | | 2,119.12 |
| 075 | 1189 | G. NEIL DIRECT MAIL | 380.21 | | 380.21 |
| | | | 4,302.66 | 255.00 | 4,047.66 |
| 080 | 255 | CYGNUS PUBLISHING | 13,753.50 | 13,753.50 | - |

| | | | | | |
|---|---|---|---|---|---|
| | | | 13,753.50 | 13,753.50 | - |
| 085 | 952 HOBART WEST GROUP | 6,095.38 | | 6,095.38 | 6,095.38 |
| 085 | 1147 THE SUPPORTING CAST | 4,526.75 | 4,526.75 | | 2,400.84 |
| 085 | 1180 AXION LLC | 2,640.00 | 4,640.00 | 3,584.00 | (2,000.00) |
| 085 | 1195 STAFFING ALTERNATIVE | 7,519.83 | 7,519.83 | | |
| | | 20,781.96 | 16,686.58 | | 4,095.38 |
| A/R | QVC INC. | 77,967.49 | 94,460.50 | | (16,493.01) |
| | BOSSELMAN, INC. | 2,400.84 | | | 2,400.84 |
| | CAPITOL CANDY | 3,584.00 | | | 3,584.00 |
| | CONWAY STORES, INC | 1,881.60 | | | 1,881.60 |
| | K-MART CORP./DIP | 30,048.24 | 21,868.70 | | 8,179.54 |
| | ECKERD CORP | | 19140.47 | | (19,140.47) |
| | ECKERD CORP | | 19140.47 | | (19,140.47) |
| | EPIQ TECHNOLOGIES, INC | 14,500.80 | | | 14,500.80 |
| | NEUTAX, S.A. | 11,360.00 | | | 11,360.00 |
| | OFFICE DEPOT | | 21,101.44 | | (21,101.44) |
| | RHX | 1,646.40 | | | 1,646.40 |
| | SAMSON | 1,081.78 | | | 1,081.78 |
| | SAFEWAY | | 1,534.54 | | (1,534.54) |
| | SERVICE MERCHANDISE | 65,311.29 | | | 65,311.29 |
| | GOLDBLATT | | 2591.76 | | (2,591.76) |
| | TOP GENERAL | 6,253.40 | | | 6,253.40 |
| | | 216,035.84 | 179,837.88 | | 36,197.96 |
| | SUB TOTAL | 13,110,190.52 | 13,834,520.54 | | (584,905.12) |
| NEW | PILGRIM PROMOTIONS LTD | | 1,750,000.00 | | (1,750,000.00) |
| | JASKO MARKETING INC. | | 600,000.00 | | (600,000.00) |
| | JCB CONSULTANTS | | 21,000,000.00 | | (21,000,000.00) |
| | FUJI PHOTO FILM CO. LTD. | 29,765,280.60 | 30,208,905.60 | | (443,625.30) |
| | FUJI PHOTO FILM CO. LTD. ADDTL CLAIM | | 10,955,311.90 | | (10,955,311.90) |
| | SUB TOTAL | 42,875,471.2 | 78,348,738.04 | | (35,333,842.32) |
| OTHER | ROSENTHAL & ROSENTHAL | 3,440,000.00 | 6,440,000.00 | | (B) - |
| | IMATION | | 1,134,420.00 | 1,134,420.00 | (1,134,420.00) |
| | SUB TOTAL | 3,440,000.00 | 7,574,420.00 | 1,134,420.00 | (1,134,420.00) |
| | Total | 43,315,471.12 | 85,923,158.04 | | (36,468,262.12) |

NOTE: All employees were paid pre-petition amounts owed including employee benefits and expenses as allowed by the court.

(A) Amounts are based on Jazz's books and records or as filed by creditor. Certain amounts are in dispute, reconciliations and negotiations. This presentation is not an admission by Jazz of amounts due.

(B) Claims Settled and Paid