**Jazz Photo Corp Liquidation Trust**
**Summary of Activity**
**March 1, 2005 to June 30, 2006**

| INDEX | Schedule # |
|---|---|
| Cash and Investments | 1-A |
| Cash Receipts Summary | 1-B |
| Rosenthal Collections | 1-C |
| Liquidation Disbursements | 1-D |
| Pre-Trust Disbursements Detail | 1-E1 |
| Trust Disbursements Detail | 1-E2 |
| Balance Sheet | 1-F |
| Admin Claims Summary | 1-G |
| Pre-Petition Claims Summary | 1-H |

1-A

**Jazz Photo Corp Liquidation Trust**
**Cash/Bank Account / Investment Summary**
**As of June 30, 2006**

| | Cash Amounts |
|---|---|
| Cash/MM in Banks | 2,257,264.07 |
| Petty Cash on Hand | 250.00 |
| Cash held by Rosenthal | 19,474.95 |
| **Total** | **2,276,989.02** |

1-B

Jazz Photo Corp Liquidation Trust
Cash Receipts Summary
March 2005 to June 2006

| | Cumulative Total March 2005 to Jan-06 | Activity Feb. 1 to June 30 | Cummulative Total March 2005 to Jun-06 |
|---|---|---|---|
| Cash received from Rosenthal after Loan Repayment | 99,389.09 | | 99,389.09 |
| A/R Collections Direct to Jazz | 33,140.60 | | 33,140.60 |
| Settlements | 53,100.00 | | 53,100.00 |
| Security Deposits returned | 6,400.00 | | 6,400.00 |
| Sale/Auction of Assets- Ribitech | 887,750.00 | | 887,750.00 |
| Transfer from Budd-Larner Escrow (Imation Experts) | 15,589.00 | | 15,589.00 |
| Imation Settlement Funds received | 25,000,000.00 | | 25,000,000.00 |
| Interest on MM/Bank accounts | 6,027.94 | 1,340.76 | 7,368.70 |
| Interest on US Treasury Bills | 355,955.79 | 48,508.33 | 404,464.12 |
| Total Cash collected | 26,457,352.42 | 49,849.09 | 26,507,201.51 |

1-C

Jazz Photo Corp Liquidation Trust
Cash Collections Summary
March 05 to June 06

| | Cumulative Total March to Jan-06 | Activity February to Jun-06 | Cumulative Total March to Jun-06 |
|---|---|---|---|
| Collections Thru Rosenthal*** ( Net of Chargebacks) | 885,221.85 | | 885,221.85 |
| A/R Collections Direct to Jazz | 33,140.60 | | 33,140.60 |
| Total Cash collected | 918,362.45 | | 918,362.45 |
| Cash received from Rosenthal after Loan Repayment | 99,389.09 | 0.00 | 99,389.09 |

*** Note This is cash which Rosenthal received from factored A/R collections and applied to the loan balance.

1-D

| Jazz Photo Corp Liquidation Trust Liquidation Disbursements | Cumulative Total Mar 05 to Jan-06 Actuals | February Actuals | March Actuals | Arpil Actuals | May Actuals | June Actuals | Cumulative Total Mar 05 to Jun-06 Actuals |
|---|---|---|---|---|---|---|---|
| **Expense Category** | | | | | | | |
| Compensation incl payroll taxes | 222,701 | 3,026 | | | | | 225,727 |
| Rent Office | 37,960 | | 6,000 | | | 6,000 | 49,960 |
| Warehouse Maintenace/Supplies | 687 | | | | | | 687 |
| Telephone Office/Warehouse | 9,635 | | 280 | | 563 | 280 | 10,758 |
| Cable Computer access | 820 | | 108 | | | 328 | 1,256 |
| Postage/Fedex | 969 | | | | | | 969 |
| Office Supplies | 2,769 | | | | | | 2,769 |
| ADP Payroll Services | 1,693 | | 20 | | | | 1,713 |
| Computer Services | 8,411 | | | | | | 8,411 |
| 401K costs | 2,425 | | | | | | 2,425 |
| Other Misc. Expenses | 4,803 | | | | | | 4,803 |
| Health Insurance | 5,116 | | | | | | 5,116 |
| Corporate/Work Comp Insurance | 9,754 | | | | | | 9,754 |
| US Trustee Fee | 19,500 | | | | | | 19,500 |
| Office Relocation Costs & setup | 2,926 | | | | | | 2,926 |
| 2004 Tax Returns Fee Eisner LLC | 25,000 | | | | | | 25,000 |
| Bank Charges | 1,315 | | 65 | | | | 1,380 |
| Rosenthal Legal&Oth.Chrgs/Interest | 68,972 | | | | | | 68,972 |
| | | | | | | | |
| Total costs | 425,456 | 3,026 | 6,473 | | 563 | 6,608 | 442,126 |
| | | | | | | | |
| Legal/Professional Fees | 6,544,160 | 28,110 | 88,624 | | 8,870 | 34,892 | 6,704,656 |
| Claims Payouts | 8,717,252 | | | 1,899,024 | | | 10,616,276 |
| Distribution to Trust Beneficiaries (B) | | | 6,655,896 | | 149,037 | 298,863 | 7,103,796 |
| | | | | | | | |
| Totals | 15,686,868 | 31,136 | 6,750,993 | 1,899,024 | 158,470 | 340,363 | 24,866,854 |

(A) Trust Inception 5/13/05
(B) Represent payments to unsecured creditors who are now trust beneficiaries

1-E1

## Jazz Photo Corp Liquidation Trust
### Disbursement Detail
Non Operating Disbursements by Trust

| Total Disbursements Summary | Total at 1/31 Cumulative Pre-Trust Disbursements | Pre-Trust Adjustments Paid Feb - June | Total at 6/30 Cumulative Pre-Trust Disbursements |
|---|---|---|---|
| **Cash Disbursements** | | | |
| Payroll incl. Payroll taxes | 66,485 | | 66,485 |
| Payroll Jack Benun | 6,459 | | 6,459 |
| Rent | 20,270 | | 20,270 |
| Insurance - Health | 5,613 | | 5,613 |
| Insurance - Commercial | 6,990 | | 6,990 |
| Freight - Outbound - Inbound (Claims Paid) | 709,000 | | 709,000 |
| All Other Trade Payables | 27,168 | | 27,168 |
| Legal/Professional Fees | 129,751 | | 129,751 |
| Imation Experts | 15,000 | | 15,000 |
| Budd Larner | 4,215,630 | | 4,215,630 |
| Cole Schotz | 775,256 | | 775,256 |
| Ravin Greenberg | 370,804 | | 370,804 |
| Capstone Advisory Group | 132,891 | | 132,891 |
| Rosenthal & Rosenthal(Loan Paid) | 1,977,416 | | 1,977,416 |
| Neville Peterson | 540,385 | | 540,385 |
| US Trustee Fees | 5,000 | | 5,000 |
| MR Weiser | | 15,804 | 15,804 |
| Sub-total disbursements | 9,004,118 | 15,804 | 9,019,922 |
| **Additional Disbursements** | | | |
| Rosenthal Legal/other/interest | 68,972 | | 68,972 |
| Bank Charges | 615 | | 615 |
| Claims Paid - Admin | 6,030,836 | 1,883,220 | 7,914,056 |
| Distribution to Trust Beneficiaries | | 7,103,796 | 7,103,796 |
| **Total Disbursements** | 15,104,541 | 9,002,820 | 24,107,361 |

(A) Trust Inception 5/13/05

1-E2

| Jazz Photo Corp Liquidation Trust | | | |
|---|---|---|---|
| Trust Disbursements Detail | | | |
| 5/14/05 to 1/31/06 | | | |
| | Total Trust | Trust | Total Trust |
| Total Disbursements Summary | 5/14/05 to 1/31/06 Disbursements | Feb - June Disbursements | 5/14/05 to 6/30/06 Disbursements |
| Cash Disbursements | | | |
| Payroll incl. Payroll taxes | 149,757 | 3,046 | 152,803 |
| Rent | 17,690 | 12,000 | 29,690 |
| Insurance – Health | 357 | | 357 |
| Insurance – Commercial | 1,910 | | 1,910 |
| Freight – Outbound – Inbound | 0 | | 0 |
| Office/Telecom | 7,969 | 1,560 | 9,529 |
| Legal/Professional Fees | 436 | | 436 |
| Imation Experts | 0 | | 0 |
| Budd Larner | 0 | | 0 |
| Cole Schotz | 164,932 | 36,980 | 201,912 |
| Ravin Greenberg | 77,359 | 83,901 | 161,260 |
| Capstone Advisory Group | 146,718 | 39,615 | 186,333 |
| Sub-total Operating disbursements | $ 567,128 | $ 177,102 | $ 744,230 |
| Other Cash reductions | | | |
| Bank Charges | 700 | 65 | 765 |
| US Trustee Fees | 14,500 | | 14,500.0 |
| Total Disbursements | $ 582,328 | $ 177,167 | $ 759,495 |
| (A) Trust Inception 5/13/05 | | | |

1-E2

**Jazz Photo Corp Liquidation Trust**
**Trust Disbursement Detail**
5/14/05 to 1/31/06

| Total Disbursements Summary | Total Trust 5/14/05 to 1/31/06 Disbursements | Trust Feb - June Disbursements | Total Trust 5/14/05 to 6/30/06 Disbursements |
|---|---|---|---|
| **Cash Disbursements** | | | |
| Payroll incl. Payroll taxes | 149,757 | 3,046 | 152,803 |
| Rent | 17,690 | 12,000 | 29,690 |
| Insurance - Health | 357 | | 357 |
| Insurance - Commercial | 1,910 | | 1,910 |
| Freight - Outbound – Inbound | 0 | | 0 |
| Office/Telecom | 7,969 | 1,560 | 9,529 |
| Legal/Professional Fees | 436 | | 436 |
| Imation Experts | 0 | | 0 |
| Budd Larner | 0 | | 0 |
| Cole Schotz | 164,932 | 36,980 | 201,912 |
| Ravin Greenberg | 77,359 | 83,901 | 161,260 |
| Capstone Advisory Group | 146,718 | 39,615 | 186,333 |
| Sub-total Operating disbursements | $ 567,128 | $ 177,102 | $ 744,230 |
| **Other Cash reductions** | | | |
| Bank Charges | 700 | 65 | 765 |
| US Trustee Fees | 14,500 | | 14,500.0 |
| Total Disbursements | $ 582,328 | $ 177,167 | $ 759,495 |
| (A) Trust Inception 5/13/05 | | | |

**Jazz Photo Corp Liquidation Trust**
**Balance Sheet-June 30, 2006**

|  | AS OF 6/30/06 |
|---|---|
| **Current Assets** | |
| Cash and Cash equivalents | $ 2,276,989 |
| Total Current Assets | 2,276,989 |
| Property and Equipment | 3,876 |
| **Other Assets** | |
| Tax Deposit -New Jersey,Michigan | 22,784 |
| Security deposits - Verizon | 525 |
| Total Other Assets | 23,309 |
| **Total Assets** | $ 2,304,174 |
| Accrued Liabilities | $ 50,000 |
| Trust Beneficiary Capital | $ 2,254,174 (A) |

(A) Trust Beneficiary Capital represents net assets available
to former undisputed creditors of Jazz Photo Corp. who are now the beneficiaries of the Trust.

**Note: Tax Liabilities, if any, arising from 2005 transactions are not reflected above.**

1-F

**JAZZ PHOTO CORP IN LIQUIDATION**
**SUMMARY OF ADMIN CLAIMS**
**AS OF 1/31/06**

### Settled / Claims Paid

| COMPANY/ VENDOR/ EMPLOYEE | PAID CLAIMS AMOUNT | |
|---|---|---|
| Polytech | 1,850,000.00 | |
| COCA-COLA COMPANY, THE | 12,500.00 | |
| FUJI Photo Film Co. LTD. | 6,000,000.00 | $1,000,000 set aside for unsecured creditors |
| International Trade Commission | 25,000.00 | |
| Anthony Cossentino | 130,000.00 | |
| COLONIAL SALES & MARK | 2,487.34 | |
| CONTINENTAL MERCHANDISE | 351.16 | |
| ESTES EXPRESS LINE | 52,554.15 | |
| FEDERAL EXPRESS CORP | 7,868.99 | |
| Image Pro Intl. | 5,750.00 | |
| MERCHANDISE INTERNATIONAL | 5,889.78 | |
| RITTENHOUSE MARKETING | 1,806.19 | |
| SEVEN BUCKS | 77,835.94 | |
| SUDIA ELECTRIC | 845.00 | |
| SUN MOUNTAIN MARKETING | 279.79 | |
| WATKINS MOTOR FREIGHT | 5,684.82 | |
| ACT DATA SERVICES | 28,506.96 | |
| Axion LLC | 1,287.00 | |
| ELIZABETH WALDMAN | 1,000.00 | |
| GO GLOBAL LOGISTICS | 26,659.39 | |
| PHOTO RECYCLING | 39,578.75 | |
| UPS Supply Chain | 449.32 | |
| AGFA CORPORATION | 25,000.00 | |
| BOWE BELL & HOWELL | 253,000.00 | |
| CIT Communication Finance | 8,515.52 | |
| JOYFAME CORPORATION | 250,000.00 | |
| JAV INTERNATIONAL | 609,000.00 | |
| PYRAMID TRANSPORTATION | 100,000.00 | |
| Mark Benun | 384.92 | |
| Abe Tobias | 283.33 | |
| Cindy Boyce | 1,319.04 | |
| John DiStasio | 7,192.31 | |
| Michael Kelly | 22,500.00 | |
| Kristen Stout | 5,485.59 | |
| Michael Zawodny | 2,149.99 | |
| Jodie Spratley | 217.95 | |
| Joseph M. Weber | 11,237.98 | |
| Ray Pinto | 17,215.22 | |

**Total Claims Paid(Excluding Legal/Professional**     7,739,836.43

1-G

| Legal/Professional/Factor Payments | Paid amounts | | |
|---|---|---|---|
| Ravin Greenberg | 11,759.00 | Mar-05 | Paid from Rosenthal Prof. Fee Reserve |
| Array Technology | 15,000.00 | Mar-05 | Paid out of Imation Escrow |
| Cole Schotz | 27,370.00 | Apr-05 | Paid from Rosenthal Prof. Fee Reserve |
| Budd-Larner Adv. pymt for suit - Drier & Baritz. | 70,000.00 | Apr-05 | Paid out of Imation Escrow |
| Budd-Larner Adv. pymt for ITC appeal | 30,000.00 | Apr-05 | Paid out of Imation Escrow |
| Cole Schotz | 204,440.09 | 4/7/2005 | |
| Weiser LLP | 6,487.50 | 4/7/2005 | |
| Ravin Greenberg | 164,100.84 | 4/7/2005 | |
| Budd-Larner | 1,580,599.75 | 4/7/2005 | |
| Greenberg & Kahr | 31,831.06 | 4/7/2005 | |
| Kaplan & Gilman | 5,552.61 | 4/7/2005 | |
| Cole Schotz | 105,913.70 | 4/19/2005 | |
| Paper Chase | 8,602.75 | 4/19/2005 | |
| Budd-Larner | 320,479.10 | 4/19/2005 | Secured Claim |
| Budd-Larner | 2,214,550.70 | 4/21/2005 | Includes $1,750,000 bonus |
| Greenberg & Kahr | 26,052.42 | 4/21/2005 | |
| Rosenthal & Rosenthal | 1,800,000.00 | 4/21/2005 | Factor Loan |
| Eisner LLP | 22,450.00 | 4/21/2005 | |
| Rosenthal & Rosenthal | 177,416.00 | 5/10/2005 | Factor Loan |
| Cole Schotz | 135,046.55 | 5/13/2005 | |
| Neville Peterson | 286,473.16 | 5/13/2005 | |
| Ravin Greenberg | 59,112.38 | 5/20/2005 | |
| Sub-Total | 7,303,237.61 | | |
| Ravin Greenberg | 59,482.50 | 6/9/2005 | |
| Cole Schotz | 103,311.01 | 6/9/2005 | |
| Capstone Advisory Group | 82,748.80 | 6/22/2005 | |
| Cole Schotz | 62,146.75 | 6/27/2005 | |
| CapstoneAdvisory Group | 50,142.00 | 7/28/2005 | |
| Cole Schotz | 137,027.44 | 8/5/2005 | |
| Ravin Greenberg | 76,350.10 | 8/11/2005 | |
| Eisner LLP | 25,000.00 | 9/28/2005 | 2004 Tax Returns |
| Neville Peterson - Legal | 253,912.38 | 11/7/2005 | |
| Sub-Total | 850,120.98 | | |
| Total Legal/Professional/Factor Paid Amounts | 8,153,358.59 | | |

1-G

**JAZZ PHOTO CORP IN LIQUIDATION**
**SUMMARY OF UNSECURED CLAIMS**
**INCEPTION OF TRUST**

| FUJI CLAIMS VENDOR | UNSECURED CLAIM |
|---|---|
| FUJI PHOTO FILM CO.,LTD. | 39,796,854.75 |
|  | 39,796,854.75 |

| NON FUJI CLAIMS VENDOR | UNSECURED CLAIMS |
|---|---|
| ACT DATA SERVICE | 15,077.33 |
| ACTS TESTING LABS | 1,181.25 |
| AEROSPACE & INT'L COR | 520.00 |
| AJ JERSEY | 1,423.05 |
| AMBER AIR INC | 1,826.13 |
| ARLINGTON PRESS | 25,471.28 |
| ASD/AMD TRADESHOWS | 1,695.00 |
| AVAYA FINANCIAL SERVICES | 629.96 |
| AXION LLC | 4,640.00 |
| B&G PLASTICS | 229.12 |
| BERBERIAN & ASSOCIATES | 2,266.78 |
| BOSSELMAN,INC. | 4,056.00 |
| BOWCO LABORATORIES | 143.10 |
| BUCKEYE BUSINESS PRODUCT. | 864.00 |
| BUSINESS WIRE | 1,496.00 |
| CAMPOS & STRATIS | 5,234.66 |
| CHAMPION TRANSPRTATION | 1,780.00 |
| CHRSYLER FINANCIAL CLAIM1 | 2,935.50 |
| CHRSYLER FINANCIAL CLAIM2 | 2,396.00 |
| CHRSYLER FINANCIAL CLAIM4 | 795.00 |
| CINGULAR | 237.21 |
| COCA-COLA COMPANY | 39,000.00 |
| CREDENTIAL LEASING CO | 41,620.90 |
| CTL | 350.00 |
| CYGNUS PUBLISHING | 13,753.50 |
| D&L ADVERTISING | 8,792.70 |
| DAVID FELDMAN & ASSO. | 4,375.72 |
| DOAR COMMUNICATIONS | 18,064.22 |
| DOCUMENT EXPRESS | 5.28 |
| DRIER & BARITZ LLP | 513,988.95 |
| EASTMAN KODAK COMPANY CLAIM2 | 41,004.00 |
| EMERY OCEAN SERVICES | 5,525.00 |
| EXHIBIT BY DESIGN | 2,725.80 |
| FEDERAL EXPRESS CORPORATION | 31,729.85 |
| FIRST DELTA GROUP | 3,377.61 |
| FISH & RICHARDSON | 1,794.63 |
| G A DYNAMICS SECURITY | 64.68 |
| G. NEIL DIRECT MAIL | 380.21 |
| GEOTEXT TRANSLATIONS | 6,561.00 |
| GOE | 2,119.12 |
| GREENBERG & KAHR | 27,864.95 |
| GROTTA, GLASSMAN | 7,650.44 |
| GURVITZ & KASSLER | 44,315.50 |
| H.HARDING BROWN, DAVID J. FRISCHMAN | 275,000.00 |
| HOBART WEST GROUP | 6,095.38 |
| HOWARD PRINTING CO | 4,689.31 |
| INTEGRATED LABELING | 1,952.82 |
| JAPAN BUSINESS | 4,500.00 |

1-H

| | |
|---|---:|
| JEVIC TRANSPORTATION | 39,433.30 |
| JURY SCOPE | 8,719.67 |
| JVC TRANSPORT INC | 12,311.00 |
| KAPLAN & GILLMAN | 889.83 |
| KENNETH G. HARBISON | 4,502.00 |
| KIMBERLY WOOD / RAY LERSCHEN | 491.92 |
| KNOTT & GLAZIER LLP | 3,325.00 |
| LEGAL RETRIEVAL SERVICE | 2,150.00 |
| LIMO EXPRESS INC | 246.00 |
| LOWENSTEIN, SANDLER | 42.48 |
| MESSINA TRUCKING | 940.00 |
| MOORE EQUIPMENT CO | 744.12 |
| NERA | 56,318.91 |
| NEUTAX,S.A. | 11,360.00 |
| NEVILLE PETERSON LLP | 1,715.17 |
| NEW CENTURY TRANSPORTATION | 12,478.82 |
| OFFICE MAX | 440.11 |
| P B C C | 163.93 |
| P S E & G | 2,455.67 |
| P&M PARTNERS | 650.00 |
| PAETEC COMMUNICATIONS | 3,638.91 |
| PAPER CHASE COPY SERVICE | 1,679.84 |
| PHOTO INDUSTRY REPORT | 5,622.75 |
| PHOTOIMAGING MANUFACTURE | 1,000.00 |
| PITNEY BOWES INC | 1,077.64 |
| PMA SERVICES INC | 816.00 |
| POLAND SRPINGS | 952.00 |
| POLYTECH ENTERPRISES | 1,427,240.84 |
| PREMIERE CONFERENCING | 2,410.40 |
| QVC INC. | 77,967.49 |
| REALTIME REPORTING | 7,162.35 |
| REID J O'CONNEL | 16,191.74 |
| ROADWAY EXPRESS | 53,119.60 |
| SAFEGUARD BUSINESS SYSTEMS | 1,548.33 |
| SANFORD GOLD & COMPANY | 2,179.92 |
| SERVICE MERCHANDISE | 65,311.29 |
| SHRED-IT NEWARK | 255.00 |
| SIDLEY AUSTIN BROWN | 27,256.93 |
| SILLS CUMMIS RADIN | 9,264.21 |
| STAFFING ALTERNATIVE | 7,519.83 |
| STAPLES | 3,334.83 |
| THE CIT GROUP | 1,415.10 |
| THE SUPPORTING CAST | 4,526.75 |
| TOPKINS & DAVIDSON | 22,402.01 |
| TRANSPORT TOPICS | 99.00 |
| TRIAL GRAPHIX | 28,791.24 |
| UNITED PARCEL SERVICE | 27,326.32 |
| UTi UNITED STATES INC | 25,158.23 |
| VERIZON WIRELESS | 2,493.98 |
| VIDEO DOCUMENTARIES | 3,820.94 |
| WASTE MANAGEMENT | 3,287.12 |
| WATKINS MOTOR LINES | 2,857.08 |
| WESTVIEW INDUSTRIESINC | 199.93 |
| WILBUR SETH GAUGH | 1,263.00 |
| YELLOW FREIGHT SYSTEM | 72,716.95 |
| | |
| SUB TOTAL NON FUJI CLAIMS | 3,253,484.42 |
| | |
| Total | 43,050,339.17 |

1-H