**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Mark J. Politan, Esq.
Attorneys for Edwin N. Ordway, Jr.,
Trustee for Jazz Photo Corp. Liquidation Trust

|  |  |
|---|---|
|  | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY HON. MORRIS STERN CASE NO. 03-26565 (MS) |
|  | Chapter 11 |
| In the Matter of: JAZZ PHOTO CORP., Debtor. | **NOTICE OF TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO ABANDON AND DESTROY THE DEBTOR'S BOOKS AND RECORDS** |
|  | **HEARING DATE AND TIME:** May 11, 2009, 10:00 a.m. |
|  | **ORAL ARGUMENT WAIVED UNLESS OBJECTIONS TIMELY FILED** |

TO:   ALL PARTIES-IN-INTEREST ON THE
        ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 11th day of May, 2009, at 10:00 a.m., or as

soon thereafter as counsel may be heard, the undersigned, counsel for Edwin N. Ordway, Jr.,

Trustee for the Jazz Photo Corp. Liquidation Trust (the "Trustee"), shall move before the

Honorable Morris Stern, United States Bankruptcy Judge, at the United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for an Order Authorizing the Trustee to Abandon and Destroy the Debtor's Books and Records (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the undersigned shall rely on the accompanying Application, which sets forth the relevant factual and legal bases upon which the relief requested should be granted.  A proposed Order granting the relief requested in the Motion is also being submitted.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely presented, the Motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-1(a), and the relief requested may be granted without a hearing.

2

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument on the return date of the Motion if any objections to the Motion are presented.

                                                  COLE, SCHOTZ, MEISEL,
                                                  FORMAN & LEONARD, P.A.
                                                  Attorneys for Edwin N. Ordway, Jr.,
                                                  Trustee for Jazz Photo Corp. Liquidation
                                                  Trust

                                                  By_____*/s/ Mark J. Politan*_____
                                                        Mark J. Politan

DATED:  April 21, 2009

40654/0001-5523003v1

# SERVICE LIST

MITCHELL HAUSMAN, ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
ONE NEWARK CENTER, SUITE 2100
NEWARK, NEW JERSEY 07102
*VIA ELECTRONIC NOTICE AND REGULAR MAIL*


MR. JACK BENUN
80 WICKAPECKO DRIVE
OCEAN, NEW JERSEY 07712
*VIA REGULAR MAIL*


BRUCE BUECHLER, ESQ.
LOWENSTEIN SANDLER PC
65 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068
ATTORNEYS FOR FUJI PHOTO FILM CO., LTD.
*VIA ELECTRONIC NOTICE AND REGULAR MAIL*


LAWRENCE ROSENTHAL, ESQ.
BRIAN M. COGAN, ESQ.
KRISTOPHER M. HANSEN, ESQ.
STROOCK & STROOCK & LAVAN LLP
180 MAIDEN LANE
NEW YORK, NEW YORK 10038
ATTORNEYS FOR FUJI PHOTO FILM CO., LTD.
*VIA REGULAR MAIL*


ALL PARTIES RECEIVING ELECTRONIC NOTIFICATION
OF FILING VIA THE COURT'S CM/ECF SYSTEM

40654/0001-5523003v1