**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey  07602-0800
Warren A. Usatine, Esq.
Mark J. Politan, Esq.
(201) 489-3000
(201) 489-1536  Facsimile
Attorneys for Edwin N. Ordway, Jr., Liquidating Trustee

|  |  |
|---|---|
| In re:<br><br>JAZZ PHOTO CORP.,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE MORRIS STERN<br>CASE NO. 03-26565 (MS)<br><br>Chapter 11<br><br>**LIQUIDATING TRUSTEE'S EIGHTEENTH  QUARTERLY STATUS REPORT FOR THE PERIOD THROUGH DECEMBER 31, 2009, PURSUANT TO FIRST AMENDED JOINT PLAN OF ORDERLY LIQUIDATION** |

TO:    HONORABLE MORRIS STERN
       United States Bankruptcy Court

Edwin N. Ordway, Jr., liquidating trustee (the "Trustee") of the Jazz Photo Corp. Liquidation Trust, by and through his counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., respectfully represents as follows:

### I.    <u>INTRODUCTION</u>

1.    The Trustee submits this eighteenth quarterly report pursuant to the First Amended Joint Plan of Orderly Liquidation (the "Plan") approved by this Court by Order dated May 13, 2005.  This report provides general information on collections and disbursements,

administrative costs, settlements, and cash on hand or deposit for the period October 1, 2009 through December 31, 2009 (the "Reporting Period").

## II.    BACKGROUND

2.    On May 20, 2003 (the "Filing Date"), Jazz Photo Corp. (the "Debtor") filed a voluntary petition for relief pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"). From the Filing Date through March 1, 2005, the Debtor operated its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.    In connection with the settlement of the Debtor's litigation against Imation Corp., the Debtor was required to cease ordinary business operations effective March 1, 2005.

4.    On May 13, 2005, this Court entered an Order confirming the Plan proposed by the Debtor and the Official Committee of Unsecured Creditors. The Plan provided for the formation of the Jazz Photo Corp. Liquidation Trust (the "Trust") and appointed Brian T. Moore as Trustee under a Court-approved Liquidating Trust Agreement.

5.    On August 20, 2007, this Court entered an Order appointing Edwin N. Ordway, Jr. as successor Trustee to Mr. Moore.

## III.    STATUS REPORT

6.    Under the Plan, the Trustee is required to file quarterly written reports with the Court and provide information on collections and disbursements, administrative costs, settlements, cash on hand or deposit and the Trustee's on-going efforts to administer the Trust. To satisfy these requirements, attached hereto are schedules A through H prepared for the Reporting Period, including summaries for cash and investments, cash receipts, disbursements, and claim summaries.

7.    As set forth on Schedule A, as of December 31, 2009, the Trust owned cash and cash equivalents in the approximate amount of $171,086.34.

2

8. Schedule B summarizes cash receipts by the Trust from March 2005 (inception) through December 31, 2009 from the various sources set forth on Schedule B. The total cash receipts for that period were $27,760,591.

9. During the Reporting Period, the Trust disbursed approximately $14,182.

10. In addition to the financial information summarized in the attached schedules and in furtherance of his fiduciary duties, the Trustee has settled all of the preference and avoidance actions.

11. Schedules G and H set forth the administrative and unsecured claims. As set forth on Schedule G, all administrative expense claims were fixed and have been satisfied by payment or addressed by escrow of funds.

12. Prior to the Reporting Period, the Trustee commenced various actions against third parties to recover additional amounts owing to the Debtor. As discussed above prior to and during the Reporting Period, the Trust settled preference actions resulting in approximately $203,000 of cash recoveries for the Trust beneficiaries.

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.
                    Attorneys for Edwin N. Ordway, Jr., Trustee of
                    the Jazz Photo Corp. Liquidation Trust

                    By: */s/ Mark J. Politan*
                        Mark J. Politan

DATED: March 4, 2010

**Jazz Photo Corp Liquidation Trust**
**Summary of Activity**
**March 2005 to December 2009**

| INDEX | Schedule # |
|---|---|
| Cash/Cash Equivalents | 1-A |
| Cash Receipts Summary | 1-B |
| Rosenthal Collections | 1-C |
| Liquidation Disbursements | 1-D |
| Pre-Trust Disbursements Detail | 1-E1 |
| Trust Disbursements Detail | 1-E2 |
| Balance Sheet | 1-F |
| Admin Claims Summary | 1-G |
| Pre-Petition Claims Summary | 1-H |

**Jazz Photo Corp Liquidation Trust**
**Cash/Cash Equivalents**
**As of December 31, 2009**

|  | **Amounts** |
|---|---:|
| Cash/MM/Deposits | 171,086.34 |
| Total | $ 171,086.34 |

**Jazz Photo Corp Liquidation Trust**
**Cash Receipts Summary**
**March 2005 to December 2009**

| | Cummulative Total 3/05 to 12/08 | Activity Jan 1 to 3/31 | Cummulative Total 3/05 to 3/09 | Activity April 1 to June 30 | Cummulative Total 3/05 to 6/09 | Activity July 1 to Sept. 30 | Cummulative Total 3/05 to 9/09 | Activity Oct. 1 to Dec. 31 | Cummulative Total 3/05 to 12/09 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Cash received from Rosenthal after Loan Repayment | 124,730.00 | | 124,730.00 | | 124,730.00 | | 124,730.00 | | 124,730.00 |
| A/R Collections Direct to Jazz | 33,140.60 | | 33,140.60 | | 33,140.60 | | 33,140.60 | | 33,140.60 |
| Preference Settlements | 203,100.00 | | 203,100.00 | | 203,100.00 | | 203,100.00 | | 203,100.00 |
| Security Deposits returned | 6,400.00 | | 6,400.00 | | 6,400.00 | | 6,400.00 | | 6,400.00 |
| Tax Refunds | 22,378.00 | | 22,378.00 | | 22,378.00 | | 22,378.00 | | 22,378.00 |
| Budd Larner Receipt | 776,516.18 | | 776,516.18 | | 776,516.18 | | 776,516.18 | | 776,516.18 |
| Other settlements/net | 200,000.00 | | 200,000.00 | | 200,000.00 | | 200,000.00 | | 200,000.00 |
| Returned Distributions | 75,801.46 | | 75,801.46 | | 75,801.46 | | 75,801.46 | | 75,801.46 |
| Sale/Auction of Assets- Ribitech | 887,750.00 | | 887,750.00 | | 887,750.00 | | 887,750.00 | | 887,750.00 |
| Transfer from Budd-Larner Escrow (Imation Experts) | 15,589.00 | | 15,589.00 | | 15,589.00 | | 15,589.00 | | 15,589.00 |
| Imation Settlement Funds received | 25,000,000.00 | | 25,000,000.00 | | 25,000,000.00 | | 25,000,000.00 | | 25,000,000.00 |
| Interest on MM/Bank accounts | 10,721.49 | | 10,721.49 | | 10,721.49 | | 10,721.49 | | 10,721.49 |
| Interest on US Treasury Bills | 404,464.12 | | 404,464.12 | | 404,464.12 | | 404,464.12 | | 404,464.12 |
| Total Cash collected | **$ 27,760,590.85** | - | **$ 27,760,590.85** | - | **$ 27,760,590.85** | - | **$ 27,760,590.85** | - | **$ 27,760,590.85** |

1-B

**Jazz Photo Corp Liquidation Trust**
**Cash Collections Summary**
**March 2005 to December 2009**

| | Cummulative Total 3/05 to 9/08 | Activity :t. 1 to Dec | Cummulative Total 3/05 to 12/08 | Activity lan 1 to 3/3 | Cummulative Total 3/05 to 3/09 | Activity April 1 to June 30 | Cummulative Total 3/05 to 6/09 | Activity July 1 to Sept. 30 | Cummulative Total 3/05 to 9/09 | Activity Oct. 1 to Dec. 31 | Cummulative Total 3/05 to 12/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collections Thru Rosenthal*** ( Net of Chargebacks) | 885,221.85 | | 885,221.85 | | 885,221.85 | | 885,221.85 | | 885,221.85 | | 885,221.85 |
| A/R Collections Direct to Jazz | 33,140.60 | | 33,140.60 | | 33,140.60 | | 33,140.60 | | 33,140.60 | | 33,140.60 |
| Total Cash collected | 918,362.45 | 0 | 918,362.45 | 0 | 918,362.45 | 0 | 918,362.45 | 0 | 918,362.45 | 0 | 918,362.45 |
| Cash received from Rosenthal after Loan Repayment | 124,729.97 | | 124,729.97 | | 124,729.97 | | 124,729.97 | | 124,729.97 | | 124,729.97 |

\*\*\* Note This is cash which Rosenthal received from factored A/R collections and applied to the loan balance.

**Jazz Photo Corp Liquidation Trust**
**Total Liquidation Disbursements**

| | Cummulative Total 3/05 to 12/08 | Activity Jan 1 to 3/31 | Cummulative Total 3/05 to 3/09 | Activity il 1 to June | Cummulative Total 3/05 to 6/09 | Activity July 1 to Sept. 30 | Cummulative Total 3/05 to 9/09 | Activity Oct. 1 to Dec. 31 | Cummulative Total 3/05 to 12/09 |
|---|---|---|---|---|---|---|---|---|---|
| **Expense Category** | | | | | | | | | |
| Compensation incl payroll taxes | 225,727 | | 225,727 | | 225,727 | | 225,727 | | 225,727 |
| Rent Office/Storage | 59,456 | 1107.45 | 60,564 | 738.30 | 61,302 | 0.00 | 61,302 | 0.00 | 61,302 |
| Warehouse Maintenace/Supplies | 687 | | 687 | | 687 | | 687 | | 687 |
| Telephone Office/Warehouse | 10,758 | | 10,758 | | 10,758 | | 10,758 | | 10,758 |
| Cable Computer access | 1,256 | | 1,256 | | 1,256 | | 1,256 | | 1,256 |
| Postage/Fedex | 969 | | 969 | | 969 | | 969 | | 969 |
| Office Supplies | 2,769 | | 2,769 | | 2,769 | | 2,769 | | 2,769 |
| ADP Payroll Services | 1,713 | | 1,713 | | 1,713 | | 1,713 | | 1,713 |
| Computer Services | 8,411 | | 8,411 | | 8,411 | | 8,411 | | 8,411 |
| 401K costs | 2,425 | | 2,425 | | 2,425 | | 2,425 | | 2,425 |
| Other Misc. Expenses | 4,803 | | 4,803 | | 4,803 | | 4,803 | | 4,803 |
| Health Insurance | 5,116 | | 5,116 | | 5,116 | | 5,116 | | 5,116 |
| Corporate/Work Comp Insurance | 10,263 | | 10,263 | | 10,263 | | 10,263 | | 10,263 |
| US Trustee Fee | 57,250 | | 57,250 | | 57,250 | | 57,250 | | 57,250 |
| Office Relocation Costs & setup | 2,926 | | 2,926 | | 2,926 | | 2,926 | | 2,926 |
| 2004 Tax Returns Fee Eisner LLC | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 |
| Bank Charges | 1,795 | | 1,795 | | 1,795 | | 1,795 | | 1,795 |
| Rosenthal Legal&Oth.Chrgs/Interest | 68,972 | | 68,972 | | 68,972 | | 68,972 | | 68,972 |
| | | | | | | | | | |
| **Subtotal** | 490,296 | 1,107 | 491,404 | 738.30 | 492,142 | 0.00 | 492,142 | 0.00 | 492,142 |
| | | | | | | | | | |
| Legal/Professional Fees | 7,083,956 | 10,225.48 | 7,094,181 | 13957.92 | 7,108,139 | 27624.23 | 7,135,763 | 14181.98 | 7,149,945 |
| Claims Payouts | 10,616,276 | | 10,616,276 | | 10,616,276 | | 10,616,276 | | 10,616,276 |
| Distribution to Trust Beneficiaries (B) | 10,049,788 | | 10,049,788 | | 10,049,788 | | 10,049,788 | | 10,049,788 |
| | | | | | | | | | |
| **Totals** | 28,240,316 | 11,333 | 28,251,649 | 14696.22 | 28,266,345 | 27624.23 | 28,293,969 | 14181.98 | 28,308,151 |

**(A) Trust Inception 5/13/05**
**(B) Represent payments to unsecured creditors who are now trust beneficiaries**

1-D

**Jazz Photo Corp Liquidation Trust**
**Disbursement Detail - Non Operating**
  **March 2005 to December 2009**

| Total Disbursements Summary | Cummulative Total 3/05 to 12/08 | Activity an 1 to 3/3 | Cummulative Total 3/05 to 3/09 | Activity April 1 to June 30 | Cummulative Total 3/05 to 6/09 | Activity July 1 to Sept. 30 | Cummulative Total 3/05 to 9/09 | Activity Oct. 1 to Dec. 31 | Cummulative Total 3/05 to 12/09 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | | | | | |
| Payroll incl. Payroll taxes | $ 66,485 | | $ 66,485 | | $ 66,485 | | $ 66,485 | | $ 66,485 |
| Payroll Jack Benun | 6,459 | | 6,459 | | 6,459 | | 6,459 | | 6,459 |
| Rent | 22,485 | 1107.45 | 23,592 | 738.3 | 24,331 | 0 | 24,331 | 0 | 24,331 |
| Insurance - Health | 5,613 | | 5,613 | | 5,613 | | 5,613 | | 5,613 |
| Insurance - Commercial | 6,990 | | 6,990 | | 6,990 | 541 | 7,531 | 0 | 7,531 |
| Freight - Outbound - Inbound (Claims Paid) | 709,000 | | 709,000 | | 709,000 | | 709,000 | | 709,000 |
| All Other Trade Payables | 27,168 | | 27,168 | | 27,168 | | 27,168 | | 27,168 |
| Legal/Professional Fees | 129,751 | | 129,751 | | 129,751 | 5000 | 134,751 | 0 | 134,751 |
| Imation Experts | 15,000 | | 15,000 | | 15,000 | | 15,000 | | 15,000 |
| Budd Larner | 4,215,630 | | 4,215,630 | | 4,215,630 | | 4,215,630 | | 4,215,630 |
| Cole Schotz | 776,590 | 0 | 776,590 | 7424.23 | 784,014 | 2593.5 | 786,608 | 5751.52 | 792,359 |
| Ravin Greenberg | 396,184 | 0 | 396,184 | 0 | 396,184 | 0 | 396,184 | 0 | 396,184 |
| Capstone Advisory Group | 164,516 | 10225.48 | 174,741 | 6533.69 | 181,275 | 19489.73 | 200,764 | 8430.46 | 209,195 |
| Rosenthal & Rosenthal(Loan Paid) | 1,977,416 | | 1,977,416 | | 1,977,416 | | 1,977,416 | | 1,977,416 |
| Neville Peterson | 540,385 | | 540,385 | | 540,385 | | 540,385 | | 540,385 |
| US Trustee Fees | 11,500 | 0 | 11,500 | 0 | 11,500 | 0 | 11,500 | 0 | 11,500 |
| MR Weiser | 15,804 | | 15,804 | | 15,804 | | 15,804 | | 15,804 |
| Sub-total disbursements | $ 9,086,976 | 11,333 | $ 9,098,309 | 14,696 | $ 9,113,005 | 27,624 | $ 9,140,629 | 14,182 | $ 9,154,811 |
| | | | | | | | | | |
| **Additional Disbursements** | | | | | | | | | |
| Rosenthal Legal/other/interest | 68,972 | | 68,972 | | 68,972 | | 68,972 | | 68,972 |
| Bank Charges | 615 | 0 | 615 | 0 | 615 | 0 | 615 | 0 | 615 |
| Claims Paid - Admin | 7,914,056 | | 7,914,056 | | 7,914,056 | | 7,914,056 | | 7,914,056 |
| Distribution to Trust Beneficiaries | 10,049,788 | | 10,049,788 | | 10,049,788 | | 10,049,788 | | 10,049,788 |
| **Total Disbursements** | $ 27,120,407 | 11,333 | $ 27,131,739 | 14,696 | $ 27,146,436 | 27,624 | $ 27,174,060 | 14,182 | $ 27,188,242 |

**(A) Trust Inception 5/13/05**

**Jazz Photo Corp Liquidation Trust**
**Trust Disbursement Detail-Operating**
**March 2005 to December 2009**

| Total Disbursements Summary | Cummulative Total 3/05 to 12/08 | Activity Jan 1 to 3/31 | Cummulative Total 3/05 to 3/09 | Activity April 1 to June 30 | Cummulative Total 3/05 to 6/09 | Activity July 1 to Sept. 30 | Cummulative Total 3/05 to 9/09 | Activity Oct. 1 to Dec. 31 | Cummulative Total 3/05 to 12/09 |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Disbursements** | | | | | | | | | |
| Payroll incl. Payroll taxes | 152,803 | | 152,803 | | 152,803 | | 152,803 | | 152,803 |
| Rent | 40,191 | 1107.45 | 41,299 | 738.3 | 42,037 | 0 | 42,037 | | 42,037 |
| Insurance - Health | 357 | | 357 | | 357 | | 357 | | 357 |
| Insurance - Commercial | 2,676 | | 2,676 | | 2,676 | 541 | 3,217 | | 3,217 |
| Freight - Outbound - Inbound | 0 | | 0 | | 0 | | 0 | | 0 |
| Office/Telecom | 9,573 | | 9,573 | | 9,573 | | 9,573 | | 9,573 |
| Legal/Professional Fees | 11,568 | | 11,568 | | 11,568 | 5000 | 16,568 | | 16,568 |
| Imation Experts | 0 | | 0 | | 0 | | 0 | | 0 |
| Budd Larner | 1,618 | | 1,618 | | 1,618 | | 1,618 | | 1,618 |
| Cole Schotz | 271,050 | 0 | 271,050 | 7424.23 | 278,474 | 2593.5 | 281,068 | 5,751.52 | 286,819 |
| Ravin Greenberg | 196,953 | 0 | 196,953 | 0 | 196,953 | 0 | 196,953 | | 196,953 |
| Capstone Advisory Group | 428,736 | 10225.48 | 438,962 | 6533.69 | 445,496 | 19489.73 | 464,985 | 8,430.46 | 473,416 |
| | | | | | | | | | |
| Sub-total Operating disbursements | $ 1,115,526 | $ 11,333 | $ 1,126,859 | $ 14,696 | $ 1,141,555 | $ 27,624 | $ 1,169,179 | $ 14,182 | $ 1,183,361 |
| **Other Cash reductions** | | | | | | | | | |
| Bank Charges | 1,295 | | 1,295 | | 1,295 | | 1,295 | | 1,295 |
| US Trustee Fees | 70,250 | 0 | 70,250 | 0 | 70,250 | 0 | 70,250 | 0 | 70,250 |
| | | | | | | | | | |
| **Total Disbursements** | $ 1,187,071 | $ 11,333 | $ 1,198,404 | $ 14,696 | $ 1,213,100 | $ 27,624 | $ 1,240,724 | $ 14,182 | $ 1,254,906 |

**(A) Trust Inception 5/13/05**

**Jazz Photo Corp Liquidation Trust**
**Balance Sheet- December 31, 2009**

|  | AS OF 12/31/09 |
|---|---:|
| **Current Assets** | |
| Cash and Cash equivalents | $ 171,086.34 |
| Accounts Receivable, Net | - |
| Total Current Assets | 171,086 |
| Property and Equipment | 0 |
| Other Assets | |
| Total Other Assets | 0 |
| **Total Assets** | $ 171,086 |
| Accrued Liabilities | $ 75,000 |
| Trust Beneficiary Capital (A) | $ 96,086 |

(A) Trust Beneficiary Capital primarily represents net assets available
to former undisputed creditors of Jazz Photo Corp. who are now the beneficiaries of the Trust.

**Note: Tax Liabilities, if any, arising from 2005 transactions are not reflected above.**

1-F

**JAZZ PHOTO CORP IN LIQUIDATION**
**SUMMARY OF ADMIN CLAIMS**
**AS OF 9/30/06**

**Settled / Claims Paid**

| COMPANY/ VENDOR/ EMPLOYEE | PAID CLAIMS AMOUNT | |
|---|---:|---|
| Polytech | 1,850,000.00 | |
| COCA-COLA COMPANY, THE | 12,500.00 | |
| FUJI Photo Film Co. LTD. | 6,000,000.00 | $1,000,000 set aside for unsecured creditors |
| International Trade Commission | 25,000.00 | |
| Anthony Cossentino | 130,000.00 | |
| COLONIAL SALES & MARK | 2,487.34 | |
| CONTINENTAL MERCHANDISE | 351.16 | |
| ESTES EXPRESS LINE | 52,554.15 | |
| FEDERAL EXPRESS CORP | 7,868.99 | |
| Image Pro Intl. | 5,750.00 | |
| MERCHANDISE INTERNATIONAL | 5,889.78 | |
| RITTENHOUSE MARKETING | 1,806.19 | |
| SEVEN BUCKS | 77,835.94 | |
| SUDIA ELECTRIC | 845.00 | |
| SUN MOUNTAIN MARKETING | 279.79 | |
| WATKINS MOTOR FREIGHT | 5,684.82 | |
| ACT DATA SERVICES | 28,506.96 | |
| Axion LLC | 1,287.00 | |
| ELIZABETH WALDMAN | 1,000.00 | |
| GO GLOBAL LOGISTICS | 26,659.39 | |
| PHOTO RECYCLING | 39,578.75 | |
| UPS Supply Chain | 449.32 | |
| AGFA CORPORATION | 25,000.00 | |
| BOWE BELL & HOWELL | 253,000.00 | |
| CIT Communication Finance | 8,515.52 | |
| JOYFAME CORPORATION | 250,000.00 | |
| JAV INTERNATIONAL | 609,000.00 | |
| PYRAMID TRANSPORTATION | 100,000.00 | |
| Mark Benun | 384.92 | |
| Abe Tobias | 283.33 | |
| Cindy Boyce | 1,319.04 | |
| John DiStasio | 7,192.31 | |
| Michael Kelly | 22,500.00 | |
| Kristen Stout | 5,485.59 | |
| Michael Zawodny | 2,149.99 | |
| Jodie Spratley | 217.95 | |
| Joseph M. Weber | 11,237.98 | |
| Ray Pinto | 17,215.22 | |

**Total Claims Paid(Excluding Legal/Professional**     7,739,836.43

1-G

| Legal/Professional/Factor Payments | Paid amounts | | |
|---|---:|---|---|
| Ravin Greenberg | 11,759.00 | Mar-05 | Paid from Rosenthal Prof. Fee Reserve |
| Array Technology | 15,000.00 | Mar-05 | Paid out of Imation Escrow |
| Cole Schotz | 27,370.00 | Apr-05 | Paid from Rosenthal Prof. Fee Reserve |
| Budd-Larner Adv. pymt for suit - Drier & Baritz | 70,000.00 | Apr-05 | Paid out of Imation Escrow |
| Budd-Larner Adv. pymt for ITC appeal | 30,000.00 | Apr-05 | Paid out of Imation Escrow |
| Cole Schotz | 204,440.09 | 4/7/2005 | |
| Weiser LLP | 22,292.00 | 4/7/2005 | 4/17/06 final payment of $15,804.50 |
| Ravin Greenberg | 164,100.84 | 4/7/2005 | |
| Budd-Larner | 1,580,599.75 | 4/7/2005 | |
| Greenberg & Kahr | 31,831.06 | 4/7/2005 | |
| Kaplan & Gilman | 5,552.61 | 4/7/2005 | |
| Cole Schotz | 105,913.70 | 4/19/2005 | |
| Paper Chase | 8,602.75 | 4/19/2005 | |
| Budd-Larner | 320,479.10 | 4/19/2005 | Secured Claim |
| Budd-Larner | 2,214,550.70 | 4/21/2005 | Includes $1,750,000 bonus |
| Greenberg & Kahr | 26,052.42 | 4/21/2005 | |
| Rosenthal & Rosenthal | 1,800,000.00 | 4/21/2005 | Factor Loan |
| Eisner LLP | 22,450.00 | 4/21/2005 | |
| Rosenthal & Rosenthal | 177,416.00 | 5/10/2005 | Factor Loan |
| Cole Schotz | 135,046.55 | 5/13/2005 | |
| Neville Peterson | 286,473.16 | 5/13/2005 | |
| Ravin Greenberg | 59,112.38 | 5/20/2005 | |
| Sub-Total | 7,319,042.11 | | |
| Ravin Greenberg | 59,482.50 | 6/9/2005 | |
| Cole Schotz | 103,311.01 | 6/9/2005 | |
| Capstone Advisory Group | 82,748.80 | 6/22/2005 | |
| Cole Schotz | 62,146.75 | 6/27/2005 | |
| CapstoneAdvisory Group | 50,142.00 | 7/28/2005 | |
| Cole Schotz | 137,027.44 | 8/5/2005 | |
| Ravin Greenberg | 76,350.10 | 8/11/2005 | |
| Eisner LLP | 25,000.00 | 9/28/2005 | 2004 Tax Returns |
| Neville Peterson - Legal | 253,912.38 | 11/7/2005 | |
| Sub-Total | 850,120.98 | | |
| Total Legal/Professional/Factor Paid Amounts | 8,169,163.09 | | |

1-G

**JAZZ PHOTO CORP IN LIQUIDATION**
**SUMMARY OF UNSECURED CLAIMS**
**AS ADJUSTED**

| FUJI CLAIMS | UNSECURED CLAIM |
|---|---|
| **VENDOR** | |
| FUJI PHOTO FILM CO.,LTD. | 39,796,854.75 |
| | 39,796,854.75 |

| NON FUJI CLAIMS | |
|---|---|
| **VENDOR** | UNSECURED CLAIMS |
| ACT DATA SERVICE | 15,077.33 |
| ACTS TESTING LABS | 1,181.25 |
| AEROSPACE & INT'L COR | 520.00 |
| AJ JERSEY | 1,423.05 |
| AMBER AIR INC | 1,826.13 |
| ARLINGTON PRESS | 25,471.28 |
| ASD/AMD TRADESHOWS | 1,695.00 |
| AVAYA FINANCIAL SERVICES | 629.96 |
| AXION LLC | 4,640.00 |
| B&G PLASTICS | 229.12 |
| BERBERIAN & ASSOCIATES | 2,266.78 |
| BOSSELMAN,INC. | 4,056.00 |
| BOWCO LABORATORIES | 143.10 |
| BUCKEYE BUSINESS PRODUCT. | 864.00 |
| BUSINESS WIRE | 1,496.00 |
| CAMPOS & STRATIS | 5,234.66 |
| CHAMPION TRANSPRTATION | 1,780.00 |
| CHRSYLER FINANCIAL CLAIM1 | 2,935.50 |
| CHRSYLER FINANCIAL CLAIM2 | 2,396.00 |
| CHRSYLER FINANCIAL CLAIM4 | 795.00 |
| CINGULAR | 237.21 |
| COCA-COLA COMPANY | 39,000.00 |
| CREDENTIAL LEASING CO | 41,620.90 |
| CTL | 350.00 |
| CYGNUS PUBLISHING | 13,753.50 |
| D&L ADVERTISING | 8,792.70 |
| DAVID FELDMAN & ASSO. | 4,375.72 |
| DOAR COMMUNICATIONS | 18,064.22 |
| DOCUMENT EXPRESS | 5.28 |
| DRIER & BARITZ LLP | 0.00 |
| EASTMAN KODAK COMPANY CLAIM2 | 41,004.00 |
| EMERY OCEAN SERVICES | 5,525.00 |
| EXHIBIT BY DESIGN | 2,725.80 |
| FEDERAL EXPRESS CORPORATION | 31,729.85 |
| FIRST DELTA GROUP | 3,377.61 |
| FISH & RICHARDSON | 1,794.63 |
| G A DYNAMICS SECURITY | 64.68 |
| G. NEIL DIRECT MAIL | 380.21 |
| GEOTEXT TRANSLATIONS | 6,561.00 |
| GOE | 2,119.12 |
| GREENBERG & KAHR | 27,864.95 |
| GROTTA, GLASSMAN | 7,650.44 |
| GURVITZ & KASSLER | 44,315.50 |
| H.HARDING BROWN, DAVID J. FRISCHMAN | 275,000.00 |
| HOBART WEST GROUP | 6,095.38 |
| HOWARD PRINTING CO | 4,689.31 |
| INTEGRATED LABELING | 1,952.82 |
| JAPAN BUSINESS | 4,500.00 |
| JEVIC TRANSPORTATION | 39,433.30 |

1-H

| | |
|---|---:|
| JURY SCOPE | 8,719.67 |
| JVC TRANSPORT INC | 12,311.00 |
| KAPLAN & GILLMAN | 0.00 |
| KENNETH G. HARBISON | 4,502.00 |
| KIMBERLY WOOD / RAY LERSCHEN | 491.92 |
| KNOTT & GLAZIER LLP | 3,325.00 |
| LEGAL RETRIEVAL SERVICE | 2,150.00 |
| LIMO EXPRESS INC | 246.00 |
| LOWENSTEIN, SANDLER | 42.48 |
| MESSINA TRUCKING | 940.00 |
| MOORE EQUIPMENT CO | 744.12 |
| NERA | 56,318.91 |
| NEUTAX,S.A. | 11,360.00 |
| NEVILLE PETERSON LLP | 1,715.17 |
| NEW CENTURY TRANSPORTATION | 12,478.82 |
| OFFICE MAX | 440.11 |
| P B C C | 163.93 |
| P S E & G | 2,455.67 |
| P&M PARTNERS | 650.00 |
| PAETEC COMMUNICATIONS | 3,638.91 |
| PAPER CHASE COPY SERVICE | 1,679.84 |
| PHOTO INDUSTRY REPORT | 5,622.75 |
| PHOTOIMAGING MANUFACTURE | 1,000.00 |
| PITNEY BOWES INC | 1,077.64 |
| PMA SERVICES INC | 816.00 |
| POLAND SRPINGS | 952.00 |
| POLYTECH ENTERPRISES | 1,427,240.84 |
| PREMIERE CONFERENCING | 2,410.40 |
| QVC INC. | 77,967.49 |
| REALTIME REPORTING | 7,162.35 |
| REID J O'CONNEL | 16,191.74 |
| ROADWAY EXPRESS | 53,119.60 |
| SAFEGUARD BUSINESS SYSTEMS | 1,548.33 |
| SANFORD GOLD & COMPANY | 2,179.92 |
| SERVICE MERCHANDISE | 65,311.29 |
| SHRED-IT NEWARK | 255.00 |
| SIDLEY AUSTIN BROWN | 27,256.93 |
| SILLS CUMMIS RADIN | 9,264.21 |
| STAFFING ALTERNATIVE | 7,519.83 |
| STAPLES | 3,334.83 |
| THE CIT GROUP | 1,415.10 |
| THE SUPPORTING CAST | 4,526.75 |
| TOPKINS & DAVIDSON | 22,402.01 |
| TRANSPORT TOPICS | 99.00 |
| TRIAL GRAPHIX | 28,791.24 |
| UNITED PARCEL SERVICE | 27,326.32 |
| UTi UNITED STATES INC | 25,158.23 |
| VERIZON WIRELESS | 2,493.98 |
| VIDEO DOCUMENTARIES | 3,820.94 |
| WASTE MANAGEMENT | 3,287.12 |
| WATKINS MOTOR LINES | 2,857.08 |
| WESTVIEW INDUSTRIESINC | 199.93 |
| WILBUR SETH GAUGH | 1,263.00 |
| YELLOW FREIGHT SYSTEM | 72,716.95 |
| | |
| SUB TOTAL NON FUJI CLAIMS | 2,738,605.64 |
| | |
| **Total** | 42,535,460.39 |